IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOY CREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DOLGENCORP, INC. and<br>FICTITIOUS DEFENDANTS,<br><br>    Defendants. | )<br>)<br>)<br>)  CIVIL ACTION NUMBER:<br>)<br>)  3:06cv047-MEF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, for the reasons set forth below, Defendant Dolgencorp., Inc. (hereinafter "Defendant" or "Dolgencorp") files this Notice of Removal to remove this action from the Circuit Court of Randolph County, Alabama, to the United States District Court for the Middle District of Alabama, Eastern Division, pursuant to 28 U.S.C. §§ 1331, 1337, and 1441. In support of the Notice of Removal, the Defendant states as follows:

1. On or about December 20, 2005, Plaintiff Joy Crews ("Plaintiff" or "Crews") filed Case No. CV-2005-207 in the Circuit Court for Randolph County, Alabama alleging age discrimination under the Alabama Age Discrimination in Employment Act, Ala. Code § 25-1-20 et seq. (the "AADEA") and alleged violations of the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq. (the "FLSA"). Defendant was served with the Complaint on December 28, 2005.

2. This Court has jurisdiction over the Plaintiff's FLSA claim because this Court has original jurisdiction over claims arising under the FLSA. See 29 U.S.C. § 216(b).

3. Removal to this Court is proper because an action under the FLSA that was initiated in a state court is removable to federal court. See Breuer v. Jim's Concrete of Brevard, Inc., 538 U.S. 691 (2003).

4. The AADEA contemplates concurrent jurisdiction in federal court and Alabama state court. See Ala. Code § 25-1-29. Moreover, this Court has supplemental jurisdiction over the plaintiff's AADEA law claim pursuant to 28 U.S.C. § 1367, because all claims arise out of a common nucleus of operative facts -- plaintiff's employment -- and because trying all claims in the same forum would provide economy and convenience to all parties. See, e.g., Palmer v. Hospital Authority of Randolph County, 22 F.3d 1559, 1567 (11th Cir. 1994).

5. The citizenship of the parties, including fictitious defendants, shall be disregarded for purposes of this removal. 28 U.S.C. §§ 1441(a), 1441(b).

6. Less than 30 days have passed since the Defendant first received notice of the Plaintiff's Complaint.

7. Pursuant to 28 U.S.C. § 1446(a), true copies of the relevant process, pleadings, and orders served upon the Defendants in such action are attached hereto.

8. Defendant shall promptly file a copy of the Notice of Removal in the Circuit Court of Randolph County, Alabama in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, PREMISES CONSIDERED, Defendant Dolgencorp submits that this action is now properly removed from the Circuit Court for Randolph County, Alabama, and is properly before this District Court and that all further actions take place before this Court.

Respectfully submitted,

*/s/ J. Trent Scofield (by cw Deering)*
J. Trent Scofield
Bar Number: SCO-024 / ASB-1191-E67J

*/s/ Christopher W. Deering*
Christopher W. Deering
Bar Number: DEE-006 / ASB-5555-I7IC

**ATTORNEYS FOR DEFENDANT DOLGENCORP, INC.**

**OF COUNSEL:**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: trent.scofield@odnss.com
E-mail: christopher.deering@odnss.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was served upon counsel set forth below by placing a copy of same in the U. S. Mail, first-class postage prepaid and properly addressed, on this the 18th day of January, 2006:

Roman A. Shaul, Esq.
Jere L. Beasley, Esq.
W. Daniel Miles, III, Esq.
Beasley, Allen, Crow, Methvin,
Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103

OF COUNSEL

3