IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOY CREWS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 06-CV-47-MEF-VPM |
| DOLGENCORP, INC. and ) | |
| FICTITIOUS DEFENDANTS, ) | |
| ) | |
|    Defendants. ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW Defendant Dolgencorp., Inc. (hereinafter "Defendant" or "Dolgencorp"), and moves this Honorable Court for a one-week extension of time, until February 1, 2006, to file a response to the plaintiff's complaint. In support of this motion, Dolgencorp would show the court as follows:

1.    Bechtel's answer to the complaint is due on January 25, 2006.

2.    The undersigned counsel has not had an opportunity to otherwise investigate the claims asserted in the complaint.

3.    Due to prior commitments, counsel will not have sufficient time to conduct a thorough investigation in order to respond accurately to the allegations in the complaint before the response is due.

4.    The undersigned counsel for Dolgencorp has spoken with plaintiff's counsel, Roman Shaul, who has consented to the requested extension.

5.    The requested extension will not result in prejudice to any party or an unreasonable delay in these proceedings.

WHEREFORE, PREMISES CONSIDERED, Defendant Dolgencorp, Inc. respectfully moves this Honorable Court to extend the deadline for filing a response to the complaint until February 1, 2006.

Dated this 20th day of January, 2006.

        Respectfully submitted,

        s/Christopher W. Deering
        Bar No.: ASB-5555-I71C

        One of the Attorneys for Defendant

        Christopher W. Deering, Esq.
        **Ogletree, Deakins, Nash,**
          **Smoak & Stewart, P.C.**
        One Federal Place, Suite 1000
        1819 Fifth Avenue North
        Birmingham, Alabama 35203
        Telephone: (205) 328-1900
        Facsimile: (205) 328-6000
        E-mail: christopher.deering@odnss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jere L. Beasley -- jere.beasley@beasleyallen.com

Wilson Daniel Miles, III -- dee.miles@beasleyallen.com

Roman Ashley Shaul -- roman.shaul@beasleyallen.com

                              s/Christopher W. Deering