IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOY CREWS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | 3:06-cv-00047-MEF-VPM |
| DOLGENCORP, INC. | ) | |
| | ) | |
|    Defendant. | ) | |

## DEFENDANT DOLGENCORP, INC.'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Dolgencorp, Inc. ("Defendant" or "Dollar General") and files its Evidentiary Submission in Support of its Motion for Summary Judgment.

1. Dollar General Corporation Employment Form.

2. Plaintiff Joy Crews ("Crews") Deposition Transcript, with Exhibits.

3. Declaration of Norman Kennessey.

4. Progressive Counseling Record dated October 19, 2004.

5. Progressive Counseling Record dated April 4, 2005.

6. Lynda Hall's Counseling Notes regarding Plaintiff.

7. Dolgencorp Acknowledgment Document signed by Crews.

                      Respectfully submitted,

                      s/Christopher W. Deering
                      Bar No.: ASB-5555-I71C

                      Christopher W. Deering, Esq.
                      Ryan M. Aday, Esq.
                      **Ogletree, Deakins, Nash,**
                         **Smoak & Stewart, P.C.**

        One Federal Place, Suite 1000
        1819 Fifth Avenue North
        Birmingham, Alabama 35203
        Telephone:  (205) 328-1900
        Facsimile:  (205) 328-6000
        E-mail: christopher.deering@odnss.com
        E-mail: ryan.aday@odnss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jere L. Beasley -- jere.beasley@beasleyallen.com

Wilson Daniel Miles, III -- dee.miles@beasleyallen.com

Roman Ashley Shaul  --  roman.shaul@beasleyallen.com


        s/Christopher W. Deering
        Christopher W. Deering
        Bar Number:  DEE-006 / ASB-5555-I7IC
        Attorney for Defendant,
        Dolgencorp, Inc.