# EXHIBIT 1

# DOLLAR GENERAL CORPORATION EMPLOYMENT FORM

01

Enter Social Security Number. Shade in corresponding circled number.
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

NOTE: Please write your SOCIAL SECURITY NUMBER
FILL IN ONE CIRCLE PER COLUMN COMPLETELY USING BLACK INK.

## MANAGEMENT INSIGHTS 8850 FORM

Fill in the Control No. → 108162220

**A**
- Last Name: CREWS
- First Name: Rilla
- MI: Joy
- Street Address: 773 Co. Rd. 435
- Apt #:
- P.O. Box (if applicable):
- City: Graham
- State: AL
- Zip Code: 36263
- Area Code: 256
- Phone Number: 568-7488

EMERGENCY CONTACT
- Name: Jane Wilson
- Phone: 256 568 2844
- Relationship: friend

**B**
- [X] Part-Time (avg less than 30 hrs/week)
- [ ] Full-Time (avg 30 or more hrs/week)
- [ ] Temporary (seasonal, openings/relocations)

DATE HIRED: 1-17-03
- [X] New Hire   OR   [ ] Rehire

**C** ASSIGNMENT — This Section MUST be completed
- Store Number: 4800
- Dept (Cost Center):
- Work State: Georgia
- Position: Clerk
- Supervisor: Vivian Kent
- Work Schedule (DC/Corp only): Store weekly scheduled hours will vary based on business necessity
- Shift Code (DC/Corp only):

**D** PAY
- Hourly Base Rate $ 5.85 (paid weekly)
- OR
- Annual Salary $ _____
(Stores paid weekly. All others paid semi-monthly)
Store paychecks are distributed at the store each Friday before midnight

**E** PERSONAL
- Date of Birth: 1-5-63
- Maiden Name: Hollaway
- Marital Status: Married
- Gender: Female

ETHNICITY (Race/National Origin):
- [ ] American Indian or Alaskan Native
- [ ] Asian or Pacific Islander
- [ ] Black   [ ] Hispanic (Spanish origin)
- [X] White (Caucasian)
- [ ] Multi Racial

**F** LOCAL TAXES by WORK STATE

INDIANA: In which County do you live? _____

KENTUCKY:                                                          YES  NO
- Employees working in BOONE COUNTY
  - Do you live AND work in the Boone County School District?     [ ] [X]
  - Do you work ONLY in the Boone County School District?         [ ] [X]
- Employees working in CUMBERLAND COUNTY
  - Do you live in the Cumberland County School District?         [ ] [X]
- Employees working in JEFFERSON COUNTY
  - Do you live in the Jefferson County School District?          [ ] [X]
- Employees working in LEXINGTON/FAYETTE URBAN COUNTY
  - Do you live in the Lex/Fayette Urban Co. School District?     [ ] [X]
- Employees working in MARSHALL COUNTY
  - Do you live in the Marshall County School District?           [ ] [X]
- Employees working in SCOTT COUNTY
  - Do you live in the Scott County School District?              [ ] [X]
- Employees working in WARREN COUNTY
  - Do you live in the Warren County School District?             [ ] [X]
  - Do you live in the Bowling Green School District?             [ ] [X]

MARYLAND: In which County do you live? _____
Do you live in Baltimore City?                                    [ ] [X]

NEW YORK: Do you live in New York City?
Are you a resident of Yonkers City?

PENNSYLVANIA: Do you live in a: [ ] Township OR [ ] Borough OR [ ] City?
What is the name of the Township/Borough/City? _____
In which County & Public School District do you live?
County: _____   School District: _____

This document complies with Section 41-10-30 of the S.C. Code of Laws, 1976, as amended.

X _Rilla Joy Crews_ Employee Signature / I certify the above information is correct.
Date: 1-20-03

X _Vivian Kent_ Manager/Supervisor Signature
Date: 1-20-03

Return to HR

White=HR     Yellow=Employee     Pink=Manager