# SIGNATURE PAGE



2 | 9

Social Security Number



## WAGE & HOUR ACKNOWLEDGEMENT

I understand that *working off the clock*, <u>*instructing*</u> *someone to work off the clock, allowing friends and/or family to work in the store or accepting merchandise or cash for work* is a violation of Company policy. I also understand that <u>employees must be paid for all hours worked</u>, *including time spent making nightly deposits*, <u>*within the week they were actually worked*</u>. Employees will be paid through the regular payroll system for all hours worked, no exceptions. Any violation may result in immediate termination of employment, even for the first offense. I understand that it is my responsibility to contact the Employee Reponse Center at 1-888-237-4114 if I have not been paid for all hours worked.

## PAY POLICY ACKNOWLEDGEMENT

I understand that it is company policy and State and Federal Law that all employees including myself must accurately record ACTUAL HOURS WORKED on their time sheet and employees are to be paid for all hours worked. I understand that Dollar General Company Policy requires that all employees be at least 18 years of age. I FURTHER UNDERSTAND THAT FAILURE TO FOLLOW EITHER POLICY WILL RESULT IN TERMINATION OF EMPLOYMENT OF THE EMPLOYEE WHO FALSIFIES THE TIME RECORD AS WELL AS FOR ANY MANAGEMENT EMPLOYEE WHO INSTRUCTS THE EMPLOYEE TO FALSIFY THE TIME RECORD.

## DRUG TESTING ACKNOWLEDGEMENT

I understand and am fully aware of Dollar General's Drug and Alcohol Policy as it appears in the Employee Handbook. I understand that where permitted by law, drug, and alcohol screening of my urine specimen may be conducted on a random basis during my employment. I agree to comply with the rules and regulations of Dollar General and this program. I understand that a violation of Dollar General s Drug and Alcohol Policy can prevent me from either being hired by Dollar General or if, already an employee, may subject me to discipline up to and including discharge, even for the first offense.

## EMPLOYMENT COMPLIANCE ACKNOWLEDGEMENT

I have read the Employment Compliance Policy Statements included in the Employee Handbook and am fully aware of Dollar General Corporation's stance on these issues. I understand that it is the policy of the corporation, and its employees, not to discriminate in any company practice with regard to age, race, color, religion, sex, pregnancy, national origin, disability, or citizenship status. I do also understand that any individual found to have committed such discrimination is subject to disciplinary action for violation of this policy, up to and including termination, even for a first offense.

I acknowledge that I have read ALL the above policies and agree to fully adhere to these Company policies. I further acknowledge that I should contact the Employee Response Center at 1-888-237-4114 to report any violations of these policies.

Employee Signature: *Rilla Jay Crews*       Date: 1-20-03

## EMPLOYMENT ACKNOWLEDGEMENT

I acknowledge that I have received a copy of the Dollar General Employee Handbook outlining the policies and procedures of Dollar General. I have read the Table of Contents, and I know what kind of information I can find in the handbook. I acknowledge that it is my responsibility to read and understand the information contained in this Handbook. I am aware that the Company may revise, add to or delete any policies, procedures, or benefits without notice as deemed necessary for the efficient operation of the Company. If I have any questions, I understand that I should contact my immediate supervisor or the Human Resources Department.

AS A CONDITION OF MY CONTINUED EMPLOYMENT, I AGREE TO FOLLOW THE RULES AND REGULATIONS OF THE COMPANY. I ALSO UNDERSTAND THAT NOTHING CONTAINED IN THE HANDBOOK IS INTENDED TO CREATE AN EMPLOYMENT CONTRACT BETWEEN THE COMPANY AND ME FOR EITHER EMPLOYMENT DURATION OR FOR THE PROVIDING OF ANY BENEFIT. IT IS THE POLICY AND INTENT OF DOLLAR GENERAL CORPORATION AND THE UNDERSIGNED THAT THE EMPLOYMENT RELATIONSHIP IS ONE CREATED AND GOVERNED BY THE WILL OF BOTH PARTIES AND MAY BE TERMINATED AT ANY TIME WITH OR WITHOUT CAUSE BY EITHER PARTY.

I futher understand that no supervisor, manager or representative of the Company, other than the Chairman, has any authority to enter into any agreement for employment for any specified period of time or make any agreement contrary to the foregoing.

Employee Signature: *Rilla Jay Crews*       Date: 1-20-03

DEFENDANT'S EXHIBIT

9. Return to HR

Whlte=HR          Yellow=Employee

## 01.   Dollar General Anti-Discrimination and Harassment Policy

*Note: This page must be given to all employees.  Employees should carefully review this acknowledgement form, sign, and return with the new hire paperwork.*

X *Zella Jay Crews*     ████████    0 2 1 9    0 1 / 2 0 / 0 3
(Signature of Employee)     (Social Security Number)    MM  DD  YY  (Date)

**NOTE! - Please write your SOCIAL SECURITY NUMBER and DATE**

*WE BELIEVE IN THE DIGNITY OF WORK AND THE DIGNITY OF EVERY PERSON.* All Dollar General employees have the right to work in an environment free from all forms of discrimination and conduct which can be considered harassing, coercive, or disruptive. Dollar General values and respects the rights and dignity of each employee and will not tolerate discrimination or harassment based on race, color, religion, sex, pregnancy, national origin, age, disability, citizenship or any other characteristic protected by law. All employees should, therefore, be aware of the following:

**A. Sexual harassment is strictly prohibited.** Sexual harassment is defined as an attempt to force an unwilling person into a sexual relationship, subject a person to unwanted sexual attention, punish a person who refuses to comply with sexual advances, or create a sexually intimidating, hostile or offensive working environment.

**B. Harassment on the basis of any protected characteristic is also strictly prohibited.** Under this policy, harassment is speaking to or physically treating an employee in a way that is degrading or in a way that exhibits hostility or hatred toward an individual (or that of his/her relatives, friends or associates) because of race, color, religion, sex, pregnancy, national origin, age, disability, citizenship or any other characteristic protected by law.

**C. Discrimination on the basis of race, color, religion, sex, pregnancy, national origin, disability or citizenship status is strictly prohibited.** This includes, but is not limited to, the following: hiring, placement, upgrading, transfer, demotion or promotion, treatment during employment, rates of pay or other forms of compensation, layoff or termination, recruitment, advertisement or solicitation of employment.

**D. Any individual found to have engaged in sexual harassment or any other form of harassment or discrimination will be disciplined as appropriate, up to and including termination of employment.**

**E. Reporting Harassment or Discrimination.** Any employee who believes that he or she has been the subject of sexual harassment or any other form of harassment or discrimination by anyone at Dollar General or by any person who does business with Dollar General should **immediately report the matter to the Employee Response Center, ("ERC") at 1-888-237-4114,** Monday through Saturday from 7:00 a.m. to 10:00 p.m. Central time and Sunday from 8:00 a.m. to 8:00 p.m. Central time. In addition to this policy statement, Dollar General's anti-discrimination and harassment policy and the number for reporting discrimination or harassment can be located in the *Employee Handbook* and on the **anti-discrimination poster** in the breakrooms and/or in the stockroom. I understand that if posters are not posted in my location, I should report this to the ERC, and the ERC will make sure that posters are promptly posted.

**F. Supervisors and managers are responsible for maintaining an environment free from harassment or discrimination in any form.** In addition, supervisors and managers are responsible for ensuring that every employee fully understands and complies with Dollar General's zero tolerance of any form of discrimination or harassment.

**G. Investigation of alleged incidents.** A prompt and thorough investigation of an alleged incident will be conducted to the extent possible, and appropriate corrective action will be taken if warranted. Any complaints of harassment will be treated as confidential to the extent possible for an adequate investigation and appropriate corrective action.

**H. Retaliation is prohibited.** Retaliation is getting revenge against or punishing any employee, potential employee, or former employee for making a complaint or report of harassment or other discrimination, or for participating in the investigation of such a complaint or report. Retaliation in any form is strictly prohibited. Any person who retaliates against another person will be subject to appropriate discipline up to and including immediate termination of employment.

I X *Zella Jay Crews* _____ have received and read Dollar General's Anti-Discrimination and Harassment policy.
(Signature of Employee)
I understand and am fully aware that Dollar General is committed to a work environment free from discrimination and harassment. I understand that if I feel I have been the victim of discrimination, retaliation or harassment, I should immediately report the incident to the Employee Response Center without fear of retaliation or any other adverse employment action. I understand that Dollar General's anti-discrimination and harassment policy and the number for reporting discrimination or harassment can be located on the attached policy, in my *Employee Handbook* and on the **anti-discrimination poster** posted in the breakrooms or in the stockroom.

# EMPLOYEE ACKNOWLEDGEMENT

## Acknowledgement of
## Receipt of Dollar General Employee Handbook

I acknowledge that I have received a copy of the Dollar General Employee Handbook outlining the policies and procedures of Dollar General. I have read the Table of Contents, and I know what kind of information I can find in the handbook. I acknowledge that it is my responsibility to read and understand the information contained in this handbook. If I have any questions, I understand that I should contact my supervisor or the Employee Response Center (ERC) at 1-888-237-4114.

AS A CONDITION OF MY CONTINUED EMPLOYMENT, I AGREE TO COMPLY WITH THE GUIDELINES, POLICIES AND PROCEDURES OF DOLLAR GENERAL. I UNDERSTAND THAT NOTHING CONTAINED IN THIS HANDBOOK IS INTENDED TO CREATE AN EMPLOYMENT CONTRACT BETWEEN DOLLAR GENERAL AND ME FOR EITHER EMPLOYMENT FOR A SPECIFIED DURATION OR FOR PROVIDING ANY BENEFIT. I UNDERSTAND THAT MY EMPLOYMENT CAN BE TERMINATED AT THE OPTION OF EITHER DOLLAR GENERAL OR MYSELF AT ANY TIME, FOR ANY REASON.

I am aware that Dollar General can revise, add or delete any policies, procedures or benefits as deemed necessary for the efficient operation of the Company.

I also understand that no supervisor, manager or officer of Dollar General, other than the Chairperson, has the authority to enter into any agreement for employment for any specified period of time or make any agreement contrary to this policy.

I acknowledge that I have been notified at the time of hiring of various personnel related matters including the date of and place of employment, date and place for payment of wages, the rate of pay, the Company benefits, including vacation and the two week notice of resignation requirement.

NOTE TO EMPLOYEES:
As of its issue date, this handbook replaces all previously distributed editions. Any policy contained in any previous handbook which does not appear in this edition, or is different from the information provided in this edition, is invalid.

This handbook is the property of Dollar General. All information contained within this handbook is for Dollar General and its employees only.

| | |
|---|---|
| Your Name | Your Signature |
| Social Security Number | Date |
| Supervisor | |

*EMPLOYEES MUST SIGN AND RETURN THIS PAGE*
*TO THEIR SUPERVISOR OR HRIS.*

# EMPLOYEE ACKNOWLEDGEMENT

### Acknowledgement of
### Receipt of Dollar General Employee Handbook

I acknowledge that I have received a copy of the Dollar General Employee Handbook outlining the policies and procedures of Dollar General. I have read the Table of Contents, and I know what kind of information I can find in the handbook. I acknowledge that it is my responsibility to read and understand the information contained in this handbook. If I have any questions, I understand that I should contact my supervisor or the Employee Response Center (ERC) at 1-888-237-4114.

**I AGREE TO COMPLY WITH THE GUIDELINES, POLICIES AND PROCEDURES OF DOLLAR GENERAL. I UNDERSTAND THAT NOTHING CONTAINED IN THIS HANDBOOK IS INTENDED TO CREATE AN EMPLOYMENT CONTRACT BETWEEN DOLLAR GENERAL AND ME FOR EITHER EMPLOYMENT FOR A SPECIFIED DURATION OR FOR PROVIDING ANY BENEFIT. I UNDERSTAND THAT MY EMPLOYMENT IS "AT WILL" AND CAN BE TERMINATED AT THE OPTION OF EITHER DOLLAR GENERAL OR MYSELF AT ANY TIME, WITH OR WITHOUT NOTICE FOR ANY REASON.**

I am aware that Dollar General can revise, add or delete any policies, procedures or benefits as deemed necessary for the efficient operation of the Company.

I also understand that no supervisor, manager or officer of Dollar General, other than the Chairperson, has the authority to enter into any agreement for employment for any specified period of time or make any agreement contrary to this policy.

**NOTE TO EMPLOYEES:**
As of its issue date, this handbook replaces all previously distributed editions. Any policy contained in any previous handbook which does not appear in this edition, or s different from the information provided in this edition, is invalid.

This handbook is the property of Dollar General. All information contained within this handbook is for Dollar General and its employees only.

Your Name _____    Your Signature _____

Social Security Number _____    Date _____

Supervisor _____

*EMPLOYEES MUST SIGN AND RETURN THIS PAGE*
*TO THEIR SUPERVISOR OR THE HRIS DEPARTMENT.*

# 2004 Dollar General Employee Handbook

## Acknowledgement of
## Receipt of Dollar General Employee Handbook

I acknowledge that I have received a copy of the Dollar General Employee Handbook outlining the policies and procedures of Dollar General. I have read the Table of Contents, and I know what kind of information I can find in the handbook. I acknowledge that it is my responsibility to read and understand the information contained in this handbook. If I have any questions, I understand that I should contact my supervisor or Human Resources.

As a condition of my employment and continued employment at Dollar General, I agree to follow the policies and procedures of the company. I understand that, unless otherwise agreed in writing signed by an officer of the Company and subject to any applicable law, all Dollar General employees are employed on an at-will basis. This means that employment is not guaranteed for any specific duration of time, and Dollar General retains the right to terminate an individual's employment at any time, with or without cause. No oral representations made by a Dollar General employee with respect to continued employment can alter this relationship.

I am aware that Dollar General can revise, add or delete any policies, procedures or benefits as deemed necessary for the efficient operation of the Company.

**Note to Employees:**
As of its issue date, this handbook replaces all previously distributed editions. Any policy contained in any previous handbook which does not appear in this edition, or is different from the information provided in this edition, is invalid.

This handbook is the property of Dollar General. All information contained within this handbook is for Dollar General and its employees only.

*Please print clearly in black ink only.*

_Killa Joy Crews_
Your Name

_Killa Joy Crews_
Your Signature

3-3-04
Date

Social Security Number: ███████ – 0 2 1 9
*(use block lettering – numbers should not touch sides of boxes)*

_Vivian Kent_
Supervisor Signature

**EMPLOYEES MUST SIGN AND RETURN THIS PAGE TO THEIR**

Print Name _Rilla Joy Crews_    Social Security # ████ _-0215_

## CERTIFICATION FORM

I have read the Dollar General Code of Business Conduct and Ethics and understand that it represents Dollar General policy. I understand that by signing my name below I am certifying that I am familiar with and will comply with the requirements of the Code, will comply with the rules, regulations and laws of federal, state and local governments applicable to Dollar General, and will report immediately any information concerning a violation or possible violation to the person(s) designated in the Code or to the Whistleblower Hotline. I agree to use the Whistleblower Hotline only in good faith. I also understand that a violation of the Code may subject me to discipline up to and including termination of my employment.

I certify that I have listed in the space provided below (or on an additional attached page if the space provided is not sufficient) all positions as director, officer, or partner that I hold in companies other than Dollar General, including charitable organizations, and all other conflicts or potential conflicts of interest I may have with Dollar General, regardless of whether or not the conflict has been approved by the Board of Directors, a committee of the Board, my supervisor or any other Dollar General personnel. If I leave the space below blank, I certify that I have no such positions or conflicts of interest to report.

_____

_____

_____

I certify that I have listed in the space provided below (or on an additional attached page if the space provided is not sufficient) or anonymously to the Whistleblower Hotline all ethical concerns about which I feel Dollar General should be made aware, if any. If I leave the space below blank, I certify that I have no ethical concerns to report that have not been previously reported.

_____

_____

_____

I understand and agree that nothing in the Code is intended to create an express or implied contract of employment, and that the maintenance of the Code or other policies, procedures or benefit plans, does not modify the employment-at-will relationship that exists between Dollar General and its employees.

_Rilla Joy Crews_    _3-8-04_
Signature                Date

_Lead Clerk_
Position

**PLEASE RETURN COMPLETED AND SIGNED CERTIFICATION FORM**
**TO THE INTERNAL AUDIT DEPARTMENT AT**
**100 MISSION RIDGE, GOODLETTSVILLE, TN 37072**

# Dollar General
# Retail
## Employee Handbook

# 2004

DEFENDANT'S
EXHIBIT
3
Crews

CONFIDENTIAL

## 2004 Dollar General Employee Handbook

## Welcome to Dollar General

You have joined one of the fastest growing retailers in the country, and we are glad to have you as part of our team. Since our company's beginning in 1939, the desire to serve others has been the driving force behind our growth and our strategy. In fact, Serving Others is our mission.

At Dollar General, we have a deep respect and appreciation for our customers. We strive to serve their needs for consumable basic merchandise each day in our more than 6,700 stores. Only through our 60,000-plus employees and the support of our mission can we do that.

From our store support center to our seven distribution centers and the employees throughout more than 27 states, every individual plays a role in helping ensure Dollar General's success. Thank you for being part of our team. Working together Dollar General will continue to grow as a place in which we are proud to work and our customers are proud to shop.





CONFIDENTIAL

## 2004 Dollar General Employee Handbook

# Acknowledgement of
# Receipt of Dollar General Employee Handbook

I acknowledge that I have received a copy of the Dollar General Employee Handbook outlining the policies and procedures of Dollar General. I have read the Table of Contents, and I know what kind of information I can find in the handbook. I acknowledge that it is my responsibility to read and understand the information contained in this handbook. If I have any questions, I understand that I should contact my supervisor or Human Resources.

AS A CONDITION OF MY EMPLOYMENT AND CONTINUED EMPLOYMENT AT DOLLAR GENERAL, I AGREE TO FOLLOW THE POLICIES AND PROCEDURES OF THE COMPANY. I UNDERSTAND THAT, UNLESS OTHERWISE AGREED IN WRITING SIGNED BY AN OFFICER OF THE COMPANY AND SUBJECT TO ANY APPLICABLE LAW, ALL DOLLAR GENERAL EMPLOYEES ARE EMPLOYED ON AN AT-WILL BASIS. THIS MEANS THAT EMPLOYMENT IS NOT GUARANTEED FOR ANY SPECIFIC DURATION OF TIME, AND DOLLAR GENERAL RETAINS THE RIGHT TO TERMINATE AN INDIVIDUAL'S EMPLOYMENT AT ANY TIME, WITH OR WITHOUT CAUSE. NO ORAL REPRESENTATIONS MADE BY A DOLLAR GENERAL EMPLOYEE WITH RESPECT TO CONTINUED EMPLOYMENT CAN ALTER THIS RELATIONSHIP.

I am aware that Dollar General can revise, add or delete any policies, procedures or benefits as deemed necessary for the efficient operation of the Company.

## Note to Employees:
As of its issue date, this handbook replaces all previously distributed editions. Any policy contained in any previous handbook which does not appear in this edition, or is different from the information provided in this edition, is invalid.

This handbook is the property of Dollar General. All information contained within this handbook is for Dollar General and its employees only.

### Please print clearly in black ink only.

_____     _____     _____
Your Name                   Your Signature              Date

Social Security Number: ☐☐☐ – ☐☐ – ☐☐☐☐
(use block lettering – numbers should not touch sides of boxes)

_____
Supervisor Signature

## EMPLOYEES MUST SIGN AND RETURN THIS PAGE TO THEIR
## SUPERVISOR OR THE HRIS DEPARTMENT.

ov Crews/DG 00062  Docs Produced to Plaintiff

CONFIDENTIAL

w Crews/DG 00063  Docs  Produced to Plaintiff

CONFIDENTIAL

## 2004 Dollar General Employee Handbook

## Acknowledgement of
## Receipt of Dollar General Employee Handbook

*THIS COPY OF THE EMPLOYEE ACKNOWLEDGEMENT IS FOR YOUR RECORDS.*

I acknowledge that I have received a copy of the Dollar General Employee Handbook outlining the policies and procedures of Dollar General. I have read the Table of Contents, and I know what kind of information I can find in the handbook. I acknowledge that it is my responsibility to read and understand the information contained in this handbook. If I have any questions, I understand that I should contact my supervisor or Human Resources.

AS A CONDITION OF MY EMPLOYMENT AND CONTINUED EMPLOYMENT AT DOLLAR GENERAL, I AGREE TO FOLLOW THE POLICIES AND PROCEDURES OF THE COMPANY. I UNDERSTAND THAT, UNLESS OTHERWISE AGREED IN WRITING SIGNED BY AN OFFICER OF THE COMPANY AND SUBJECT TO ANY APPLICABLE LAW, ALL DOLLAR GENERAL EMPLOYEES ARE EMPLOYED ON AN AT-WILL BASIS. THIS MEANS THAT EMPLOYMENT IS NOT GUARANTEED FOR ANY SPECIFIC DURATION OF TIME, AND DOLLAR GENERAL RETAINS THE RIGHT TO TERMINATE AN INDIVIDUAL'S EMPLOYMENT AT ANY TIME, WITH OR WITHOUT CAUSE. NO ORAL REPRESENTATIONS MADE BY A DOLLAR GENERAL EMPLOYEE WITH RESPECT TO CONTINUED EMPLOYMENT CAN ALTER THIS RELATIONSHIP.

I am aware that Dollar General can revise, add or delete any policies, procedures or benefits as deemed necessary for the efficient operation of the Company.

### Note to Employees:
As of its issue date, this handbook replaces all previously distributed editions. Any policy contained in any previous handbook which does not appear in this edition, or is different from the information provided in this edition, is invalid.

This handbook is the property of Dollar General. All information contained within this handbook is for Dollar General and its employees only.

*Dollar General is an equal opportunity employer. It is the Company's policy to grant equal employment opportunity (EEO) to all qualified persons without regard to race, sex (including pregnancy, childbirth and related conditions), religion, color, age, national origin, disability, citizenship or any other characteristic protected by law. The Company provides equal opportunities in employment, promotions, wages, benefits, and all other privileges, terms and conditions of employment.*

CONFIDENTIAL

# 2004 Dollar General Employee Handbook

## Table of Contents

Accident and Injury Prevention . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

Alternative Dispute Resolution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Anniversary Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Anti-Discrimination and Harassment Policy . . . . . . . . . . . . . . . . . . . . . . . . . . 43

Attendance and Tardiness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Background Checks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60

Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Bulletin Board Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Child Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Clear Desk and Clear Screen Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

Company Newsletter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65

Computer and Communication Systems Policy . . . . . . . . . . . . . . . . . . . . . . . 46

Direct Deposit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Direct Stock Purchase Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Diversity in the Workplace . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Dollar General's Leave Policies at a Glance . . . . . . . . . . . . . . . . . . . . . . . . . 23

Drug and Alcohol Policy (Summary) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60

Eating and Drinking in Unauthorized Areas . . . . . . . . . . . . . . . . . . . . . . . . . 19

Emergency Evacuations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

Employee and Customer Injuries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64

Employee Check Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Employee Purchase Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Employment of Relatives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

Ethical Standards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Family & Medical Leave Act (FMLA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

GED Assistance Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Getting Started . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

HIPAA (Health Insurance Portability and Accountability Act of 1996) . . . . . 9

CONFIDENTIAL

## 2004 Dollar General Employee Handbook

Holidays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Meal Breaks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Minimum Age . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Moonlighting Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Need for Policies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Open Door Policy – Solving Problems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

OSHA "Right to Know" Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . 65

Pay for Time Not Worked and Overtime . . . . . . . . . . . . . . . . . . . . . . . . . 22

Pay Rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Pay Schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Personal Appearance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Personal Appearance and Dress Code Policy . . . . . . . . . . . . . . . . . . . . . . . 6

Personal Phone Calls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Personal Relationship Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

Personal Visits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Personnel File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Progressive Counseling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Promotions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

Proprietary and/or Confidential Information . . . . . . . . . . . . . . . . . . . . . . . 7

Protection of Company Assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

Protective Orders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60

Reasons for Counseling and/or Termination . . . . . . . . . . . . . . . . . . . . . . . 38

Response to Media . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65

Rest Breaks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Searches . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60

Service Bridging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Smoking/Tobacco Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Solicitation and Distribution Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Status Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

CONFIDENTIAL

## 2004 Dollar General Employee Handbook

Tele-Commuting Policy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

The Employee Response Center (ERC) . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

The Work Number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Tracking Work Time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Transfer Policy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Types of Employment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Unions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . I

Vacation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Voting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Wage & Hour Policy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

When an Accident Occurs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

Work Hours and Overtime . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Work Safety. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

Working Off the Clock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Workplace Violence Policy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

CONFIDENTIAL

## 2004 Dollar General Employee Handbook

## Getting Started

As you begin your new job, you will be busy learning your job responsibilities and meeting other employees. You are encouraged to take every opportunity to discuss job expectations and goals, any job-related difficulties, questions and concerns with your supervisor so that you may learn the job and feel comfortable with it.

## Need for Policies

The policies stated in this handbook are guidelines to:

- Maintain high safety standards for all employees
- Inform employees of the Company's expectations and what they can expect in return from the Company.
- Minimize misunderstandings about how to deal with problems
- Provide consistent treatment of employees
- Comply with the law

It is impractical to have a policy to cover every situation and not all Dollar General policies are stated in this handbook. Where state or local law imposes requirements contrary to the policies set forth herein, Dollar General will comply with those policies.

## Unions

We believe our union-free status is one reason we continue to grow and provide employment while many unionized companies have declined. Our employees have enjoyed competitive wages, benefits and steady employment without paying dues to unions, and have never missed a paycheck because of a strike. We provide job security by continuing to build a sound, growing and profitable business.

The Company is built on the principle of dealing directly with employees rather than through third parties. Like any organization, we may have problems from time to time. However, we believe that interference by a third party would harm our employees. Our employees are individuals, and Dollar General is committed to resolving employee issues and concerns in an equitable and open manner.

If a union organizer or business agent asks you to join a union or to sign any kind of union card (whether it is to join the union, get more information about the union, or for some other purpose) you have the right to refuse. Signing a union card is like signing a blank check – like giving up your rights. It means that you, as an individual, are no longer interested in dealing directly with management and would rather someone else do your talking for you.

Crowe/DG 00068  Docs. Produced to Plaintiff                    CONFIDENTIAL

## 2004 Dollar General Employee Handbook

We believe that Dollar General employees want to think, speak and act for themselves. If you ever have any questions about our commitment to you, or if you have any personal problems or questions, we urge you to speak to your supervisor, manager or the **Employee Response Center (ERC) at 1-888-237-4114.**

# Open Door Policy – Solving Problems

The Company is committed to an open door policy to answer any work-related question, problem or concern you may have. If you have a concern you would like to bring to management's attention, follow these steps:

- Talk it over with your immediate supervisor.

- If you and your supervisor cannot resolve the issue to your satisfaction, or your supervisor is part of the problem, discuss your concerns with the next level of supervision.

- If you are not satisfied with the response given by your supervisors or if you do not feel comfortable in bringing your concerns to the attention of your supervisors, contact the **Employee Response Center (ERC) at 1-888-237-4114.** Guidance will be provided as to alternative ways that such issues may be resolved.

# Alternative Dispute Resolution

Alternative Dispute Resolution (ADR) is designed to offer Dollar General employees alternative methods to resolving specific workplace disputes which include: termination, final counseling, demotion, harassment and discrimination.

When you are looking for a solution to a workplace conflict, your supervisor or your supervisor's manager is often the place to start. If a solution cannot be reached, contact the **Employee Response Center (ERC) at 1-888-237-4114.**

In those unique situations when your conflict still has not been resolved, call the ADR team.

**Call 1-800-297-5527**
**Monday - Friday, 8 a.m. - 5 p.m. Central Time**

2

Crown/DG 00060  Docs. Produced to Plaintiff                    CONFIDENTIAL

**2004 Dollar General Employee Handbook**

## The Employee Response Center (ERC)

The Employee Response Center is a dedicated team of representatives available to provide resolution to questions you may have regarding your store registers, scanners, printers, processes, as well as questions regarding Company policies. The ERC is also one of the many avenues provided by the Company for reporting inappropriate conduct, including discrimination and harassment. If you are ever unsure who to call, the ERC is here to assist and will make sure you are directed to the proper department for resolution. The ERC is open from 7a.m. until 9 p.m. CST, Monday through Saturday and from 8a.m. until 8 p.m. on Sunday.

## Diversity in the Workplace

Dollar General recognizes that diversity is a business imperative. The Company demonstrates its commitment to inclusion through:
- Recruitment, hiring and development of employees;
- Selection of suppliers and vendors;
- Serving the needs of our customers; and
- The Company's mission and business strategy

Employees looking for career opportunities can visit the Company web site at www.dollargeneral.com and click on the careers button located on the left side. From there, you may select retail positions, store support center positions or DC positions.

## Solicitation and Distribution Policy

In order to avoid interruption of your work and to protect you from unnecessary annoyance, soliciting memberships or contributions, distributing printed material, or conducting personal business on Company property is limited by the following rules:

- Employees must not solicit and/or distribute literature to fellow co-workers during work or while in working areas. (This restriction does not apply to periods such as breaks and meal times when employees are not required to be working.)

- Soliciting an employee or distributing literature to an employee by a non-employee is prohibited at all times on Company property.

- Soliciting and/or distributing literature to customers is strictly prohibited.

- **Only Company sponsored documents are allowed to be posted on Company property by an authorized manager.**

3

CONFIDENTIAL

## 2004 Dollar General Employee Handbook

## Bulletin Board Policy

We communicate important information about work and your job on bulletin boards. Please review them frequently to keep up with current activities and information. The bulletin boards are for Company information only. Please do not post or remove any material from them. Only Company sponsored documents are allowed to be posted on bulletin boards by authorized managers.

## Ethical Standards

Dollar General's values dictate conduct of the highest moral, ethical and legal standards in pursuing our business interests. We expect all employees to comply with the Company's Code of Business Conduct and Ethics (the "Code"), which has been designed to promote those standards. If you have questions regarding the Code or the appropriate course of conduct in a particular situation, you should generally first consult your supervisor who knows your job and circumstances the best. In situations where your supervisor cannot provide the answer or where you do not believe that your supervisor is the appropriate person to consult, you should usually consult the next higher level of management or the **Employee Response Center (ERC) at (888) 237-4114,** either of which can direct you to the appropriate person or department in Dollar General. We also have noted in various sections of the Code the appropriate persons to consult regarding interpretations of certain subjects.

Dollar General intends to consistently enforce the policies and standards in the Code through appropriate disciplinary mechanisms. Conduct that violates the Code or any applicable law, rule or regulation may subject the persons involved to prosecution, imprisonment or fines. Dollar General also may be subject to prosecution, fines and other penalties for the improper conduct of our employees. Any violation of the Code or any applicable laws, rules or regulations, including the failure to report a violation, is cause for disciplinary action up to and including termination of employment. The appropriate form of discipline will be case-specific and fairly applied.

## Minimum Age

Persons working for Dollar General must be at least 18 years old, unless otherwise determined by Human Resources.

CONFIDENTIAL

## 2004 Dollar General Employee Handbook

# Types of Employment

Dollar General hires employees in two categories:

## Regular, on a full-time or part-time basis:

- A full-time employee is one who works an average of 30 or more hours per week.
- A part-time employee is one who works an average of fewer than 30 hours per week.

## Temporary, on a full-time or part-time basis:

- A temporary employee should be given specific start and end dates upon being hired.
- The supervisor must complete a Personnel Action Form to change a temporary employee to regular part-time or full-time status.

**NOTE:** *A Personnel Action Form must be processed to change an employee's status from part-time to full-time or vice versa.*

# Personnel File

The Company has adopted the following guidelines to assist in avoiding the unnecessary disclosure of confidential employment information:

**NOTE:** *Personnel files are Company property and, therefore, typically will not be copied or released unless required by law, necessary to defend the Company in litigation or other proceedings or in compliance with a lawfully issued subpoena or court order.*

- The Company will request, use and retain only personal information about employees that is required for business or legal reasons.
- The Company will take reasonable measures to protect and preserve the confidential personal information in its records and files.
- The Company will limit the internal availability of personal information to those Company officials with a "need to know" purpose.
- The Company will refuse, except in specific circumstances, to release information to outside sources without the employee's written approval. Exceptions are limited to simple employment verification and to comply with legal requirements.

## 2004 Dollar General Employee Handbook

# Personal Appearance and Dress Code Policy

This policy is intended to establish clear guidelines and expectations for the personal appearance of employees in order to convey a positive and professional image to our customers, vendors and general public while at work. Employees are expected to maintain a neat, clean and well-groomed appearance while at work.

Employees violating this policy will be subject to disciplinary action and will be asked to return home and change in order to meet the Personal Appearance and Dress Code Policy requirements. The Manager on duty at the time who allows an employee to violate the Personal Appearance and Dress Code Policy will also be subject to disciplinary action. Violation of the Personal Appearance and Dress Code Policy may result in progressive counseling up to and including termination, even for the first offense.

## Personal Appearance

- Employees may not work with unnatural hair colors, e.g. blue, green or pink hair.
- Hair, including facial hair, must be neatly groomed and trimmed.
- Good hygiene must be practiced, including bathing, deodorant use, etc.
- Clean hands and fingernails should be maintained.
- No head coverings of any kind should be worn.
- No open-toe or open-heel shoes are allowed.
- All visible body piercing is limited to the ear only.
- Visible tattoos must not be in violation of any Dollar General policies.
- All employees **MUST** wear their name badges while on the sales floor.
- Shirt must be buttoned appropriately and tucked in pants/skirt.

**NOTE:** *Religious and/or disability-related exemptions are permitted. Partner with the District Manager for direction.*

## Dress Code

- Plain black polo-style short-sleeve or long-sleeve collared shirt, without any logos other than the Dollar General logo
- Shirt must be tucked in pants/skirt where possible; if not, a smock must be worn
- Khaki or tan-colored pants (capris are not allowed) or khaki or tan-colored skirt (knee length or longer); no sweatpants are allowed

## 2004 Dollar General Employee Handbook

- A belt must be worn with pants having loops where possible; if not, a smock must be worn
- Clean shoes (No open-toe or open-heel shoes or sandals are permitted)
- Socks or hose must be worn
- Name badge must be worn on the left collar
- Smocks with the Dollar General logo are permitted where available. The smock must be worn with khaki or tan colored pants/skirt and black polo-style shirt.
- Clothing must not be torn or sheer
- No jeans are allowed to be worn during store hours
- During cold weather, employees may wear similarly colored long-sleeve clothing underneath the polo shirt, or a similarly colored jacket/sweater may be worn over the polo

*Please partner with your District Manager if you have an employee with an accommodation request.*

## Proprietary and/or Confidential Information

Much of the Company's information is proprietary and/or confidential. As an employee of the Company, you are responsible for protecting that information. If anyone asks you for information that you believe may be proprietary and/or confidential or if you have questions regarding what constitutes proprietary and/or confidential information, refer to your supervisor.

## Moonlighting Policy

Dollar General full-time employees may not have any outside employment or any outside business activity **if** it: (a) involves the use of Company property or facilities; or (b) materially diverts the employee's time, attention or energy away from the performance of the employee's duties. While the Company does not seek to intrude on employees' personal lives, moonlighting potentially impacts an employee's ability to perform the duties required of his or her position at Dollar General.

However, outside employment or business activities may be permitted when an employee can continue to satisfactorily perform his or her normal work duties within the scheduled workweek. Work assignments and schedules will not be changed for a Dollar General employee to perform work for another company or business.

## 2004 Dollar General Employee Handbook

If circumstances require that an employee must work a second job, the employee must discuss the situation first with his or her supervisor. Working for a competitor or Dollar General vendor or having a material financial interest or relationship with a competitor or Dollar General vendor is not permitted under any circumstance by any employee and may lead to immediate termination.

## Wage & Hour Policy

Working off the clock, instructing or allowing someone to work off the clock, allowing friends and/or family to work in the store or accepting merchandise, cash, or compensatory time for work is a violation of Company policy. Employees must be paid for all hours worked within the week they actually worked and must clock in and out for all hours worked. Managers are prohibited from making payroll modifications which adversely impact an employee's pay. Modifications of payroll records are subject to audit at any time.

**Employees will be paid through the regular payroll system for all hours they work, no exceptions.** Any violation may result in immediate termination of employment for the responsible employee, even for the first offense. It is the employee's responsibility to contact the **Employee Response Center (ERC) at 1-888-237-4114** if he/she has not been paid for all hours worked.

## Tele-Commuting Policy

Unless otherwise required by law, Dollar General generally does not support the practice of tele-commuting or working from remote locations (including but not limited to an employee's home).

If Dollar General identifies a business need for an employee to work from a remote location, it may grant an exception to this policy. Such exceptions require the approval of the Executive Vice-President (EVP) responsible for the department requesting the exception and the Vice-President (VP) of Human Resources.

**2004 Dollar General Employee Handbook**

# GED Assistance Program

Dollar General proudly supports and encourages its employees who are working toward their General Education Diploma (GED). Full-time employees who take and pass the GED test are eligible for testing fee reimbursement. For more information, contact the **Employee Response Center (ERC) at 1-888-237-4114** or your supervisor. To be reimbursed for the cost of the GED testing, please mail the receipt for the test fee and a copy of the GED Certificate to:

Dollar General
ATTN: Tuition Reimbursement
100 Mission Ridge
Goodlettsville, TN 37072

# Benefits

For information on your Dollar General benefits, refer to your Summary Plan Documents. For questions, call the Benefits Service Center:

1-877-885-5735
1-700-200-1234 ext. 5440

# HIPAA (Health Insurance Portability and Accountability Act of 1996)

Dollar General Corporation sponsors the Dollar General Health Plan (the "Plan") for the benefit of its employees. As a function of Dollar General's role to administer the Plan, some employees of Dollar General may have access to the individually identifiable health information of plan participants on behalf of the Plan or Dollar General Corporation. HIPAA and its implementing regulations provide specific restrictions on the employer's ability to use and disclose protected health information.

## Individually Identifiable Information Defined

Health information, including demographic information, that is:

1. Created or received by a health care provider, health plan, or employer; and

2. Relates to the past, present, future physical or mental health or condition of an individual; the provision of health care to an individual; or the past, present, or future payment for the provision of health care to an individual.

## 2004 Dollar General Employee Handbook

### PHI Defined

Protected health information (PHI) is individually identifiable health information (see above definition) that is transmitted or maintained electronically, orally, or in written form by the Plan.

### Use and Disclosure

PHI is used when it is shared, utilized, applied, or analyzed within Dollar General. A disclosure of PHI is made when it is released, transferred, given access to, or otherwise communicated to any person or entity outside of the Plan.

### Permitted Uses and Disclosures

An employee may use and disclose PHI without consent or authorization, or without allowing the individual to object or agree to the use or disclosure if:

1. Use or disclosure was made to the individual who is the subject of the PHI;

2. The use or disclosure is for the treatment, payment or health care operations;

3. The use or disclosure is incidental to a permitted use or disclosure, and reasonable safeguards are in place;

4. An employee authorization was obtained before the use or disclosure.

PHI is not to be disclosed for the purpose of payment of operations of "non-health" benefits, such as Workers' Compensation, disability, or FMLA, unless an individual authorization has been obtained or the disclosure is required by applicable state law and particular requirements under HIPAA are met.

### Minimum Necessary Standard

In the event that PHI is used or disclosed, the Health Plan will make reasonable efforts not to use, disclose or request more than the least amount of PHI necessary to accomplish the intended purpose of use, disclosure, or request.

The minimum necessary standard does not apply in the following disclosures:

1. PHI that is disclosed to the individual who is the subject of the PHI;

2. When a valid authorization has been obtained;

3. Required by law;

4. Required to comply with HIPAA.

## 2004 Dollar General Employee Handbook

### Safeguarding PHI

Employees must take the following steps to safeguard protected health information in their area to ensure that PHI is protected and kept confidential:

1. An automatic log-off should be placed on your computer when you are away from your workstation for 10 minutes or more;

2. All computers are to be turned off at the end of the day;

3. All paper documents concerning PHI should be locked in a drawer or cabinet;

4. Protected health information is not to be left on voice mail messages;

5. Any other reasonable step necessary to physically secure PHI in your area.

### Complaints

An individual has the right to file a complaint against the Plan for violation of HIPAA privacy regulations. A complaint can be filed with the Plan by calling the Privacy Hotline at 1-800-334-9338. A participant also has the right to file a written complaint with the U.S. Department of Health and Human Services.

### Sanctions for Violations of Privacy Policy

A violation of the HIPAA Privacy Policy by any member of the workforce may lead up to, and include, termination of employment. The appropriate sanction will be determined upon the nature of the violation, its severity, and the intent of the violation.

Sanctions will not be imposed upon an employee who lodges a complaint with the Privacy Official or with the U.S. Department of Health and Human Services, or who refuses to follow a policy or procedure they believe in good faith to be a violation of the Privacy Rule.

Further, no employee may intimidate, threaten, coerce, discriminate against or take other retaliatory action against an individual for exercising their privacy rights, filing a complaint, participating in an investigation, or opposing any improper practice under HIPAA. No individual shall be required to waive his or her privacy rights under HIPAA as a condition of treatment, payment, enrollment, or eligibility.

## 2004 Dollar General Employee Handbook

### Individual Rights

HIPAA's privacy rules gives individuals, or personal representatives, certain rights regarding their PHI. These rights include:

1. Right to access and amend the PHI maintained by the Plan;

2. Right to an accounting of disclosures made of his or her PHI;

3. Right to request a restriction on the use and disclosure of PHI;

4. Right for PHI to be communicated by alternative means or to an alternative location to protect the individual from endangerment.

### Overview

This is a policy overview. A copy of the full HIPAA Privacy Policy may be requested by calling the Benefits Service Center at 1-877-885-5735.

## The Work Number

The Work Number is an automated service that provides instant employment and income verification. The service is used when employees are applying for a mortgage or loan, reference checking, leasing an apartment, applying for government assistance or any other instance where proof of employment or income is needed. Employees benefit from having control of the process and being able to authorize others access to his/her information.

Employees need to give the verifier the contact information below and a salary key authorization number (if verification of wages is needed). A salary key may be obtained via the internet or by calling The Work Number. Verifiers absorb the cost of this service.

Verifiers may contact The Work Number on the internet at www.theworknumber.com or by calling 1-800-367-5690 to obtain verifications. For more information, employees may refer to the wallet card that was distributed during the initial roll-out of the program or that is included with the new hire paperwork.

Employees should provide only The Work Number when contacted for a reference for another employee. Providing references can result in disciplinary action up to and including termination even for the first offense.

v Crews/DG 00079  Docs. Produced to Plaintiff

**2004 Dollar General Employee Handbook**

## Personal Phone Calls

Make or receive personal calls only when necessary. If it is necessary to place a personal call, we request that you make it during your break or meal period.

- No cell phones or pagers may be used or carried while employees are on the sales floor. Cell phones and pagers may only be used while employees are on break in the back room.
- Unauthorized long distance calls may result in immediate termination from the Company.

## Personal Visits

Personal visits from friends and relatives are acceptable during your meal break. They should occur outside the workplace. "Workplace" means any area within a Dollar General store including but not limited to the sales floor, any store office, restroom, break room or stock room. It is a violation of Company policy to allow a non-employee in the store during non-business hours, unless the non-employee is a contractor or vendor there for business purposes and the visit is pre-approved by the District Manager.

## Child Care

Under no circumstances should a child be brought to the work place. Any child care conflicts should be resolved before reporting to work.

## Employee Purchase Policy

While we encourage employees to shop in our stores, the following procedures must be followed:

- A member of management must ring up all employee purchases. Employees (including the Store Manager and Assistant Store Manager) are not allowed to ring up their own purchases.
- Employees should not make purchases during their work hours, unless it is a small food item for immediate consumption during a rest or meal break. All other purchases must be made when the employee is off duty and the store is open for business.
- Merchandise must be paid for before it is used or consumed.
- The receipt for the purchase must be given to the employee. The employee must be able to present the receipt for the purchase, at any time, when requested by a member of management.
- No employees, including management, are to hold merchandise for purchase at a later time.

## 2004 Dollar General Employee Handbook

- All merchandise must be paid for before it leaves the store. Failure to ring up all merchandise could result in immediate termination for all involved employees.
- Employees are not allowed to ring up members of their household and/or close relatives as defined in the handbook.
- If the employee has a refund, the refund must be transacted when the employee is off duty, the store is open for business and conducted by store management.
- Employees (including the Store Manager and Assistant Store Manager) are not allowed to complete their own refund, nor are they allowed to complete refunds for members of their household and/or close relatives.
- All refunds must be verified by an employee other than the one who completed the refund transaction.

Violation of any of these procedures could result in immediate termination, even for the first offense.

## Employee Check Policy

Employees may write checks for the amount of purchase only. The employee may not write personal checks for cash or cash other checks through the register, deposit or safe fund. The Store Manager must write the word "Employee" at the top of any checks written by a Dollar General employee.

Employees who write bad checks or commit any other violation of this policy may be subject to counseling up to and including termination. Please refer to the SOP for further information.

## Smoking/Tobacco Policy

Dollar General is committed to creating and maintaining a safe and healthful environment for its employees and customers. Therefore, the use of tobacco products is strictly prohibited in the workplace at Dollar General. "Workplace" means any area within a Dollar General Store, including, but not limited to, the sales floor, any store office, restroom, break room or stock room.

Employees may use tobacco products during rest breaks (no more than two per workshift) and meal periods. All tobacco products should be disposed of properly. However, even during these approved periods, employees may not use tobacco products within 20 feet of the store entrance. Tobacco products may not be used while unloading trucks, retrieving carts from the parking lot or during other work-related tasks that may take an employee away from the sales

14

## 2004 Dollar General Employee Handbook

floor.

Employees who violate the Smoking/Tobacco Policy will be given a final written warning the first time and may be terminated for additional violations of the Smoking Policy. If you have any questions regarding this Policy, please discuss them with your immediate supervisor.

## Direct Stock Purchase Plan

Dollar General offers its employees the opportunity to deduct a portion of their pay to purchase Dollar General stock. To enroll, employees must complete a Direct Stock Purchase Plan Enrollment/Change Form that can be obtained from Human Resources or Stock Services.

### Plan Information

• You decide how much you wish to deduct each pay period.

• Your deductions are totaled at the end of the month, a purchase is made during the following month, and the shares are deposited into your account.

• To receive an enrollment package for the Direct Stock Purchase Plan, call 1-700-200-1234, extension 5193.

## Direct Deposit

Direct deposit is a benefit that Dollar General provides to help the employee eliminate the hassle of handling and depositing a paper paycheck. Signing up for direct deposit authorizes Dollar General to automatically deposit an employee's pay into his/her account at any financial institution chosen (credit unions included).

Employees are given the option of directing the deposit of their earnings into a maximum of four different accounts. For example, you can deposit 80% of your paycheck into your checking account, 10% into a savings account and the remaining 10% into yet another savings account.

An employee's money will be in his/her account, ready for use, at the close of business of each pay day even if the account is in another city. Dollar General will provide the employee, on his/her normal scheduled pay date, with a deposit advice detailing the bank accounts credited along with the employee's normal payroll information. All full-time and part-time employees hired on a regular basis are eligible for direct deposit. Temporary and seasonal employees are not eligible to enroll.

## 2004 Dollar General Employee Handbook

To enroll in direct deposit, you must complete an authorization form. Additional direct deposit forms can be requested by calling the Payroll Department. When signing up for Direct Deposit into checking accounts, include a voided check. (Deposit slips for checking accounts will NOT be accepted.) When using Direct Deposit with a savings account, include a deposit slip. **After submitting the forms, allow 4 – 6 weeks for your payroll check to be automatically deposited.**

## Anniversary Date

An employee's anniversary date is the date that an employee was **originally** hired (unless rehired- see the Service Bridging section). This includes employees who were originally hired as part-time or temporary employees (those hired through the Company, not a temporary agency) and who have now become full-time employees. The anniversary date is used, in conjunction with other employment criteria, to determine service with the Company which impacts several leave policies and benefit programs.

## Service Bridging

Anniversary date will be defined as the original hire date unless the employee was rehired after a break in service of more than 30 days. If rehired after being separated from the Company more than 30 days, the anniversary date will be changed to reflect the rehire date. If an employee leaves the Company and is rehired within 30 days of the termination date, the original hire date remains the same and should not be changed during the re-hire process. The original hire date will remain the same for purposes of vacation, counseling, benefits and service. This is called service bridging.

## Pay Schedule

Dollar General pays its retail store employees on a weekly basis. The pay week begins on Saturday and ends the following Friday. Payroll checks may **never** be distributed to employees prior to the date of the check. Distributing payroll checks prior to the check date is a violation of Company policy.

Checks are distributed to employees by their manager in their store each week. The check received is for the previous work week. Any questions concerning an employee's compensation should be directed to the Payroll Department.

NOTE:  *Employees may not accept merchandise or cash for time worked. This may result in progressive counseling up to and including termination, even for the first offense.*

## 2004 Dollar General Employee Handbook

| DO: | DO NOT: |
|---|---|
| • Pay all employees through the regular payroll system. | • DO NOT work off the clock |
| • Pay all employees during the week the work was actually done (in other words do not move hours to the next week). | • DO NOT allow anyone to work (including unloading trucks, taking out trash, etc.) unless the person is an employee and paid for all hours worked |
| • Ensure employees are paid for making bank deposits and other work performed, as well as work performed outside normal business hours. | • DO NOT allow close relatives to work in the store (this means allowing them to perform any work—for example, unloading trucks, stocking shelves, taking out the trash, etc.) – NO EXCEPTIONS! |
| • Clock in prior to starting work, clock in and out before and after meal periods and clock out at the end of your work day --everyday-- no exceptions! | • DO NOT accept or give merchandise or cash for work |
| • Call the Employee Response Center (ERC) at 1-888-237-4114 if you have not been paid for all hours worked or to report a violation of our Wage & Hour policy. | • DO NOT allow another employee to sign in or out for you. |
| • Review your paycheck carefully each week to ensure you've been paid for all hours worked. | • DO NOT allow employees in the store before or after store hours without being paid. |
| | • DO NOT perform work of any kind during an unpaid lunch or meal break |
| | • DO NOT work overtime without it first being approved by your manager |

## Tracking Work Time

Compensation for hourly employees is determined by the pay rate and number of hours the employee works each week. By using the electronic clock-in/out on the register, an accurate account of the hours you work will be recorded.

• Hourly employees **must** record all hours they work by clocking in/out at the register.

• **Employees** are required to clock-in when they start to work each day, clock-out and in before and after their meal period, and clock-out at the end of their work day. Failure by the employee to clock himself/herself in and/or out is a violation of Company policy and may lead to disciplinary action.

## 2004 Dollar General Employee Handbook

- Under no circumstances may an employee have another employee clock-in or clock-out for him/her, nor may he/she clock-in or clock-out for someone else. This may lead to immediate termination from the Company, even for the first offense.

- End of week payroll modifications by the manager should be very few, if any at all. The manager should never clock in or out for an employee or enter modifications to an employee's clock in/out times that could adversely impact an employee's pay. The only exception would be to correct an error that the employee made to his/her time record. Violations may lead to disciplinary action up to and including termination from the Company.

- Hourly management employees may not make payroll modifications to their own time records. Violations may lead to disciplinary action up to and including termination from the Company.

- Working off the clock may result in immediate termination from the Company. See the Wage and Hour Policy for more details.

## Work Hours and Overtime

As an employee, your work schedule may vary from week to week. No employee of Dollar General is guaranteed to work a specific number of hours, at specific times, during any work week. The Store Manager or Assistant Manager will post your work schedule. These schedules will always be based upon customer, rather than employee, needs. Work schedules may be subject to change due to arrival of trucks or other needs as they arise.

## Company Policies:

- No vendors or contractor are allowed in the store before or after store hours without a business purpose and authorization from the District Manager.

- No Dollar General employee is allowed in the store before or after store hours without the District Manager's authorization and unless scheduled to work and paid for all hours.

- No one other than Dollar General employees may work in the store.

- Performing any work prior to clocking in or after clocking out may result in immediate termination from the Company, even for the first offense.

- Allowing new employees to begin work prior to receiving confirmation from HRIS through the register receipt that all hiring criteria has been met is a violation of Company policy and may result in disciplinary action up to and including termination from the Company.

18

## 2004 Dollar General Employee Handbook

**NOTE:** *No employee has the authority to ask another employee to work off the clock. Report all violations or requests for violations of this policy to the District Manager or the ERC.*

## Meal Breaks

It is our policy to provide unpaid meal breaks during the course of each workday for full-time employees. Store Managers or Assistant Managers determine the time of the meal break. *Where state law differs from Dollar General policy, Dollar General will follow the specific state law.*

• Full-time employees are given a minimum 30-minute uninterrupted meal break usually near the middle of their workday.

• Supervisors are responsible for balancing work loads and scheduling meal breaks and should take into consideration the work load and the nature of the job performed.

• Hourly (non-exempt) employees must clock out when the meal break begins and clock back in when the break is over, as it is unpaid time.

• Employees are expected to be punctual in starting and ending their meal breaks.

• Employees who work part-time should discuss unpaid meal periods with their supervisor.

## Eating and Drinking in Unauthorized Areas

Eating and drinking should be limited to the designated break or lunch area during specified times. Failure to comply with this policy will result in progressive counseling.

## Rest Breaks

It is our policy to provide rest breaks during the course of each workday for full-time employees. Store Managers or Assistant Managers determine the break schedules for part-time employees. *Where state law differs from Dollar General policy, Dollar General will follow the specific state law.*

• Full-time employees may receive up to two 15-minute paid rest breaks per day. Peak store hours or store projects may make it necessary to delay, shorten, or cancel the break.

• Break periods will be scheduled by the Store Manager or Assistant Manager according to business needs.

• Employees do not clock out for the 15-minute break period, as it is paid time.

• Rest breaks should be taken on company premises.

oy Crews/DG 00086, Docs. Produced to Plaintiff

## 2004 Dollar General Employee Handbook

- Employees are expected to be punctual in starting and ending their breaks.
- Employees who choose not to take a rest break are not entitled to leave before the normal quitting time and will not receive extra pay for the time worked.

## Pay Rate

It is the intent of Dollar General to pay employees in a manner that it considers to be fair based upon their job duties and their performance. The Company also strives to provide pay rates that are competitive with other companies in our business and in our market areas. All employees will be paid at least the current government mandated minimum wage per hour. No form of payment other than payroll check is allowed. You should not accept merchandise, compensatory time-off or any type of gift in lieu of payment for time worked.

### Store Management

**Performance Review:** All Store Managers and Assistant Store Managers who are employed as of January 1 will receive an annual performance review. Store Managers and Assistant Store Managers are reviewed on annually assigned performance goals. Reviews are completed as soon as possible after fiscal year end (January 31).

**Pay Rate Adjustments:** Adjustments for Store Managers and Assistant Store Managers are considered annually (usually April) for those who meet the current eligibility guidelines. Store Managers and Assistant Store Managers whose performance was rated below standard on their year-end review may be eligible for another performance review later in the year in accordance with Company guidelines.

**Amount of the Pay Adjustment:** This amount of pay adjustment may be based upon the following items (this is not a complete list):

- Current rate of pay or placement within the range
- Current performance rating
- Company's ability to pay

### Store Clerks

All newly hired regular full-time and part-time Store Clerks and Lead Clerks will receive a pay increase after six months of employment and a pay increase each annual anniversary thereafter. Store Clerks and Lead Clerks at or above the maximum pay range may not be eligible for an incremental pay increase.

## 2004 Dollar General Employee Handbook

### Holidays

Paid holidays include Easter Sunday, Thanksgiving Day and Christmas Day. However, Thanksgiving Day is a working holiday. All full-time regular employees are granted holiday pay if they have received pay the week of the holiday (Saturday to Friday), excluding Workers' Compensation pay. Employees should still work their scheduled day before and scheduled day after the holiday.

**NOTE:** *Part-time and temporary employees are* **not** *eligible for paid holidays. However, part-time employees may receive additional compensation for Thanksgiving* **only if** *they work on Thanksgiving Day.*

### Vacation

- All **full-time**, regular employees are eligible for vacation after six months of service. This includes employees who were originally hired as part-time or temporary employees (those hired through the Company and not a temporary agency) and who have now become **full-time** employees.

- Vacation is granted to all full-time, regular employees based on completed years of service, unless there is a break in service from the Company of more than 30 days. **Vacation must be taken before the next anniversary of the employee's original hire date, no exceptions.**

- Dollar General temporary employees and part-time employees are not eligible for vacation.

- Employees whose status voluntarily changes from full-time to part-time lose their entitlement to any vacation (including any unused vacation) while in a part-time status.

- If an employee's status changes from part-time to full-time without a break in service of more than 30 days, service time in the part-time position counts towards vacation available if the employee's status changes to full-time.

- Unused vacation time cannot be used in place of working out a notice.

### Scheduling Vacation

- All vacation time should be taken between January 1 and November 15.

- Vacations should be scheduled with your manager 30 days prior to the requested time.

- Your Store Manager reserves the right to decline vacation requests during peak work load periods.

- Priority for vacation will be given according to length of service and position.

ov Crews/DG 00088, Docs Produced to Plaintiff

## 2004 Dollar General Employee Handbook

## Hours Paid
*(Refer to the SOP for procedures on recording vacation time)*

• At the completion of six-months consecutive service, full-time hourly, non-exempt employees are eligible for 20 hours paid vacation.

• At the completion of six-months consecutive service, salaried, exempt employees are eligible for 20 hours paid vacation.

• At the completion of one year consecutive service, full-time hourly, non-exempt employees, are eligible for 40 hours paid vacation.

• At the completion of one year consecutive service, salaried, exempt employees are eligible for 40 hours (one week's salary) paid vacation.

• The Company encourages everyone to take this time off each year for rest and recreation; therefore, the Company does not provide pay in place of vacation. Additionally, vacation time is not carried over to the next year if unused by an employee's anniversary date.

• **Since vacation is "granted," not "earned," the time not taken when an employee leaves the Company will be forfeited. Employees will not be paid for unused or forfeited vacation.**

NOTE:  *Where state law differs from this policy, Dollar General will follow the specific state law.*

| Consecutive Service | Vacation Available |
|---|---|
| 6 months | 1 week (20 hours paid) |
| 1 year | 1 week (40 hours paid) |
| 3 years | 2 weeks (80 hours paid) |
| 7 years | 3 weeks (120 hours paid) |

## Pay for Time Not Worked and Overtime

The following examples are representative of "non-work" hours in which the employee may still be eligible for pay: vacation, holidays, jury duty and funeral leave. (This is not a complete list of "non-work" examples.)

When determining eligibility for overtime, only actual "worked" hours are taken into consideration for non-exempt employees. Therefore, "non-work" hours, such as those noted above, are not considered in the government mandated overtime calculations. Overtime pay is always determined by the number of hours actually worked during the work week, in accordance with government guidelines.

Joy Crews/DG 00089 Docs Produced to Plaintiff

CONFIDENTIAL

## 2004 Dollar General Employee Handbook

### Working Off the Clock

"Working off the clock" means working, but not reporting on the electronic clock-in on the register the hours you worked. Working off the clock, or allowing or instructing someone to work off the clock, is a violation of Company policy and can lead to immediate termination from the Company even for the first offense.

Employees must be paid for all hours worked. In addition, you must be paid for all hours worked within the week the hours were actually worked. Hours cannot be intentionally held over to another week for payment. No employee in the Company, including your Store Manager, your District Manager or your Region Manager has the authority to require you to work off the clock or falsely report hours as having been worked in a week other than when they were actually worked.

You should immediately report any employee who asks you to work off the clock to your District Manager or the **Employee Response Center (ERC) at 1-888-237-4114.**

### Voting

Some states have laws that address granting employees time off to vote. Our experience tells us that most employees vote before or after work since the polls are usually open at these times. If you have difficulty voting before or after your work schedule, check with your supervisor for specific information about your location's policy regarding time off to vote.

### Dollar General's Leave Policies at a Glance

The following section outlines Dollar General's leave policies. Please partner with your supervisor if you have any questions regarding this section. Where permitted by law, the Company reserves the right to require appropriate documentation to verify an employee's need for leave.

FMLA, Medical Absence Leave and Personal Leave are calculated using a 12-month rolling period. For these types of leaves, employees may not exceed the total maximum amount of time allowed in a 12-month rolling period. The maximum amount of time allowed is determined based on years of service with Dollar General.

## 2004 Dollar General Employee Handbook

Full-time employees with less than one year service may be eligible for up to a maximum of four work weeks of total combined leave (including personal and medical leave) in a 12-month rolling period, excluding military, funeral or workers' compensation leave.

Full-time employees with more than one year service may be eligible for up to a maximum of 16 work weeks of total combined leave (including FMLA, personal and medical leave) in a 12-month rolling period, excluding military, funeral or workers' compensation leave.

Part-time employees who are ineligible for FMLA may be eligible for up to a maximum of two work weeks of total combined medical and/or personal leave in a 12-month rolling period, excluding military, funeral or Workers' compensation leave.

An employee's failure to provide required documentation supporting the need for leave in the required timeframe may result in delay or denial of the leave. In addition, for the time missed, the employee may be subject to disciplinary action as outlined in the attendance policy, depending on the circumstances.

The Company's leave policies, including its FMLA leave policy, are outlined in this handbook. You should refer to these policies and their eligibility requirements, and ensure that you have met those requirements if you wish to take a leave of absence under those policies.

If an employee is eligible for FMLA and a medical certification is not returned as outlined, FMLA can be delayed or denied. Failure to provide a medical certification will require the employee to take a medical or a personal leave, both of which are shorter in duration, are not job protected and may affect all benefits.

NOTE:   *Where additional leave is required by federal or state law or regulation (for example, the ADA), or where federal or state law or regulation gives employees greater rights than Company policy, the Company will comply with such law or regulation.*

v Crews/DG 00091  Docs  Produced to Plaintiff

## 2004 Dollar General Employee Handbook

# Family & Medical Leave Act (FMLA)

| | |
|---|---|
| Eligibility | 12 months employment (need not be consecutive) and 1,250 actual hours worked in 12 months prior to leave (does not include non-work time such as vacation or leaves) |
| Criteria for Leave | Personal serious health condition; serious health condition of employee's parent, spouse or child; birth or adoption of child or placement of foster child. Contact the Leave Department toll-free at 1-866-DGS-FMLA. |
| Period of Leave | 12 weeks per rolling 12-month period (Counting backward from date on which most recent requested leave is to begin) |
| Pay Continuation Status | Unpaid leave, but may use vacation. |
| Benefit Status | Health, welfare and retirement benefits will continue for 12 weeks through payroll deductions or remitting premiums timely. At the end of 12 weeks, if employee does not return to work, benefits may be terminated. COBRA may apply.<br><br>If benefits terminate, benefits will be reinstated if employee contacts the Benefits Department in writing within 31 days of returning to work. |
| Reinstatement | Employee will be returned to previous position or substantially equivalent position (except in limited, specific circumstances). |
| Teamshare Status | Pro-rated (for all leave amount increments including intermittent, reduced and full-time leave) |

25

bv Crews/DG 00092  Docs  Produced to Plaintiff

## 2004 Dollar General Employee Handbook

# Family and Medical Leave Act Policy (FMLA)

## Eligibility

To be eligible for leave under the FMLA, an employee must have been employed by the Company for a total of at least 12 months and must have worked at least 1,250 hours (not including non-work time such as vacation or leaves) during the 12-month period immediately preceding the date the requested FMLA leave is to begin.

Where practicable, eligibility for leave should be determined prior to the date the leave is to commence. Employees should immediately contact the **Leave Representative at 1-866-DGS-FMLA** (1-866-347-3652) to initiate an FMLA leave request and notify his/her District Manager. An employee on FMLA leave is required to report periodically on his or her status and intent to return to work. Upon return from leave, the Company will return the employee to his/her original position or a substantially equivalent position.

**NOTE:** *It is a violation of Company policy to deny or discourage an employee from exercising his/her rights or retaliate against an employee who has exercised his or her rights under the FMLA.*

## Eligibility

Under the FMLA, eligible employees are entitled to up to 12 workweeks of unpaid leave within any 12-month rolling period (measured backward from the date the employee's leave begins) for the following reasons:

- The birth or adoption of a child or the placement of a foster child with the employee

- To care for a family member (parent, child or spouse) with a serious health condition

- The employee's own serious health condition that prevents the employee from performing his or her job

The phrase "serious health condition" means an illness, injury, impairment or physical or mental condition that involves:

- inpatient care in a hospital, hospice, or residential medical care facility and period of recovery there

- "continuing treatment" by a health care provider

26

v Crews/DG 00093  Docs Produced to Plaintiff

## 2004 Dollar General Employee Handbook

• pregnancy or prenatal care. A visit to the health care provider is not necessary for each absence.

• or a chronic serious health condition which continues over an extended period of time, requires periodic visits to a health care provider, and may involve occasional episodes of incapacity (e.g. asthma, diabetes). A visit to a health care provider is not necessary for each absence.

• a permanent or long-term condition for which treatment may not be effective (e.g. Alzheimer's, a severe stroke, terminal cancer). Only supervision by a health care provider is required, rather than active treatment.

• any absences to receive multiple treatments for restorative surgery or for a condition which would likely result in a period of incapacity of more than three days if not treated (e.g. chemotherapy or radiation treatments for cancer).

### Continuing Treatment

"Continuing treatment by a health care provider" includes any period of incapacity due to a health condition (including treatment therefor, or recovery therefrom) lasting more than three consecutive calendar days, and any subsequent treatment or period of incapacity relating to the same condition, that also includes:

1. treatment two or more times by or under the supervision of a health care provider; or

2. one treatment by a health care provider with a continuing regimen of treatment

### FMLA Counting Method

Dollar General calculates leave eligibility based on a 12-month rolling period measured backward from the day the leave is to begin. An employee is not required to use granted vacation (if available) during FMLA leave. An employee can elect to use available paid leave concurrently with unpaid leave

Leave for the birth of a child or the placement of a child for adoption or foster care must conclude within twelve months of the birth of the child or placement of the child into the employee's care. Holidays which occur while an employee is on FMLA leave will be counted towards the employee's FMLA entitlement.

27

ɔv Crews/DG 00094  Docs. Produced to Plaintiff

## 2004 Dollar General Employee Handbook

### Leave Requirements: Employee Notice

- Where the need for leave is foreseeable, an employee should provide the Company with 30 days advance written notice of a request for leave. However, if 30 days advance notice is not practical or possible (e.g., an emergency), then the employee must give notice as soon as possible (i.e., at least verbal notification within two business days of when the need for leave becomes known to the employee).

- Unauthorized work for personal gain while on leave is prohibited. Violations may result in termination. See the Moonlighting Policy for more details regarding when an employee may hold a second job.

- If the employee can return to work sooner than anticipated, the employee must give the Company at least two business days notice of the changed circumstances.

- If an employee does not return to work after the expiration of 12 workweeks of FMLA leave, the Company may terminate the employee (unless additional leave is required by federal or state law or regulation). In that case, the employee may be eligible for COBRA health/insurance coverage. If an employee is unable to return to work by the end FMLA leave because of a physical or mental condition (including continuation of a serious health condition), he/she should contact his/her supervisor or District Manager to discuss possible alternatives and/or accommodations, such as an additional leave. If an additional leave is granted, the employee may be required to pay the COBRA coverage continuation premium rate to continue health/dental coverage.

### Medical Certification

Employees taking FMLA leave to care for a parent, child or spouse with a serious health condition or for the employee's own serious health condition will be required to provide medical certification in support of their requests. The medical certification form must be obtained from and returned to Human Resources by the employee within 15 days from the date that he/she was notified of the medical certification form completion requirement. Failure by the employee to provide this form can result in a delay or denial of the employee's request for leave.

Joy Crews/DG 00095  Docs  Produced to Plaintiff

CONFIDENTIAL

**2004 Dollar General Employee Handbook**

## Return to Work Release

An employee returning to work from FMLA leave (or any other leave) due to the employee's own serious health condition will be required to submit a release to return to work ("Fitness for Duty") certificate from the employee's health care provider. Failure to return to work at the end of the designated leave may result in progressive counseling up to and including termination, unless additional leave is necessary to comply with federal or state law.

## Key Employees

Under limited circumstances, where restoration to employment will cause substantial and grievous economic injury to its operations, an employer may refuse to reinstate certain highly paid "key" employees after using FMLA leave during which health coverage was maintained. A "key" employee is a salaried "eligible" employee who is among the highest paid ten percent of employees within 75 miles of the work site. In order to do so, the employer must:

- notify the employee of his/her status as a "key" employee in response to the employee's notice of intent to take FMLA leave;

- notify the employee as soon as the employer decides it will deny job restoration, and explain the reasons for this decision;

- offer the employee a reasonable opportunity to return to work from FMLA leave after giving this notice; and

- make a final determination as to whether reinstatement will be denied at the end of the leave period if the employee then requests restoration.

## Spouses

When eligible spouses are both employed by the Company, the spouses are entitled to a combined total of 12 workweeks of FMLA leave if the leave is taken for:

- The birth of a child or the placement of a child for adoption or foster care

- To care for a sick parent

- Eligible spouses are not limited to a combined total of 12 workweeks if the leave is for the serious health condition of the employee or the employee's spouse or child

**2004 Dollar General Employee Handbook**

### Reduced Schedule Leave or Intermittent Leave

Reduced schedule leave or intermittent leave can be taken to care for an immediate family member's serious health condition or for the employee's own serious health condition if such leave is medically necessary. If an employee needs intermittent or reduced schedule leave:

• The employee must make a reasonable effort to schedule planned medical treatment so as not to unduly disrupt the operations of the Company.

• For a reduced schedule or intermittent leave due to medical treatment, the employee must submit a medical certification form stating the reasons that the leave is necessary, the dates the treatment will be given and the duration of the treatment. (The employee may obtain the certification form by contacting the Leave Representative.)

• The Company may require the employee to transfer temporarily to an available alternative position which can better accommodate the modified leave than the employee's current position (but only for the period during which leave is being taken), assuming the employee is qualified to perform the alternative position. This position must have equivalent pay and benefits.

If an employee takes intermittent or reduced schedule leave, only the amount of leave actually taken will be counted toward the 12 weeks of leave to which an employee is entitled. The Company tracks such leave in quarter-hour increments.

## 2004 Dollar General Employee Handbook

# Medical Absence Leave

| | |
|---|---|
| Definition | This leave is designed for employee's own "serious health condition" where employee is ineligible under FMLA or after FMLA is exhausted, if necessary. |
| Eligibility | No waiting period for full-time and part-time employees. |
| Criteria for Leave | 1. Partner with your manager<br>2. Contact the Leave Department toll-free at 1-866-DGS-FMLA<br>3. Meet the FMLA definition of a "serious health condition", or as required to comply with other federal or state law or regulation<br>4. Provide medical certification from physician and fitness for duty prior to returning to work<br>5. Leave must be taken in at least one work-day increments |
| Period of Leave | Up to 4 work weeks combined leave for full-time employees and up to two work weeks combined leave for part-time employees in a rolling 12-month period (counted same as FMLA). Employment may be terminated at the end of the leave if the employee does not return to work, unless further accommodation is required under federal or state law. |
| Pay Continuation Status | Unpaid. Vacation time may be used. |
| Benefit Status | Health, welfare and retirement benefits will continue during length of leave through payroll deduction or remitting premiums timely. Employees enrolled in Starbridge should contact the Benefits Service Center immediately at 1-877-885-5735. All benefits will terminate at the end of the leave period. COBRA will apply if applicable. Benefits will be reinstated if the employee contacts the Benefits Department in writing within 31 days of returning to work. |
| Reinstatement | Employees generally are not entitled to return to their previous position following a medical leave, except where required by law. |
| Teamshare Status | Pro-rated (for all leave amount increments including intermittent, reduced and full-time leave) |

## 2004 Dollar General Employee Handbook

## Personal Leave

| | |
|---|---|
| **Definition** | This leave is designed for employees in the event they require a non-medical leave of absence. |
| **Eligibility** | No waiting period for full-time and part-time employees. |
| **Criteria for Leave** | All personal leaves are at the discretion of the District Manager and are generally only approved in emergency situations. Leave must be taken in at least one-day increments. Contact the Leave Department toll-free at 1-866-DGS-FMLA. |
| **Period of Leave** | Up to 4 work weeks combined leave for full-time employees and up to two work weeks combined leave for part-time employees in a rolling 12-month period (counted same as FMLA). Employment may be terminated at the end of the leave if the employee does not return to work, unless further accommodation is required under federal or state law. |
| **Pay Continuation Status** | Unpaid. Vacation time may be used. |
| **Benefit Status** | All benefits terminate, and COBRA will apply if applicable. Employees enrolled in Starbridge must contact the Benefits Service Center at 1-877-885-5735 immediately.<br><br>Benefits will be reinstated if employee contacts the Benefits Department in writing within 31 days of returning to work. |
| **Reinstatement** | Employees generally are not entitled to return to their previous position following a personal leave. |
| **Teamshare Status** | Pro-rated (for all leave amount increments including intermittent, reduced and full-time leave) |

## 2004 Dollar General Employee Handbook

## Military Leave

| | |
|---|---|
| Definition | This leave is designed for employees (full-time and part-time) who serve (through active duty or called-up to active duty) in any branch of the Armed Forces, National Guard or Reserve training. |
| Eligibility | No waiting period |
| Criteria for Leave | Employee must provide advanced written or verbal notification to his/her supervisor, including a copy of the military orders where possible. |
| Period of Leave | Up to five years (or more in certain circumstances). |
| Pay Continuation Status | 0 to 26 weeks of supplemental pay based on length of service. Supplemental pay is the difference between the employee's military pay and regular pay at Dollar General. |
| Benefit Status | Benefits are continued at the same employee contribution level as if working during supplemental pay period. Afterward, benefits continue pursuant to USERRA or other applicable law. If not eligible for supplemental pay, benefits continue for 30 days. Life and disability will continue to the same extent these benefits continue for other types of leave and credit for periods of military service will be given for retirement purposes. |
| | Benefits will be reinstated if employee contacts the Benefits Department in writing within 31 days of returning to work. |
| Reinstatement | When possible, for military service of up to five years if certain requirements are met including release, proof of status and return date within specified period. |
| Teamshare Status | Pro-rated |

## 2004 Dollar General Employee Handbook

## Funeral Leave

| | |
|---|---|
| Definition | This leave is provided to all full-time and part-time employees in the event of the death of a relative, as defined below. |
| Eligibility | No waiting period. |
| Criteria for Leave | Death of spouse, brother, sister, child, parent, grandparent, grandchild, great-grandparent, great-grandchild, parent-in-law, son-in-law, daughter-in-law, grandparent-in-law, brother-in-law, sister-in-law, step-parent and step-child, step-grandparent, step-grandchild and dependent member of household. |
| Period of Leave | Up to three days of paid leave limited to the day before the funeral, day of the funeral and day after the funeral provided the employee is already scheduled to work any of these three days. Otherwise it is unpaid. |
| Pay Continuation Status | Full pay at regular rate of pay. |
| Benefit Status | Not applicable. |
| Reinstatement | Employees generally will return to their previous position following funeral leave. |

## 2004 Dollar General Employee Handbook

### Jury Duty

| | |
|---|---|
| **Definition** | This leave is designed for full-time and part-time employees who are called to serve jury duty. |
| **Eligibility** | No waiting period. |
| **Criteria for Leave** | Employees required to serve jury duty should give their supervisor a copy of the written court order request. |
| **Period of Leave** | For the entire period required by the court. |
| **Pay Continuation Status** | Full pay (Dollar General will provide the employee's regular pay amount less jury pay). See the SOP for specific instructions. |
| **Benefit Status** | Not applicable. |
| **Reinstatement** | Employees generally will be reinstated to previous position upon completion of jury duty. |

## 2004 Dollar General Employee Handbook

## Status Change

To administer our pay and benefit programs properly, it is extremely important that the Company has up-to-date information on your status. It is your responsibility to keep HRIS updated.

Complete a **Personnel Action Form (PAF)** for any of the following status changes and submit to HRIS using the envelopes addressed to the Store Support Center:

- Name
- Address
- Marital Status
- Telephone Number

Other changes on your PAF (such as job code, department, job status, etc.) will be completed by your supervisor. Please contact your supervisor for Personnel Action Forms or call the Forms Hotline at 1-700-200-1234, extension 4175.

**NOTE:**   *If you have a name change, you must attach to the PAF a copy of the Social Security Card with your new legal name.*

## Promotions

Dollar General is always interested in promoting from within the Company. We are constantly searching for qualified or trainable people who are interested in advancement. Generally, promotions are based on an employee's:

- performance, conduct and attendance in current and previous jobs
- ability to learn the skills required for the new job
- willingness to assume additional responsibility
- willingness to relocate if required

To learn more about current career opportunities at Dollar General, employees can visit the Company web site at www.dollargeneral.com and click on the careers button located on the left side. From there select retail, store support center or distribution center positions.

If you are interested in being promoted, you should discuss this with your supervisor. Dollar General's management will help provide you with a good working climate and training to improve your skills. The rest is up to you!

w Crews/DG 00103  Docs Produced to Plaintiff

## 2004 Dollar General Employee Handbook

## Transfer Policy

Dollar General reserves the right to transfer employees from one store to another as business needs dictate. Employees on written or final counseling may not be able to transfer to another position until 90 days or the end of the plan, whichever is greater. Please contact the District or Region Manager if there are extenuating circumstances.

## Attendance and Tardiness

Excessive absenteeism and tardiness have a negative effect on our productivity and quality of service. For this reason, Dollar General expects its employees to be present for work when scheduled and to call their supervisor if for any reason they cannot be at work at the scheduled time.

Employees are expected and required to report to their designated work locations at the time their work activity is to begin. Tardiness, unexcused absence or failure to report to work as required may result in progressive counseling. In the event an employee cannot report to work as scheduled, the employee must notify his/her supervisor at least one hour prior to the scheduled reporting time or be prepared to provide evidence of extenuating circumstances.

In the event that the manager responsible for opening or closing the store has an emergency, the manager must make contact and discuss the situation with his/her immediate manager as soon as possible. If the manager cannot be reached "live" then the next level of management should be contacted and the situation discussed with him/her. The store manager is ultimately responsible for making sure the store is operating during all business hours.

The employee is responsible for communicating with his or her supervisor as needed. In all cases of an employee's absence or tardiness, the employee should provide his or her supervisor with a reason for the absence and, if applicable, the probable duration of the absence. This will enable the workload to be distributed, if necessary, so that service to our customers will not be affected.

Excessive absenteeism, regardless of the reason(s), will be evaluated on a case-by-case basis to determine the need for progressive counseling up to and including termination from the Company. Managers are encouraged to partner with their District Manager to determine the appropriate action. An employee who is absent without notice or authorization from his/her supervisor for three or more consecutive scheduled workdays will be considered to have abandoned his/her job and will be automatically removed from the payroll, unless the employee can provide verifiable evidence of extenuating circumstances. Please contact your supervisor for guidance.

ev Crews/DG 00104. Docs Produced to Plaintiff

## 2004 Dollar General Employee Handbook

An employee who walks off the job or leaves the work area during scheduled work hours without authorization from a manager will be considered to have abandoned his/her job. The employee will be automatically terminated unless the employee can provide verifiable evidence of extenuating circumstances. The employee may be asked to provide verifiable evidence of extenuating circumstances (doctor's excuse, funeral obituaries, etc.).

**NOTE:** *Qualified absences for eligible employees related to FMLA and/or other leaves of absence taken in accordance with Company policy or pursuant to applicable law will not lead to Progressive Counseling.*

## Progressive Counseling

Progressive counseling is used to document unacceptable performance, conduct or attendance issues and to positively reinforce performance improvement. The performance, conduct and attendance standards contribute to the ability to perform effectively and create a positive, equitable and values-driven environment. The appropriate level of progressive counseling is determined by the severity of the attendance, conduct or performance issue.

The purpose of the progressive counseling is to communicate unacceptable performance, conduct or attendance issues and develop an action plan which results in standard or above standard performance, conduct or attendance. However, these procedures are guidelines only and the Company specifically reserves the right to terminate any employee at any time when the Company determines it to be appropriate under the circumstances.

## Reasons for Counseling and/or Termination

The disciplinary action that will be taken in a particular case will depend on the circumstances involved, including the severity of the offense, the employee's past record and other relevant factors. The following are some **examples** of violations (NOT all-inclusive) for which even the first offense may lead to progressive counseling and/or termination from the Company:

1. Communication policy violations (including SPAM policy)
2. Smoking Policy violations
3. Excessive absences or tardiness
4. Unapproved absence from work
5. Taking unauthorized and/or extended breaks
6. Walking off the job or leaving your work area during scheduled work hours without authorization
7. Working overtime without authorization

## 2004 Dollar General Employee Handbook

8. Working hours for which you did not clock in or out (working off the clock) or instructing someone to work off the clock

9. Allowing a minor to perform work for the Company (except in those states approved by the Company as part of the Hiring Minor's program)

10. Accepting merchandise for time worked

11. Allowing friends, family or any other individuals who are not employees to work

12. Personal use of Company credit card

13. Substandard performance or conduct

14. Parking in unauthorized areas

15. Eating and drinking in unauthorized areas

16. Violation of Personal Appearance and Dress Code Policy

17. Unauthorized personal use of Company telephones

18. Solicitation, distribution or loitering on Company property

19. Gambling on Company property or at Company sponsored events

20. Sexual harassment or any other form of harassment, discrimination or inappropriate conduct

21. Conviction of a felony or other crime which may be detrimental to the interests of the Company

22. Immoral or indecent conduct on Company property or at Company sponsored events

23. Use of profane or abusive language in the workplace, including use of racial, gender, ethnic or religious slurs

24. Willful destruction or theft of your co-worker's, Dollar General's, customer's, vendor's or contractor's property

25. Unauthorized use or removal of Company property, equipment or information

26. Falsifying Company documents, including time records

27. Fighting on Company property or inciting a fight

28. Failure to immediately report an accident involving yourself or any vehicle or equipment you may be operating

29. Violation of Drug and Alcohol Policy

30. Insubordination, including, but not limited to, failure to follow the reasonable instruction of your supervisor, the failure to submit to testing as required by the Company's Drug and Alcohol Policy or failure or refusal to participate in an internal investigation

## 2004 Dollar General Employee Handbook

31. Failure to control inventory
32. Failure to protect Company assets
33. Release of proprietary/confidential information
34. Failure to submit, follow-up or meet Dollar General hiring criteria related to pre-employment background checks, drug testing, etc.
35. Possession of a weapon (examples include: guns, knives, weapons in your possession or in your vehicle, stun gun, mace, pepper-spray, etc.) on Company property or at Company sponsored events
36. Mishandling of Company property or assets (including, but not limited to: borrowing money from the Company, cash shortages, giving keys to unauthorized personnel, deposit shortages, late deposits, etc.)
37. Sleeping or loafing on the job
38. Creating a hostile work environment
39. Failure to properly ring and/or record all sales through the register
40. Unauthorized personal use of cellular phones and/or pagers during work hours
41. Willfully and deliberately clocking in or out for another employee
42. Driving on behalf of the Company without a valid driver's license
43. Having in your possession or being under the influence of alcohol or illegal drugs in the workplace
44. Violation of the Personal Relationship Policy
45. Posting proprietary information or making derogatory comments regarding Dollar General on message boards or other public sites
46. Failure to cooperate with a police investigation involving the Company or failure to cooperate in any Dollar General Company investigation
47. Solicitation when either the employee soliciting or being solicited is supposed to be working (work time)
48. Distribution of any non-Company literature or written material in a work area or during work time
49. Providing false or misleading information pursuant to a Company investigation or inquiry
50. Stealing merchandise or money from the Company, employee, customer, vendor or contractor (Dollar General prosecutes employees caught stealing from the Company)
51. Violation of the Employee Check Policy

## 2004 Dollar General Employee Handbook

52. Allowing non-Dollar General employees in the store before or after store hours

53. Failure to open the store on time or closing the store early

54. Using Dollar General's name for personal use, e.g. credit card, phone

55. Any unlawful activity on Dollar General property

56. Failure to report knowledge of another employee's theft

57. Violation of the Code of Business Conduct and Ethics

58. Removing customer's lost items from the store and taking them home

59. Violation of any policies outlined in the Employee Handbook

60. Accepting product previously or otherwise for sale by Dollar General vendors

61. Providing employment references on former or current employees to other organizations

62. Participating in or allowing horseplay on Company property

## Employment of Relatives

Working with "close relatives" may lead to a number of awkward situations that work to the disadvantage of both the employee and the Company. Therefore, Dollar General has established the following policy:

• No employee may work under the immediate supervision of a close relative.

• Two or more employees who are close relatives may not be assigned to work in the same store.

• Managers who knowingly allow violations of the Employment of Relatives Policy may be subject to disciplinary action up to and including termination from the Company.

• Dollar General prohibits hiring a close relative of a Company officer (VP and above) or Board member (effective January 1, 2004)

• Should two employees become relatives through marriage, the employees have the option of deciding who will resign or ask for a transfer, if available. If that option is not exercised within 30 days, Dollar General may select which employee will resign or transfer (depending upon the availability of positions).

• Cohabitation: People sharing the same address and/or home are not allowed to work together in the same store. Such a relationship may create a conflict of interest for the Company.

**2004 Dollar General Employee Handbook**

## Who are close relatives?

• Husband, wife

• Brother, sister

• Parent, child

• Grandparent, grandchild

• In-laws (such as parent-in-law, grandparent-in-law, son-in-law, daughter-in-law, grandson-in-law, granddaughter-in-law, brother-in-law, and sister-in-law)

• Step-relatives (such as step-parent, step-child, step-grandparent, step-grandchild)

• Aunts, uncles, nieces, nephews and first cousins

NOTE: *This policy became effective 5-1-90. All persons involved in a working relationship with a close relative prior to the effective date of this policy will not be affected in their current working relationship unless problems arise out of that relationship. Employees violating this policy are subject to termination from the Company.*

## Personal Relationship Policy

The Company prohibits supervisors from dating employees whom they supervise. When a manager makes an advance to a subordinate, the employee is placed in an uncomfortable position. While we do not want to interfere with the personal lives of our employees, we recognize that this type of relationship has a high risk of creating an adverse effect on the job. Thus, the Company strictly prohibits supervisors from dating or otherwise making advances toward their employees, even if it is believed the advance is welcomed. Violation of this policy could lead to disciplinary action up to and including termination.

## Protection of Company Assets

Dollar General employees are responsible for protecting the Company's assets. Success in business is measured in large part by profits. Dishonesty and theft reduce a company's profits. Each employee has a responsibility to be productive and help make Dollar General successful. Included in that responsibility is the obligation to be honest, work hard and report unlawful acts or violations of Company policy. If you suspect or know of someone who is stealing, you should report his/her name to your supervisor or the Company Shrink Tip Hotline. Refer to the 2003 SOP for details on the STARS Program (Store Teams Actively Reducing Shrink).

**2004 Dollar General Employee Handbook**

Dollar General will make every reasonable effort to ensure you will remain anonymous, and you will have the satisfaction of knowing that your efforts will help make Dollar General a more successful Company.

Consent to a search is required as a condition of employment with Dollar General, and the refusal to consent may result in disciplinary action, including termination from the Company, even for a first refusal. Failure to report unlawful acts may result in termination from the Company. **Dollar General will prosecute any employee caught stealing from the Company.**

Shrink Tip Hotline
1-800-334-9338

# Anti-Discrimination and Harassment Policy

All Dollar General employees have the right to work in an environment free from all forms of discrimination and conduct which can be considered harassing, coercive or disruptive. Dollar General values and respects the rights and dignity of each person and will not tolerate discrimination or harassment based on race, color, religion, sex (including pregnancy, child birth and related conditions), national origin, age, disability, citizenship or any other characteristic protected by law. All employees should, therefore, be aware of the following:

## Discrimination

• Discrimination on the basis of race, color, religion, sex (including pregnancy, child birth and related conditions), national origin, age, disability, citizenship status or any other characteristic protected by law is strictly prohibited. This includes, but is not limited to the following: hiring, placement, upgrading, transfer, demotion or promotion, treatment during employment, rates of pay or other forms of compensation, benefits, layoff or discharge, recruitment or solicitation of employment and all other terms and conditions of employment.

• Harassment on the basis of any protected characteristic is also strictly prohibited. Under this policy, harassment is speaking to or treating an employee in a way that is degrading or in a way that exhibits dislike for, hostility or hatred toward, an individual (or that of his/her relatives, friends or associates) because of race, color, religion, sex (including pregnancy, child birth and related conditions), national origin, age, disability, citizenship or any other characteristic protected by law.

Joy Crews/DG 00110  Docs Produced to Plaintiff                                    CONFIDENTIAL

## 2004 Dollar General Employee Handbook

### Sexual Harassment

- Sexual harassment in any situation is strictly prohibited. This includes sexual harassment by managers, supervisors, co-workers, or third parties such as vendors or customers. It is particularly damaging when it exploits the interdependence and trust between employees or between supervisors and their employees.

- An individual found to be guilty of sexual harassment, creating a hostile work environment or any other form of discrimination is subject to disciplinary action for violations of this policy, up to and including termination from the Company. Accordingly, it is the Company's intention that this policy go beyond the legal requirements and includes conduct we otherwise believe to be inappropriate.

### Non-employees of Dollar General

Dollar General applies its Anti-Discrimination and Harassment Policy to its vendors and customers. Dollar General will not tolerate unlawful discrimination by or against non-employees of Dollar General. Dollar General will provide reasonable accommodation for its disabled customers as required by law (e.g, allowing disabled customers to shop with service animals).

### Retaliation

Dollar General prohibits retaliation against an employee who has made a report of alleged discrimination or harassment or who has participated in certain, investigations or administrative proceedings. Examples of conduct prohibited by this policy include, but are not limited to:

- Offering or implying an employment related reward (such as a promotion or raise) in exchange for sexual favors or submission to sexual conduct

- Threatening or taking of a negative employment action (such as termination, demotion, or denial of a leave of absence) if sexual conduct is rejected

- Unwelcome sexual advances or repeated flirtations

- Unwelcome intentional touching of another person or other unwanted intentional physical contact (including patting, pinching, or brushing against another person's body) 

- Unwelcome whistling, staring or leering at another person

- Asking unwelcome questions or making unwelcome comments about other person's sexual activities, dating, personal or intimate relationships, or appearance

## 2004 Dollar General Employee Handbook

- Unwelcome sexually suggestive or flirtatious gifts, letters, notes, e-mail or voicemail

- Conduct or remarks that are sexually suggestive or that demean or show hostility to a person because of a protected characteristic (including jokes, pranks, teasing, obscenities, obscene or rude gestures or noises, slurs, epithets, taunts, negative stereotyping, threats, blocking of physical movement)

- Displaying or circulating pictures, objects or written materials (including graffiti, cartoons, photographs, pinups, calendars, magazines, figurines or novelty items) that are sexually suggestive or that demean or show hostility to a person because of a protected characteristic

*These guidelines also apply to other forms of unlawful harassment, including conduct based on race, national origin, etc.*

### Zero Tolerance

An individual who is believed by the Company to have engaged in conduct that violates this policy is subject to disciplinary action up to and including termination from the Company. Accordingly, it is the Company's intention that this policy go beyond the legal requirements and includes conduct we otherwise believe to be inappropriate.

### Reporting Harassment and Discrimination

- Any employee who believes that he/she has been the subject of any form of harassment or discrimination by anyone at Dollar General or by any person who does business with Dollar General or who has witnessed harassment, discrimination or retaliation should immediately report the matter to the **Employee Response Center (ERC), at 1-888-237-4114**.

- In all cases, an investigation will be conducted. The investigation will be conducted on a confidential basis; sensitive information will be disclosed on a need-to-know basis. There will be no retaliation against any employee who reports such conduct or participates in the investigation in good faith. Any attempt to interfere with an investigation or retaliate against an employee for reporting conduct or participation in an investigation will result in immediate termination.

## Clear Desk and Clear Screen Policy

The purpose of this policy is to outline controls to reduce the risks of unauthorized access, loss of and damage to information outside normal working hours.

CONFIDENTIAL

## 2004 Dollar General Employee Handbook

The scope of this policy includes all company locations and other locations where company information is accessible. It includes any media that can be used to record information such as paper or removable storage media (diskettes, tapes, and/or CD's). The policy is inclusive of all Company information that would fall under the guidelines of "insider" information and would be considered Company confidential.

### General Guidelines

- All confidential information is to be secured/locked when not in direct use by the owner of the information.

- Personal computers and printers are not to be left logged on or unattended (see definition below) and are to be protected by lock and key, passwords and other suitable controls.

- Incoming and outgoing mail points and fax machines are to be monitored for unauthorized access.

- Confidential information is to be cleared from printers immediately.

- Confidential information is not to be left on desktops when not in use/attended.

- Confidential information that needs to be discarded (drafts) must be shredded.

### Definitions

The normal coming and goings in the office are "attended". When away from your desk for an extended period of time (2 hours or more) or when out of the office, then the office is considered "unattended".

## Computer and Communication Systems Policy

### E-mail Policy

1. The following procedural standards apply to all e-mail users:

- No employee may send a broadcast message (e.g., "To All Mission Ridge Employees") without written authorization from an officer of the company.

- The e-mail system should not be used for non-Dollar General solicitation (e.g., soliciting for a charity or for advertising products or services).

- The "Display Notification Message" feature of the e-mail system must be selected to automatically notify the user of incoming messages.

- All users must utilize the "Out of Office Assistant" feature of the e-mail system.

## 2004 Dollar General Employee Handbook

2. The Company's e-mail system is intended to be used solely for Company business. However, incidental and occasional personal use of e-mail may occur when such use does not generate a direct cost to the Company. It is important to understand that any such personal use of e-mail is treated no differently from other electronic communications. All pass codes and all information or messages created, transmitted, received or stored on the e-mail system are the property of the Company.

3. To facilitate the Company's business an officer of the Company may give authorization allowing a customer, supplier or bank access to the appropriate e-mail systems, provided they agree to be bound by this policy.

4. Employees are reminded that they should have no expectation of personal privacy with regard to any information or messages created, transmitted, received or stored on the e-mail system. Employees using the e-mail system for personal purposes do so at their own risk, with no guarantee of privacy.

   Information and messages on the Company e-mail system are to be available only to authorized employees. Employees are not allowed to use pass codes not issued to the individual employee or not known to the Company system administrator. Employees are not allowed to use a code, access a file or retrieve information stored on the system unless authorized to do so as part of their jobs.

5. SPAM messages are e-mail messages that originate outside of Dollar General's network and have been distributed throughout our network. They often appear to be legitimate requests from reputable companies or simply harmless entertainment. It is imperative that we each protect Dollar General's systems by prohibiting the distribution of any e-mail message not directly related to Dollar General business.

   The unauthorized distribution of any e-mail message not directly related to Dollar General business and that originates from outside the Dollar General network can result in disciplinary action up to and including termination of employment.

6. E-mail messages and files are intended to be short-lived. As Company records, they are subject to Dollar General's Records Retention Policy. They should be purged or destroyed on a regular and timely basis. E-mail messages that require long-term storage should be removed from the e-mail system and retained in alternate storage area, subject to the Records Retention Policy.

## 2004 Dollar General Employee Handbook

7. Dollar General reserves the right to monitor the e-mail system and the information on the system, as necessary or appropriate from time to time to ensure that the system is being used for legitimate business purposes.

8. It is a violation of Company policy for any employee, including a system administrator or supervisor, to access the e-mail files of other employees without a legitimate business purpose.

9. Any communications by employees via e-mail that may constitute verbal abuse, slander or defamation, or that may be considered offensive, harassing, vulgar, obscene or threatening is strictly prohibited. Offensive content would include, but not be limited to, sexual comments or images, racial slurs, gender-specific comments, or any comments or language that would offend someone on the basis of his or her age, race, color, religion, sex (including pregnancy, child birth and related conditions), national origin, disability, citizenship status or any other characteristic protected by law.

10. Employees who fail to comply with any provision of this e-mail policy are subject to immediate disciplinary action up to and including termination, even for a first offense.

### Password Policy

The purpose of this policy is to establish a standard for creation of strong (not easy to determine by others) passwords, the protection of those passwords and the frequency of change. This policy applies to all employees who have or are responsible for an account (or any form of access that supports or requires a password) on any system that resides at any Dollar General facility, has access to the Dollar General network, or stores any non-public Dollar General information.

1. For employees using email, Internet, desktop computers that access Company and network systems:

- Passwords must be 7 characters in length, at least one capital letter and at least one number. For example: Obeak3y

- All user-level passwords (e.g., email, Internet, desktop computer, etc.) must be changed at least every 3 months. The recommended change interval is every 30 days.

- Passwords must not be inserted in the body of email messages or other forms of electronic communication

Joy Crews/DG 00115, Docs Produced to Plaintiff                                    CONFIDENTIAL

## 2004 Dollar General Employee Handbook

2. For Voicemail Passwords:

- Passwords are to be from 4 to 10 numeric characters and are to be changed at least every three months. The recommended change interval is 30 days.

- Passwords are not to be all zeros or your phone extension.

3. For IT and other technical employees who administer systems:

- All system-level passwords (e.g., root, enable, NT admin, application administration accounts, etc.) must be changed on at least a quarterly basis.

- User accounts that have system-level privileges granted through group memberships or programs such as "sudo" must have a unique password from all other accounts held by that user.

- Where SNMP is used, the community strings must be defined as something other than the standard defaults of "public," "private" and "system" and must be different from the passwords used to log in interactively.

4. Passwords are used for various purposes at Dollar General. Some of the more common uses include: user level accounts, web accounts, email accounts, screen saver protection, and local router logins. Since very few systems have support for one-time tokens (i.e., dynamic passwords which are only used once), every one should be aware of how to select strong passwords.

**Poor, weak passwords have the following characteristics:**

- The password contains less than seven characters
- The password is a word found in a dictionary (English or foreign)
- The password is a common usage word such as:
- Names of family, pets, friends, co-workers, fantasy characters, etc.
- Computer terms and names, commands, sites, companies, hardware, software.
- The words "Dollar General", "Integrity", "Mission", "Today" or any derivation.
- Birthdays and other personal information such as addresses and phone numbers.
- Word or number patterns like aaabbba, yxwvuts, 123ABC!
- Any of the above preceded or followed by a digit (e.g., aaabbb1, 1aaabbb)

ov Crews/DG 00116, Docs. Produced to Plaintiff

## 2004 Dollar General Employee Handbook

**Strong passwords have the following characteristics:**
- Contain both upper and lower case characters (e.g., a-z, A-Z)
- Are at least seven alphanumeric characters long.
- Is not a word in any language, slang, dialect, jargon, etc.
- Are not based on personal information, names of family, etc.
- Passwords should never be written down or stored on-line.

5. Do not use the same password for Dollar General accounts as for other non-Dollar General access (e.g., personal ISP account, option trading, benefits, etc.). Where possible, don't use the same password for various Dollar General access needs. For example, select one password for the Merchandising systems and a separate password for Financial.

6. Do not share Dollar General passwords with anyone, including administrative assistants or secretaries. All passwords are to be treated as sensitive, confidential Dollar General information.

**List of "don'ts":**
- Don't reveal a password over the phone to ANYONE
- Don't reveal a password in an email message
- Don't reveal a password to your supervisor or manager
- Don't talk about a password in front of others
- Don't hint at the format of a password (e.g., "my family name")
- Don't reveal a password on questionnaires or security forms
- Don't share a password with family members
- Don't reveal a password to co-workers while on vacation

If someone demands a password, refer him/her to this document or have him/her call the Vice President of Information Systems.

NOTE: *Do not use the "Remember Password" feature of applications (e.g., Eudora, OutLook, Netscape Messenger).*

Employees who fail to comply with any provision of the Password Policy are subject to immediate disciplinary action up to and including termination, even for the first offense.

50

## 2004 Dollar General Employee Handbook

### Remote Access (Dial-In) Policy

The purpose of this policy is to define standards for connecting to Dollar General's corporate network from any location other than where the Company does business and has a network presence. These standards are designed to minimize potential exposure to Dollar General from damages that may result from unauthorized use of Dollar General resources. Damages include the loss of sensitive or Company confidential data, intellectual property, damage to public image and/or damage to critical Dollar General internal systems.

If in doubt, and you are not sure of the technology you are using, contact the Director of Technical Services or PC and Network Services. While there are many ways to provide remote access, they can be confusing, so don't hesitate to seek help and direction to ensure you are in compliance with this policy.

1. This policy applies to all Dollar General employees, contractors, vendors and agents with a Dollar General or personally owned computer or workstation used to connect to the Dollar General network. Dollar General Security Management (Director of Technical Services or the Director of PC and Network Services) must approve all remote access.

2. Remote access implementations that are covered by this policy include, but are not limited to, dial-in modems, frame relay, ISDN, DSL, VPN, SSH, and cable modems, ISPs, and wireless connections.

3. It is the responsibility of Dollar General employees, contractors, vendors and agents with remote access privileges to Dollar General's corporate network to ensure that their remote access connection is given the highest consideration regarding protection from unauthorized users.

4. General access to the Internet for recreational purposes through the Dollar General Network on personal computers is not permitted.

5. Company software may not be installed on an employee's personal computer.

6. Employees may only store Company data on Company computer systems. Company data may not be moved, copied or stored on an employee's personal computer.

7. At no time should any Dollar General employee provide his or her login or password to anyone, not even family members.

**2004 Dollar General Employee Handbook**

8. Dollar General employees and contractors with remote access privileges must ensure that their Dollar General owned or personal computer or workstation, which is remotely connected to Dollar General's corporate network, is not connected to any other network at the same time.

9. Dollar General employees and contractors with remote access privileges to Dollar General's corporate network must not use non-Dollar General email accounts (i.e., Hotmail, Yahoo, AOL), or other external resources to conduct Dollar General business, helping ensure official business is never confused with personal business.

10. Reconfiguration of a home user's equipment for the purpose of split-tunneling or dual homing is not permitted at any time. (Definitions at the end of this policy).

11. IS Security Administrators (Director of Technical Services or Director of PC and Network Services) must approve any variations of security configurations for access to hardware.

12. All PC's & workstations that are connected to Dollar General internal networks via remote access technologies, must use up-to-date anti-virus software and personal firewall software or hardware.

13. Personal equipment that is used to connect to Dollar General's networks must meet the following minimum requirements for remote access:
   • Microsoft Window 2000/XP Professional Operating System
   • A connection with a modem via telephone line or coaxial cable
   • Internet Explorer browser version 5.5 service pack one or higher
   • Up-to-date virus protection software
   • A Dollar General network user ID and password
   • Approved access to Company applications and data – Approval can be obtained from the Director of Technical Services or Director PC and Network Services.

14. Organizations or individuals who wish to implement non-standard remote access solutions to the Dollar General production network must obtain prior approval from the VP of Information Systems.

## 2004 Dollar General Employee Handbook

15. Employees who fail to comply with any provision of the Remote Access Policy are subject to immediate disciplinary action up to and including termination, even for the first offense.

## Computer Systems Policy

1. All computer systems are and remain the property of the Company. Similarly, all data or information created, transmitted, received or stored on and all pass codes to access such computer systems are and remain Company property. Such computer systems are intended to be used for the Company's legitimate business purposes.

2. Employees should have no expectation of personal privacy with regard to any data or information created, transmitted, received or stored on Company computer systems. If employees use the Company's computer systems for personal purposes, they do so at their own risk, with no expectation of privacy.

3. All new systems, as well as all equipment upgrades, changes or additions must be approved in writing by the appropriate Information Services ("IS") representative and the officer supervising your area. All maintenance and repair of computer systems must be performed by IS or persons authorized by IS.

4. All software installed on Company computer systems must be approved by IS and licensed in Dollar General's name.

5. Employees are not permitted to install unauthorized or unlicensed software or to copy, modify or tamper with software already on the Company's computer systems. If you need specific software for your job, consult with and obtain the written approval of the appropriate IS representative and the officer supervising your area.

6. Only employees who need to do so as part of their jobs and have been so authorized by the appropriate IS representative may use the Company's computer systems to access files and servers, and to retrieve information on such computer systems.

**2004 Dollar General Employee Handbook**

7. Internet Access:
   - Only employees who are specifically required to do so as a part of their jobs (and have been authorized by their supervisor and the appropriate IS representative) may use the Company's computer systems to access the Internet or any other outside networks, bulletin boards, electronic repositories or communications facilities.

   - It is a violation of Company policy to disclose proprietary information to any third party. For this reason, Dollar General strongly encourages employees to not engage or participate in any Internet "chat room" or "bulletin/message board" conversation about the Company involving proprietary information.

   - In no event is any Company computer to be used in any way to access or download material from any site where the principal content of the material is sexually oriented, or where employees have reasons to believe the information being accessed may be illegal, defamatory or irresponsible.

8. Employees may be allowed to select their own pass codes in some cases, but the appropriate IS representatives have authority to change all pass codes from time to time and to access all files at any time.

9. User identification codes and initial password information can be obtained through Information Services. When it is known that a new or existing employee requires access to a system (i.e. Lawson, email, etc), the appropriate supervisor should authorize the access via the following:
   - Complete the SYSTEMS ACCESS REQUEST FORM located on the Dollar General intranet, DGNet (dgnet.dollargen.com). This form must be used for all user account additions, changes and terminations. Note: An example of a change request is when an employee transfers from one department to another or has a change in current job responsibilities requiring more or less access.

   - An email acknowledgement will be sent to you stating that your computer account request has been received. When the request has been granted, a final notification will be sent via email from the respective system administrators. Each manager is responsible for ensuring their employees have the appropriate level of access to company data and systems. Information Services will ensure that the appropriate access is granted based on the manager's request.

## 2004 Dollar General Employee Handbook

10. Users of Dollar General computer resources are responsible to make certain that the appropriate security steps are taken to protect information stored on each computer system. The following precautions should be observed:

   • Password Characteristics – Passwords should consist of a meaningless combination of letters and numbers. Do not use telephone number, birthdays, initials, etc.

   • Password Confidentiality - Passwords should not be written down or shared.

   • Periodic Change of Passwords – Passwords should be changed on a regular basis. Information Services recommends changing your passwords every 90 days. (Some systems will automatically prompt you to change a password.) Passwords should not be reused.

11. Materials that are expected to be protected by Attorney-Client Privilege or other confidentiality arrangements should be clearly marked as such and protected by limited-access pass codes. Any questions regarding the Attorney-Client Privilege or other confidentiality arrangements should be directed to one of the Company's in-house attorneys.

12. All data and information on the Company's computer systems are subject to Dollar General's corporate Records Retention Policy, and should be purged or destroyed on a regular and timely basis in accordance with the Company policy.

13. Dollar General reserves the right to monitor all Company computer systems and all data and information on the computer systems, through duly authorized administrators as appropriate from time to time to ensure that the systems are being used for legitimate business purposes and to remove unauthorized software or data. Employees, including system administrator or supervisors, are not allowed to open or otherwise review computer files of other employees without a legitimate business purpose and authorization from a Company officer.

## Laptop Computer Policy

1. Dollar General provides laptop computer equipment and software applications as purposeful resources for performing job duties. In order to purchase a laptop system, approval from the Vice President of Information Services must be obtained.

Jay Crowe/DC-00122 Docs Produced to Plaintiff                    CONFIDENTIAL

## 2004 Dollar General Employee Handbook

2. Laptop computers can be used with or without docking stations depending on the nature of the work. They are to be used for Dollar General related business as a productivity tool. Users of laptops should not attempt to install software or hardware, or change the system configuration without prior consultation with IS personnel.

3. You are expected to protect it from damage and theft. Due to their size and portability, laptop computers are vulnerable to theft. Lock the laptop in your office closet or cabinet during off hours if you do not take it with you.

4. General laptop tips:
   - Make copies of important data on a laptop by backing data up to a CD, floppy disk or network drive space.
   - Do not overload laptop carry cases beyond their weight capacity. Most cases are rated for 15 lbs. Over packing the case can cause damage to the laptop.
   - Ensure that your hands are clean when using the laptop keyboard and touch pads. Excessive dirt can cause damage and are expensive to repair.
   - Do not place drinks or food in close proximity to your laptop.
   - Extreme temperature changes or sudden changes in temperature can damage a laptop.
   - When using a laptop, keep it on a flat, solid surface so that air can circulate through it.
   - Never check your laptop as luggage at the airport.
   - You should NOT leave a laptop in an unattended vehicle.
   - Do not leave a meeting or conference room without your laptop.

## Telephone Policy

1. Unless otherwise authorized, Dollar General employees are prohibited from recording communication, including in person and telephonic communication, with other Dollar General employees without the prior knowledge and consent of all parties to the communication.

2. Employees are prohibited from changing telephone service or carriers, long-distance service, or adding features such as caller ID.

CONFIDENTIAL