## 2004 Dollar General Employee Handbook

3. The Company's telephones are intended to be used for Company business. However, incidental and occasional use may occur if it does not generate a direct cost to the Company. Placing a long-distance telephone call does create a direct cost because the Company pays a charge for the call. Employees needing to make personal long distance calls should use their personal credit card or other personal, long distance billing methods as may be appropriate.

## Voicemail Messaging

1. The following standards apply to all Voicemail users:

   - Employees are reminded to use Voicemail wisely since you are billed for total time spent in your mailbox.

   - Messages should be retrieved two times a day (minimum), preferably at the start and end of each day.

   - When sending a group message, state at the beginning of the message what groups are included in the distribution.

   - All users should record an "out of office" message.

   - If a response is time bound, consider whether voicemail messaging is appropriate.

   - Utilize distribution lists to schedule meetings.

   - All users should always be prepared to leave a concise, complete message.

   - For effective messaging, all users should leave their name and phone number before leaving a message.

2. Any communications by employees via the Voicemail system that may constitute verbal abuse, slander or defamation or that may be considered offensive, harassing, vulgar, obscene or threatening is strictly prohibited. Offensive content would include, but not be limited to sexual comments or images, racial slurs, gender-specific comments, or any comments or language that would offend someone on the basis of his or her age, race, color, religion, sex (including pregnancy, child birth and related conditions), national origin, disability, citizenship status or any other characteristic protected by law.

3. To facilitate the Company's business, an officer of the Company may allow a customer or vendor limited access to the appropriate Voicemail system, provided the user agrees to be bound by this policy.

4. Employees are reminded that they should have no expectation of personal privacy with regard to any information or messages created, transmitted,

## 2004 Dollar General Employee Handbook

received or stored on the Voicemail system. Employees using the Voicemail system for personal purposes do so at their own risk, with no expectation of privacy.

5. Information and messages on the Company Voicemail system are to be available only to authorized employees. Employees are not permitted to use pass codes not issued to the individual employee or not known to the Company system administrator. Employees are not permitted to use another employee's code or retrieve information stored on the system unless authorized to do so as part of their jobs.

6. Approval of an officer of the Company is required to establish Voicemail group broadcast boxes.

7. It is a violation of Company policy for any employee, including a system administrator or supervisor, to access the Voicemail mailboxes of other employees without legitimate business purpose and specific authorization from an officer of the Company.

8. Any employee who fails to comply with any provision of this voice communications policy is subject to immediate disciplinary action up to and including termination, even for a first offense.

## Workplace Violence Policy

Dollar General can best perform its mission when all employees coexist in a climate that supports a free exchange of ideas and utilizes constructive methods of conflict resolution. Dollar General is committed to create and maintain an environment free from disruptive, threatening and violent behavior.

Dollar General will not ignore, condone or tolerate disruptive, threatening, or violent behavior by any Dollar General employee, contract service provider, visitor or customer. Employees engaged in such behavior will be subject to disciplinary action, up to and including termination. Some disruptive, threatening, or violent behavior is prohibited under criminal or civil law. When appropriate, Dollar General may initiate civil action or criminal prosecution.

### Definitions

- **Workplace Violence:** Any physical assault, threatening behavior, verbal abuse or intimidation occurring in or affecting the work environment.

- **Disruptive Behavior:** Disturbs, interferes with, or prevents normal work functions or activities.

58

CONFIDENTIAL

## 2004 Dollar General Employee Handbook

- **Threatening Behavior:** Includes any physical actions short of actual contact (e.g, moving closer aggressively or blocking a person's movement), general oral or written threats to people or property.

- **Violent Behavior:** Includes any physical assault with or without weapons; behavior that a reasonable person would interpret as being violent (e.g., throwing things, pounding on furniture, slamming doors, destroying property); and specific threats to inflict physical harm (e.g., a threat to harm a named victim).

### Examples of Prohibited Conduct:  (not all inclusive)
- Yelling, shouting, using profanity or other verbal abuse
- Waving arms, shaking fists or other inappropriate gestures
- Refusing a reasonable request for identification
- Aggressive posturing or movement, inappropriate invasion of someone's personal space
- Preventing the free movement of another person, preventing them from leaving a room
- Any direct or indirect threats toward a person or property
- Throwing objects, slamming doors or telephones, pounding desks; any destruction of property
- Aggressive physical contact, grabbing, touching, holding, shoving or hitting
- Possession of a firearm or other weapon on the premises
- Threatening or implying possession or access to a firearm or other weapon on the premises
- Threatening to return with a weapon at a later date or time

### Reporting
All managers and supervisors are responsible for the implementation of this policy.  Employees can report such behavior by utilizing the Company's Open Door policy by contacting your immediate supervisor or by calling the **Employee Response Center (ERC) at 1-888-237-4114.**

## 2004 Dollar General Employee Handbook

## Protective Orders

Employees of Dollar General who have obtained a protective order and wish not to be contacted by a non-employee should supply a copy to the manager. Other parties may be informed when deemed necessary for safety reasons; however, disclosure will be limited to those individuals who have a legitimate need to know the information. Also supply a copy of the protective order to your District Manager and local Police Department.

## Background Checks

A criminal background check is required for all persons who accept a conditional employment offer for a full time, part time, or temporary position. The purpose of the background check is to provide a safe place for our employees and customers. Receiving a favorable result on the background check, as set forth in Dollar General hiring criteria, is a condition of employment.

## Searches

To enforce Company policy, Dollar General may conduct unannounced searches in Company facilities or on Company property. Dollar general reserves the right to search with or without the employee's consent. Employees are expected to cooperate in the conduct of any searches.

These searches may include, but are not limited to, desks, lockers, closets and personal items brought onto Company premises such as parcels, purses, coats, backpacks and briefcases. The Company also has the right to search any employee vehicle if it is on Company property.

Consent to a search is required as a condition of employment with Dollar General, and the refusal to consent may result in disciplinary action, including termination from the Company, even for a first refusal.

## Drug and Alcohol Policy (Summary)

It is Dollar General's intent to maintain a safe and healthful working environment for our employees, to protect and preserve our property and that of others, and to provide safe and efficient operations for our customers. Dollar General takes very seriously its responsibility to ensure that substance abuse by its employees does not impact Company operations or the safety of our employees and customers.

Crews/DG 00127, Docs Produced to Plaintiff

CONFIDENTIAL

## 2004 Dollar General Employee Handbook

All employees are expected to comply with Dollar General's Drug and Alcohol Policy, a copy of which has been provided to you. The Policy outlines Dollar General's policy and procedures regarding: (i)  the use, sale, possession, transfer, or other misconduct involving illegal drugs; (ii)  the use and misuse of legal drugs; (iii)  alcohol use and misuse; and (iv)  Company policy and procedures relating to drug and alcohol testing. It is important that you read and understand this Policy and the consequences of violating it. If you have any questions regarding the Policy, or would like to request another copy, please contact Human Resources.

## Work Safety

Dollar General is committed to providing a safe working environment for our employees. Every Dollar General employee is expected to support the safety effort and take action to prevent accidents.

Employees who work in positions which require driving on behalf of the Company must have a valid driver's license. It is expected and acceptable that you make your supervisor aware of your lack of a valid driver's license, if asked to drive for business.

If you have any safety concerns or suggestions, discuss them with your supervisor, District Manager or Risk Management.  Immediately report any unsafe conditions.  Employees who make good faith complaints about safety issues will not be retaliated against.

**NOTE:** *Employees who commit acts which endanger the safety of themselves or others are subject to disciplinary action up to and including termination from the Company even for a first offense. As previously noted, weapons are not allowed at the workplace or on Company property.  Disciplinary action up to and including termination may result for this offense.*

## Accident and Injury Prevention

It is extremely important for every Dollar General employee to look for opportunities to prevent accidents.

## Lifting Boxes, Cartons or Heavy Objects
• Size up the load, determine the weight, get help if needed.
• Use your legs, keep your back straight, avoid bending at the waist.
• Keep the load close to your body.
• If using a ladder, ask a co-worker to steady the ladder and hand-off the load.
• Whenever possible, push – do not pull.

## 2004 Dollar General Employee Handbook

### Flooring Surfaces
- Clean-up spills and remove foreign objects from the floor as soon as possible.
- If there are any uneven edges or seams on the tile or carpet, notify your supervisor immediately and warn others in the area of the hazard.

### Electrical Equipment
- Watch out for tripping hazards such as electrical cords and computer lines.
- Use caution plugging and unplugging electrical cords and watch for frayed wires.
- Keep electrical panels clear and accessible.

### Personal Security
- If arriving before sunlight, or leaving after dark, always park in an area with good lighting.
- Before parking, drive around the parking lot and look for anything unusual.
- If you notice a person that could be viewed as a threat, leave the property and call your supervisor and advise them of the situation as soon as possible.
- Keep purses or valuable articles in a locked cabinet or drawer.
- Always remember, safety comes in larger numbers, so ask others to join you when leaving after normal hours.

**Do not give information regarding the security system to non-management employees or non-Dollar General employees. The violation of this policy may result in progressive counseling up to and including termination.**

### Fires/Emergency Evacuations
- Employees are never expected to fight a fire.
- Safe evacuation is your first and most important responsibility.
- After evacuating the building, take immediate action to call the fire department.
- When evacuating, make certain you assist any visitors who may be unaware of the evacuation routes.
- Cooperate with the fire department.
- Contact your supervisor as soon as possible.
- If you or any of your co-workers are disabled and may need assistance during an emergency evacuation, please notify your supervisor and/or the person(s) responsible for emergency response planning.

CONFIDENTIAL

## 2004 Dollar General Employee Handbook

- The door must have an operable panic bar to prevent entry from the outside, but it must allow exit from the inside without a key.
- **Never block an exit or place any objects or merchandise in an aisle of an exit route.**

## When an Accident Occurs

If an accident occurs, it is extremely important that it is reported **immediately** to your supervisor. It is equally important to report near-miss accidents to avoid future situations that could result in injuries or property damage.

Promptly reporting accidents allows Dollar General the opportunity to respond to your medical needs and to take action to prevent similar injuries or property damage.

The supervisor must complete an incident report and send the report to Risk Management. In addition, the supervisor must call the toll-free accident reporting hotline at 1-800-456-9446, ext. 5140. All serious injuries (requiring hospitalization) should be reported to Risk Management as soon as possible.

## Emergency Evacuations

- Stay calm and evaluate the situation. In some situations, especially during severe weather, stay in the store rather than evacuate. The safety of employees and customers is the highest priority.
- Call the Police/Fire/Emergency Medical Services or appropriate authorities to report the situation.
- If an evacuation is necessary, look for the safest route from the store and verify the exit is not blocked or locked
- Evacuate the customers first. Ask them to leave any unpaid merchandise in the store.
- Provide assistance to disabled customers or employees.
- Secure the store
  - Check restrooms and other hidden areas to confirm the building is empty
  - Remove all money from the registers and place in the store safe - be sure to lock the safe
  - Lock the store, unless the fire department or other authorities may need access to respond to the emergency situation

## 2004 Dollar General Employee Handbook

If the evacuation is due to a fire, employees are never expected or required to fight a fire. If the fire is limited to a very small area and you do not feel threatened, using a fire extinguisher is your option. If you choose to use an extinguisher please remember **PASS**:

- Pull the pin on the handle to allow the trigger to work

- Aim the extinguisher nozzle at the base of the fire

- Squeeze the trigger to activate the extinguisher

- Sweep the nozzle from side to side at the base of the fire

## Employee and Customer Injuries

- Help the injured person(s)

- Stay calm and **show concern for the injured person**

- Call for medical assistance if the injured person makes a request or if the situation is serious

- If you can offer first aid, use store merchandise such as bandages and antiseptics and remember to take a markdown on the items used

- Protect yourself from potentially infectious diseases by wearing latex gloves. Always remember, it is better to be overly cautious when dealing with blood and body fluids by always assuming there is a potential of infection from contact.

- Protect your clothing and bare skin from blood and other body fluids by using garbage bags as a barrier

- **Do not agree to pay for medical treatment or any other expenses related to the injury. This determination will be made by appropriate Company personnel.**

- Clean up blood or body fluids using a 1-part bleach to 10-parts water to sanitize the area.

- Refer to the SOP for incident and injury reporting procedures.

- **All incidents/accidents must be reported within 24 hours.**

Jay Group/DG 00131  Docs Produced to Plaintiff                                CONFIDENTIAL

## OSHA "Right to Know" Requirements

As a general rule, OSHA requires every employer to inform its employees about hazardous chemicals in the workplace by means of labels and material safety data sheets. Please read all labels of materials that you may not be familiar with and follow the directions to avoid injury.

Customers and employees may contact the **Material Safety Data Sheets (MSDS) Program at 1-877-855-8797** for information regarding the hazards of our products or for more detailed information than appears on the label.

## Company Newsletter

Our Company's newsletter, *The Dollar General Story*, is published monthly for all employees of Dollar General and their families. It is one of the primary media through which we communicate announcements, news and employee features. It is published for your benefit, so you are encouraged to provide feedback. Each issue includes a postage paid reply card on which you can submit your comments, suggestions and story ideas. You may also send them via e-mail to: dgstorysuggestions@dollargeneral.com.

## Response to Media

To maintain consistent communication with the news media, only designated management employees have the authority to respond to media inquiries and requests. As an employee of Dollar General you are responsible for helping to maintain our Company's image and the integrity of information released to the media. No store employees should respond to the media. Doing so may result in disciplinary action up to and including termination for the employee. All media calls should be directed to the Media Relations Manager at the Store Support Center at (615) 855-5209.

ex Crews/DG 00133  Docs. Produced to Plaintiff

CONFIDENTIAL

CONFIDENTIAL



**Dollar General Retail Employee Handbook**
DGP-B-06A-02/04

ov Crews/DG 00135  Docs  Produced to Plaintiff

CONFIDENTIAL

# Dollar General Corporation

DEFENDANT'S EXHIBIT 4

## Progressive Counseling Record

EMPLOYEE NAME: Rilla Joy Crews

EMPLOYEE POSITION: Lead Clerk

EMPLOYEE SS# ___0219

STORE STAMP OR STORE NUMBER OR DEPARTMENT NAME:
DOLLAR GENERAL STORE
STORE #1800
WEDOWEE & BURSON STREETS
BOWDEN, GA 30108

DATE OF OCCURRENCE 10-18-04

SUPERVISOR'S NAME: Vivian Keith

**Action Taken:** (CHECK ONLY ONE BOX)
[ ] Verbal Counseling   [ ] Written Counseling   [x] Final Counseling

**Type of Occurrence:**
[ ] Substandard <u>Performance</u>   [ ] Correctable <u>Conduct</u>   [ ] Correctable <u>Attendance</u>

Describe the actual level versus the expected level of, performance, conduct or attendance.

On Monday 10-18-04 Joy didn't go to bank to make the deposits. She said she got busy & forgot, when the assistant Mgr. came in she didn't check the safe, so no deposits were made until Tues. A.M. 10-19-04

Action Plan to correct performance, conduct or attendance:

I have talked & counseled Joy on how serious this matter is and it is not to happen again. Joy realizes how serious this is and has agreed it will not happen again.

By (Date)

Employee Comments - regarding the problem and/or solution:

**IF CONDUCT OR ATTENDANCE:** *Further conduct or attendance violations of the kind specified within the time frame indicated will result in":
[ ] WRITTEN COUNSELING   [ ] FINAL COUNSELING   [x] TERMINATION

**IF PERFORMANCE:** The above stated ACTION PLAN must be accomplished satisfactorily within the timeframes alloted or:
[ ] WRITTEN COUNSELING   [ ] FINAL COUNSELING   [ ] TERMINATION

SIGNATURES:
" I have read and I understand the information and requirements stated in this counseling."

*Employee refused to sign*

"The information and requirements of this counseling have been explained to the employee."

Employee Signature _____  Date _____

Immediate Supervisor Signature Vivian Keith   Date 10-19-04

# Progressive Counseling Record

EMPLOYEE NAME: _Rilla Joy Crews_

EMPLOYEE POSITION: _Lead Cashier_

SS#: _████ 0219_

DATE OF OCCURRENCE _3-26-05_

SUPERVISOR'S NAME: _Vivian Keith_

STORE STAMP or Department Name

**DOLLAR GENERAL STORE**
**STORE #4800**
**WEDOWEE & BURSON STREETS**
**BOWDEN, GA 30108**

| Action Taken: | ☐ Verbal Counseling | ☐ Written Counseling | ☑ Final Counseling |
|---|---|---|---|

| Type of Occurrence: | ☐ Substandard Performance | ☐ Correctable Conduct | ☐ Correctable Attendance |
|---|---|---|---|

Describe the actual level of performance, conduct, attendance vs. expected:

on this date Joy was 60.00 short in safe $15.00 short in cash drawer. She has been told repeatedly "slow down - take your time." She acts everytime anybody here is involed with any problem that might occur. But Joy wants to do things her way. She needs to realize what goes on in the office must stay in the office. employee's need to concentrate on their job, not what's going on with someone else

Action Plan to correct the problem is:

Joy must pay attention & follow instructions. Become a team player & help make this a more enjoyable place to work & let others do their job. Stop being in a rush to get out of the store.

By (Date) _3-27-05_

Employee Comments - regarding the problem and/or solution:

If you want a comment from me. Just I'll say no. Thank you Collect 256-568-7488

_[signature]_

| IF CONDUCT OR ATTENDANCE: | "Further conduct or attendance violations of the kind specified within the time frame indicated will result in": |
|---|---|
| ☐ WRITTEN COUNSELING | ☐ FINAL COUNSELING   ☑ TERMINATION |

| IF PERFORMANCE: | The above stated ACTION PLAN must be accomplished satisfactorily within the timeframes alloted or: |
|---|---|
| ☐ WRITTEN COUNSELING | ☐ FINAL COUNSELING   ☑ TERMINATION |

SIGNATURES:

' I have read and I understand the information and requirements stated in this record.'

Employee Signataure _____

The information and requirements of this memo have been explained to the employee.'

Immediate Supervisor Signature _Vivian Keith_

Date _____

Date _4-4-05_

DEFENDANT'S
EXHIBIT
5
Crews

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 130-2005-05050 |

and EEOC

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone No. (incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Rilla J. Crews | (256) 568-7488 | 01-05-1963 |

Street Address **773 County Road 435, Graham, AL 36263**    City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DOLLAR GENERAL CORP | 500 or More | (256) 568-3399 |

Street Address **21236 Main Street,  Ranburne, AL 36273**    City, State and ZIP Code

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address    City, State and ZIP Code

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 06-04-2005 | 06-10-2005 |

☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired by the above employer in January 2003 as a clerk at another facility.  In May 2005, a new store was
located in another town so I transferred to that location as lead clerk where I assisted in setting up the store.
During the setup in May 2005, the manager told me that she wanted cute and perky employees working the front.  I
was offered the position of assistant manager and it was later withdrawn.  I have been subjected to disparate terms
and conditions of employment in that on June 4, 2005, I noticed that my hours were reduced from full time 36-40
hours per week to 17 hours per week, a part time status.  On June 9, 2005, I was told that I was no longer wanted as
a part of the management team.  On June 10, 2005, I noticed that my benefits had been cut in that my medical
insurance and 401K were no longer being taken out of my paycheck.  Two new employees who were hired when the
new location opened have been given the positions of lead clerk and assistant manager.  Neither of these
employees are members of the protected age group and both have to be trained for their positions.  Another
employee who is a member of the protected age group hours of work have been reduced, as well.  I have  never
been disciplined for performance or attendance related problems since being employed with the company.

The reason offered for not wanting me as part of the management team was that she did not have time to train me,
according to Linda Hall, Manager and Norman Kessler, District Manager.  No reason has been offered for the other
actions.

I believe I am being discriminated against because of my age, 42, in violation of the Age Discrimination in
Employment Act of 1967.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| ✗ 6-29-05 _Date_    _Rilla Joy Crews_ (Charging Party Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

DEFENDANT'S
EXHIBIT
6
Crews

# Every Shift
## Cashier To Do List

1. Face Front and recover HBA Shoes, etc. The first roll of gondolas.

2. Sweep and mop floors.

3. Clean bathrooms, including mop sink.

4. Clean around registers, restock bags, remove trash, return items that were returned or not wanted to sales floor.

5. Clean windows

6. Keep shopping carts available, keep checking parking lot for shopping carts.

7. Stocking HBA or items in front part of store.

8. Keep impulse counters stocked.

9. Most importantly greet and thank each Customer. Customers are greeted when they enter the store and thanked at the checkout counter.

10. Each cashier must ask each customer if they would like to donate their change to literacy.

11. Each cashier will choose each day a item they would like to promote and sale on their shift.

Please sign your name once you have read the list. If you have any questions please let me know. ~ Thanks Lynda

Lilli Joy Clark

Mildul Cella

Lynda Case

Lynda Hall
Norman Keslesser

When I transfered, Norman & Lynda
told me that I would work
36 - 40 hours a week.

I was asked to be Ast manger
two (2) weeks later I was told
the dession had been put off
for 2 week, 2 weeks later Lynda
told me - that she did not
want me on her mangetont team Right Now -
          Shedula to work 4 hours
6-09-05 Thursday worked 1 hour meeting went home
Norman & Lynda talked with me
about not being in mangenent,
and that Lynda did not have
time to train me right, But
She is training 2 new guls.

Norman told me that he would
Keip me and that he would not
cut my pay. But my hours
went from 36- 40 to 3 worked
15 this week and am down for
        this week. And thats would
not be fired.

DEFENDANT'S
EXHIBIT
7
CREWS

6-22-05

I was told to work this day.
And it was my day off. I came in
at 4:00 and was told by Jennifer
that she did not need me. And I
was to go home. Jennifer said
that she had called to tell me
but left no message. I ask
her why she left no message.
She told me that she did not
leave message. When I came
back home that evening I looked
at Caller I D. She had called
1 time (one) the night before
and it was well pasted my
bed time.
    When I looked at next weeks
Schedule I have been cut down
to 3 days the next week. Closing
all 3 nights.


6-24-05

today was Today went to get my
Check at 8:00 A. time. Lynda was
busy taking Sidewway sale stuff
out when I got there. She shut the
front door So hard that it hit

a custmer in the had. I was told
that we would have a meeting at 7:00
in the morning. Boy I sure dread it.
I awoke last at 2:00 and could
not sleep because of worrying about
all of this and the deal about NO
Insurance. Lynda knew that my
husband was a diabetic. This all
has caused me So much trouble
at my home. Lynda has yet to class
that Jar with me, and show me
how she wanted it. John Brey
came up to me Thursday and told
me that I had been done Shitty, and
that he sure enjoyed working with
me. It took me about 1 hr to go back to sleep in the
Meeting Tomorrow middle of the night

6-24-05

The meeting went OK. But Lynda
lied. She said that our hours were
down because of Sales. But She
hired another girl Shea Cosper.
Probably be God Clerk.
I work Sun 12-4, I guess the good
Part of that is maybe Linda
want me - Shea.

6-25-05

today Shae Cosper Came in to cover lead
Clerk. This is her 1st night to close.
God love her cause she will need
it. I hope I slept tonight Linda
has made 3 Shedulas this week.
On 2 of them I was off on Monday,
So I made plans to pick Daddy
up from the Hospital + back to
Nursing home. I maybe late.
I don't understand why this woman
changes the Shedule that much.


7-15-05

Came home from Vacation, went
to pick up check. No check Linda
said that she did not know
why I did not get one.
Called Linda and told her
that my lawyer said that it
would not get any better + that
I was quitting, that Linda got
what she wanted I quit.
Linda was real ugly about
all of it.

7-22-05

Well my vacation check did
not show up today. I called
and talked w Sha. she said
that she would call Linda
and find out why. I called
back later and Sha Cosper
said that Linda had to
call Norman about my check.
I was working at Super 10
today when Ralph (Larry Martin)
came in and He told me that
Jennifer had today told him
that I had quit the day before
Dollar General was going to
fire me. And that is Retaliation.
mean while I still don't
have a vacation Check. They
owe me 40 hours I will
call back tonight and talk
to Jennifer to see if
Lindy called about my Check.
7:50 p.m I called Jennifer
back and was told by her that
Lynda said that Norman told
her that I would have to
call payroll and tracking

Payroll - 877 218 0931

Check Down. So then I called Customer Service, and made a complaint against Norman + Linda - Her name was Shelanna, she told me to call payroll Monday if that did no good to call customer service back and we would make a formal complaint against them.

# 615-855-5481     3.400 Central time

ABC Smith          5842 et

Corp.    Norburn # Store 5842

Norman Kessler

May - fedt         93 day for Drug Test

205 - 240 - 9746 - Vermontell H

July 26.05

Well today was a good one Sally
went into the Ø General (Kentrem)
this AM. And there was Jennifer
Davis. She (says) telling the world
that I had failed 2 Drug test
test The Sunley Milkman +
the Mayfield icecream man
was there And heard it to.
This is a piecy act I called
home office today talked to (Randy)
He gave me Allen Smith's # to
call about the Drug test

_Mildred Calhoun & John Prichard was ther + heard it to_

Aug 4 - 2005
Well today I got my 40 hr vacation
Check. it Sure took longer enough.
and Only 3 weeks yet. Will
this hell never end. I hope it
ends in my favor.

2134

6-9-05 meeting. Norman Rubbed
Lynda' Knee Several times
during the meeting Say ain't
that right Lynda.

Lynda told me that she wanted
cute + perky girls working thru
Lynda also said she would take
me as far as I wanted to go.
Equal Our    - Age Discremation

205-212-2100
Birmigham Al- 205-731-1062

Atlanta        region -?
404-562-6800-
          -6950              2134

3.00 p.m    -404 656 1736

Vacation. Put in for in ample
time as procedure calls for it.
BEFORE ULP

Lynda told me that She wanted young
and perky girls to run the front.
that is age discrination.

I have work for $ General for
28 months and have been out 1 day
and late 1 time that is a very
good record.

I feel like they used me to get
the Store Started good, and then the
Hell with me.

When I Started to work that Lynda
Was aware that I was not trained
right? or the $ General way. She
told me that she had So much
to teach me, then there was
nothing? I was told in the 8-9-05
meeting that Lynda did not
have time to train me properly.

Stop my health Insurance + 401 plan
Put me on part time

Void mail
205-312-3154
Johnson

| 1 Wages, tips, other comp. 10985.05 | 2 Federal income tax withheld 155.42 |
|---|---|
| 3 Social security wages 10965.05 | 4 Social security tax withheld 679.83 |
| 5 Medicare wages and tips 10965.05 | 6 Medicare tax withheld 158.89 |
| a Control Number 119407 WSU | Dept. | Corp. SN28 | Employer use only 36384 |

c Employer's name, address, and ZIP code

**DOLGENCORP INC**
**100 MISSION RIDGE**
**GOODLETTSVILLE, TN 37072**

| b Employer's FED ID number 51-0852764 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See Instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

**RILLA J CREWS**
**773 CR 435**
**GRAHAM, AL 36263**

| 15 State GA | Employer's state ID no. 3580248-UH | 16 State wages, tips, etc. 9964.58 |
|---|---|---|
| 17 State income tax 333.00 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

Safe, accurate, FAST! Use **e-file** Visit the IRS Web site at www.irs.gov.

**GA. State Reference Copy**

**W-2** Wage and Tax Statement **2003**

Copy 2 to be filed with employee's State Income Tax Return OMB No. 1545-0008

© 2001 AUTOMATIC DATA PROCESSING, INC.

## 2003 W-2 and EARNINGS SUMMARY



**DOLLAR GENERAL** CORPORATION

**RILLA J CREWS**
**773 CR 435**
**GRAHAM, AL 36263**

Social Security Number:    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

Save 15% on Tax Preparation, learn more at https://taxpartner.adp.com



DEFENDANT'S EXHIBIT
9
CREWS

Form **1040**

Department of the Treasury - Internal Revenue Service

## U.S. Individual Income Tax Return  2003  (99)

IRS Use Only-Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2003, or other tax year beginning _____ , 2003, ending _____ , 20 _____     OMB. No. 1545-0074

**Label**

(See instructions on page 19.)

Use the IRS label. Otherwise, please print or type.

Your first name and initial: **CLARK G**   Last name: **CREWS**

If a joint return, spouse's first name and initial: **RILLA J**   Last name: **CREWS**

Home address (number & street). If you have a P.O. box, see page 19.   **773 COUNTY ROAD 435**   Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.   **GRAHAM   AL   36263**

Your social security number: ▮▮▮

Spouse's social security number: **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**

▲ **Important!**
You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 18.) ▶

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ......... ▶

You: Yes [ ] No [X]   Spouse: Yes [ ] No [X]

**Filing Status**

Check only one box.

1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child. (See page 20.)

**Exemptions**

5a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.

b [X] Spouse .............................................

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qualifying child for child tax credit (see page 21) |
|---|---|---|---|
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

If more than five dependents, see page 21.

No. of boxes checked on 6a and 6b: **2**
No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 21)
Dependents on 6c not entered above
Add numbers on lines above ▶ **2**

COPY

d Total number of exemptions claimed ..............................

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 46,098 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a ... 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23) ... 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 | 649 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13a | |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions ... 13b | | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions ... 15a | b Taxable amount (see page 25) | 15b |
| 16a | Pensions and annuities ... 16a | b Taxable amount (see page 25) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits ... 20a | b Taxable amount (see page 27) | 20b |
| 21 | Other income. | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 46,747 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | IRA deduction (see page 29) | 24 | |
| 25 | Student loan interest deduction (see page 31) | 25 | |
| 26 | Tuition and fees deduction (see page 32) | 26 | |
| 27 | Moving expenses. Attach Form 3903 | 27 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | 28 | |
| 29 | Self-employed health insurance deduction (see page 33) | 29 | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | |
| 31 | Penalty on early withdrawal of savings | 31 | |
| 32a | Alimony paid  b Recipient's SSN ▶ | 32a | |
| 33 | Add lines 23 through 32a | 33 | |

Form 1040 (2003)

**CLARK G & RILLA J CREWS**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 35 | Amount from line 34 (adjusted gross income) | 35 | 46,747 |
| **Standard Deduction for—** | 38a | Check if: { You were born before January 2, 1939, ☐ Blind. } Total boxes { Spouse was born before January 2, 1939, ☐ Blind. } checked ▶ 38a ☐ | | |
| | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ▶ 38b ☐ | | |
| • People who checked any box on line 38a or 38b or who can be claimed as a dependent, see page 34. | 37 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 37 | 13,561 |
| | 38 | Subtract line 37 from line 35 | 38 | 33,186 |
| | 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet on page 35 | 39 | 6,100 |
| • All others: | 40 | Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 40 | 27,086 |
| Single or Married filing separately, $4,750 | 41 | Tax (see page 36). Check if any tax is from ☐ Form(s) 8814 b ☐ Form 4972 | 41 | 3,361 |
| | 42 | Alternative minimum tax (see page 38). Attach Form 6251 | 42 | |
| Married filing jointly or Qualifying widow(er), $9,500 | 43 | Add lines 41 and 42 ▶ | 43 | 3,361 |
| | 44 | Foreign tax credit. Attach Form 1116 if required | 44 | |
| | 45 | Credit for child and dependent care expenses. Attach Form 2441 | 45 | |
| Head of household, $7,000 | 46 | Credit for the elderly or the disabled. Attach Schedule R | 46 | |
| | 47 | Education credits. Attach Form 8863 | 47 | |
| | 48 | Retirement savings contributions credit. Attach Form 8880 | 48 | |
| | 49 | Child tax credit (see page 40) | 49 | |
| | 50 | Adoption credit. Attach Form 8839 | 50 | |
| | 51 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 51 | |
| | 52 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 52 | |
| | 53 | Add lines 44 through 52. These are your total credits | 53 | |
| | 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | 54 | 3,361 |
| **Other Taxes** | 55 | Self-employment tax. Attach Schedule SE | 55 | |
| | 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 56 | |
| | 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 57 | |
| | 58 | Advance earned income credit payments from Form(s) W-2 | 58 | |
| | 59 | Household employment taxes. Attach Schedule H | 59 | |
| | 60 | Add lines 54 through 59. This is your total tax ▶ | 60 | 3,361 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 3,226 |
| If you have a qualifying child, attach Schedule EIC. | 62 | 2003 estimated tax payments and amount applied from 2002 return | 62 | |
| | 63 | Earned income credit (EIC) | 63 | |
| | 64 | Excess social security and tier 1 RRTA tax withheld (see page 56) | 64 | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | Amount paid with request for extension to file (see page 56) | 66 | |
| | 67 | Other payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 67 | |
| | 68 | Add lines 61 through 67. These are your total payments ▶ | 68 | 3,226 |
| **Refund** | 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid | 69 | 3,226 |
| Direct deposit? See page 56 and fill in 70b, 70c, and 70d. | 70a | Amount of line 69 you want refunded to you ▶ | 70a | |
| | b | Routing number | ▶ c Type: ☐ Checking ☐ Savings | |
| | d | Account number | | |
| | 71 | Amount of line 69 you want applied to your 2004 estimated tax ▶ 71 | | |
| **Amount You Owe** | 72 | Amount you owe. Subtract line 68 from line 60. For details on how to pay, see page 57 ▶ | 72 | 135 |
| | 73 | Estimated tax penalty (see page 58) 73 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 58)? ☐ Yes. Complete the following. ☒ No | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | |

**Sign Here**

Joint return? See page 20. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Your signature | Date | Your occupation CONSTRUCTION | Daytime phone number |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation HOUSEWIFE | |

| | | | |
|---|---|---|---|
| **Paid Preparer's Use Only** | Preparer's signature | Date 03-16-2004 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
| | Firm's name (or yours if self-employed) ▶ Messer & Associates LLC 416 W 8th Street | | EIN 58-2511523 |

**SCHEDULES A&B**
**(Form 1040)**

## Schedule A – Itemized Deductions

OMB No. 1545-0074

**2003**

Department of the Treasury
Internal Revenue Service (99)    ▶ Attach to Form 1040.    ▶ See Instructions for Schedules A and B (Form 1040).

Attachment Sequence No. 07

Name(s) shown on Form 1040
CLARK G & RILLA J CREWS

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see page A-2) | 1 | 2,021 | |
| | 2 Enter amount from Form 1040, line 35   2   46,747 | | | |
| | 3 Multiply line 2 above by 7.5% (.075) | 3 | 3,506 | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4   0 |
| **Taxes You Paid** (See page A-2.) | 5 State and local income taxes | 5 | 2,081 | |
| | 6 Real estate taxes (see page A-2) | 6 | 2,081 | |
| | 7 Personal property taxes | 7 | 34 | |
| | 8 Other taxes. List type and amount ▶ | 8 | 106 | |
| | 9 Add lines 5 through 8 | | | 9   2,221 |
| **Interest You Paid** (See page A-3.) Note. Personal interest is not deductible. | 10 Home mortgage interest and points reported to you on Form 1098 | 10 | | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | |
| | 12 Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | |
| | 13 Investment interest. Attach Form 4952 if required. (See page A-4.) | 13 | | |
| | 14 Add lines 10 through 13 | | | 14 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | | |
| | 16 Other than by cash or check. If any gift of $250 or more, see page A-4. You must attach Form 8283 if over $500 | 16 | | |
| | 17 Carryover from prior year | 17 | | |
| | 18 Add lines 15 through 17 | | | 18 |
| **Casualty and Theft Losses** | 19 Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5.) | 20 Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-5.)   FORM 2106   12,150 | 20 | 12,150 | |
| | 21 Tax preparation fees | 21 | 125 | |
| | 22 Other expenses - investment, safe deposit box, etc. List type and amount ▶ | 22 | | |
| | 23 Add lines 20 through 22 | 23 | 12,275 | |
| | 24 Enter amount from Form 1040, line 35   24   46,747 | | | |
| | 25 Multiply line 24 above by 2% (.02) | 25 | 935 | |
| | 26 Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26   11,340 |
| **Other Miscellaneous Deductions** | 27 Other - from list on page A-6. List type and amount ▶ | | | 27 |
| **Total Itemized Deductions** | 28 Is Form 1040, line 35, over $139,500 (over $69,750 if married filing separately)? | | | |
| | [X] No.  Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 37. | | | 28   13,561 |
| | [ ] Yes.  Your deduction may be limited. See page A-6 for the amount to enter. | | | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

**Form 2106**

Department of the Treasury
Internal Revenue Service    (99)

## Employee Business Expenses

► See separate instructions.

► Attach to Form 1040.

OMB No. 1545-0139

**2003**

Attachment
Sequence No. **54**

Your name: CLARK G CREWS

Occupation in which you incurred expenses: CONSTRUCTION

Social security number

### Employee Business Expenses and Reimbursements

## Step 1  Enter Your Expenses

| | | Column A<br>Other Than Meals<br>and Entertainment | Column B<br>Meals and<br>Entertainment |
|---|---|---|---|
| 1 Vehicle expense from line 22 or line 29. (Rural mail carriers: See instructions.) | 1 | 9,815 | |
| 2 Parking fees, tolls, and transportation, including train, bus, etc., that did not involve overnight travel or commuting to and from work | 2 | | |
| 3 Travel expense while away from home overnight, including lodging, airplane, car rental, etc. Do not include meals and entertainment | 3 | | |
| 4 Business expenses not included on lines 1 through 3. Do not include meals and entertainment | 4 | 1,390 | |
| 5 Meals and entertainment expenses (see instructions) | 5 | | 1,890 |
| 6 Total expenses. In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 6 | 11,205 | 1,890 |

Note: If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

## Step 2  Enter Reimbursements Received From Your Employer for Expenses Listed in Step 1

| | | | |
|---|---|---|---|
| 7 Enter reimbursements received from your employer that were not reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 12 of your Form W-2 (see instructions) | 7 | | |

## Step 3  Figure Expenses To Deduct on Schedule A (Form 1040)

| | | | |
|---|---|---|---|
| 8 Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 | 8 | 11,205 | 1,890 |

Note: If both columns of line 8 are zero, you cannot deduct employee business expenses. Stop here and attach Form 2106 to your return.

| | | | |
|---|---|---|---|
| 9 In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses by 65% (.65) instead of 50%. For details, see instructions.) | 9 | 11,205 | 945 |

| | | | |
|---|---|---|---|
| 10 Add the amounts on line 9 of both columns and enter the total here. Also, enter the total on Schedule A (Form 1040), line 20. (Fee-basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter the total.) | ► 10 | | 12,150 |

For Paperwork Reduction Act Notice, see instructions.

EEA

Form **2106** (2003)

Form 2106 (2003)   CLARK G CREWS

Page 2

## Part II Vehicle Expenses

### Section A – General Information (You must complete this section if you are claiming vehicle expenses.)

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 11 | Enter the date the vehicle was placed in service | 11 | 1994-01-01 | |
| 12 | Total miles the vehicle was driven during 2003 | 12 | 34,016 miles | miles |
| 13 | Business miles included on line 12 | 13 | 27,264 miles | miles |
| 14 | Percent of business use. Divide line 13 by line 12 | 14 | 80.15 % | % |
| 15 | Average daily roundtrip commuting distance | 15 | | |
| 16 | Commuting miles included on line 12 | 16 | miles | miles |
| 17 | Other miles. Add lines 13 and 16 and subtract the total from line 12 | 17 | 6,752 miles | miles |
| 18 | Do you (or your spouse) have another vehicle available for personal use? | | | ☐ Yes  ☐ No |
| 19 | Was your vehicle available for personal use during off-duty hours? | | | ☐ Yes  ☐ No |
| 20 | Do you have evidence to support your deduction? | | | ☐ Yes  ☐ No |
| 21 | If "Yes," is the evidence written? | | | ☐ Yes  ☐ No |

### Section B – Standard Mileage Rate (See the instructions for Part II to find out whether to complete this section or Section C.)

| | | | |
|---|---|---|---|
| 22 | Multiply line 13 by 36 cents (.36) | 22 | 9,815 |

### Section C – Actual Expenses

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 23 | Gasoline, oil, repairs, vehicle insurance, etc. | 23 | | |
| 24 a | Vehicle rentals | 24a | | |
| b | Inclusion amount (see instructions) | 24b | | |
| c | Subtract line 24b from line 24a | 24c | | |
| 25 | Value of employer-provided vehicle (applies only if 100% of annual lease value was included on Form W-2 - see instructions) | 25 | | |
| 26 | Add lines 23, 24c, and 25 | 26 | | |
| 27 | Multiply line 26 by the percentage on line 14 | 27 | | |
| 28 | Depreciation. Enter amount from line 38 below | 28 | | |
| 29 | Add lines 27 and 28. Enter total here and on line 1 | 29 | | |

### Section D – Depreciation of Vehicles (Use this section only if you owned the vehicle and are completing Section C for the vehicle.)

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 30 | Enter cost or other basis (see instructions) | 30 | | |
| 31 | Enter section 179 deduction and special allowance (see instructions) | 31 | | |
| 32 | Multiply line 30 by line 14 (see instructions. If you claimed the section 179 deduction or special allowance) | 32 | | |
| 33 | Enter depreciation method and percentage (see instructions) | 33 | | |
| 34 | Multiply line 32 by the percentage on line 33 (see instructions) | 34 | | |
| 35 | Add lines 31 and 34 | 35 | | |
| 36 | Enter the applicable limit explained in the line 36 instructions | 36 | | |
| 37 | Multiply line 36 by the percentage on line 14 | 37 | | |
| 38 | Enter the smaller of line 35 or line 37. Also enter this amount on line 28 above | 38 | | |

CCA

Form 2106 (2003)

For the year Jan. 1 - Dec. 31, 2003, or other tax year:

Beginning: _____ Ending: _____

FN (For official use only)

Your social security number

Spouse's SSN if joint return: **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**

Your first name and initial (if joint return, also give spouse's first name and initial)  Last name

**CLARK G & RILLA J CREWS**

Present home address (number and street or P.O. Box number)

**773 COUNTY ROAD 435**

City, town or post office, state, and ZIP code

**GRAHAM**          **AL 36263**

## Filing Status and Exemptions

Check only one box.

1  □  $1,500 Single
2  ☒  $3,000 Married filing joint return (even if only one spouse had income)
3  □  $1,500 Married filing separate return. Complete line 5 with spouse's name & soc. sec. no.
4  □  $3,000 Head of family (with qualifying person). (See page 7 of inst.) Complete line 5.

5  □  8  Name _____
       Soc. Sec. No. _____
       Relationship _____

## Income and Adjustments

| | | A – Alabama tax withheld | | | | B – Income | |
|---|---|---|---|---|---|---|---|
| 6 | Wages, salaries, tips, etc. (list each employer and address separately): | | | | | | |
| a | KINGSBRIDGE VENT CARROLLTON 30117 | 5a | | 00 | 6a | 35,133 | 00 |
| b | DOLGENCORP, INC GOODLETTSVILL 37072 | 5b | 27 | 00 | 6b | 10,965 | 00 |
| c | | 5c | | 00 | 6c | | 00 |
| d | | 5d | | 00 | 6d | | 00 |
| 7 | Interest and dividend income plus attach Schedule B if over $1,500) | | | | 7 | | 00 |
| 8 | Other income (from page 2, line 9) | | | | 8 | | 00 |
| 9 | Total income. Add amounts in the income column for line 6a through line 8 | | | | 9 | 46,098 | 00 |
| 10 | Total adjustments to income (from page 2, Part II, line 8) | | | | 10 | | 00 |
| 11 | Adjusted gross income. Subtract line 10 from line 9 | | | | 11 | 46,098 | 00 |

## Deductions

You Must Attach page 2 of Federal Form 1040, Federal Form 1040A, page 1 of 1040EZ, or a copy of your Totals Schedule if claiming a deduction on line 13.

| | | | | | |
|---|---|---|---|---|---|
| 12 | Check box a, if you [ ] itemize deductions, and enter amount from Schedule A, line 26. | | | | |
| | Check box b, if you ☒ do not itemize deductions, and enter standard deduction (see inst.) | Box a or b MUST be checked | | | |
| 13 | Itemized Deductions ☒ Standard Deduction ► | 12 | 15,196 | 00 | |
| | Federal tax liability deduction (complete Part V, page 2) | | | | |
| | DO NOT ENTER THE FEDERAL TAX WITHHELD FROM YOUR FORM W-2(s) | 13 | 3,361 | 00 | |
| 14 | Personal exemption (from line 1, 2, 3, or 4) | 14 | 3,000 | 00 | |
| 15 | Dependent exemption (from page 2, Part III, line 2) | 15 | | 00 | |
| 16 | Total deductions.  Add lines 12, 13, 14, and 15 | | 16 | 21,557 | 00 |
| 17 | Taxable income.  Subtract line 16 from line 11 | | 17 | 24,541 | 00 |
| 18 | Income Tax due.  Enter here and check if from ☒ Tax Table or □ Form NOL-85A | | 18 | 1,148 | 00 |

## Tax

Staple Form(s) W-2, W-2G, and/or 1099 here.

| | | | | | |
|---|---|---|---|---|---|
| 19 | Less credits from: ☒ Schedule OC and/or □ Enterprise Zone Act (see instructions) ► | | 19 | 1,148 | 00 |
| 20a | Net tax due Alabama.  Subtract line 19 from line 18 | | 20a | | 00 |
| 20b | Consumer Use Tax (use worksheet on page 11) | | 20b | | 00 |
| 21 | You may make a voluntary contribution to any of the following: | a Alabama Democratic Party  □ $1 □ $2 ☒ none | 21a | | 00 |
| | Alabama Election Campaign Fund | b Alabama Republican Party  □ $1 □ $2 ☒ none | 21b | | 00 |
| | or the Neighbors Helping Neighbors Fund. | d Neighbors Helping Neighbors $ _____ | 21d | | 00 |
| 22 | Total tax liability and voluntary contribution.  Add lines 20a, 20b, 21a, 21b, and 21d | | 22 | | 00 |

## Payments

| | | | | | |
|---|---|---|---|---|---|
| 23 | Alabama income tax withheld (from Forms W-2, W-2G, and/or 1099) | 23 | 27 | 00 | |
| 24 | Amount paid with extension (attach Form 4868A) | 24 | | 00 | |
| 25 | 2003 estimated tax payments (see instructions on page 11) | 25 | | 00 | |
| 26 | Total payments.  Add lines 23 through 25 | | 26 | 27 | 00 |

## AMOUNT YOU OWE

27  If line 22 is larger than line 26, subtract line 26 from line 22, and enter. Place payment, along with Form 40V, loose in the mailing envelope. If paying by credit card do not include Form 40V and check here ► □   **AMOUNT YOU OWE**  FORM 40V MUST ACCOMPANY PAYMENT!  CN □     27   | 00

28  Estimated tax penalty. Also include on line 27 (see instructions page 11)  28  | 00

## OVERPAID

29  If line 26 is larger than line 22, subtract line 22 from line 26, and enter amount  **OVERPAID** ►  29  27  00

30  Amount of line 29 to be applied to your   2004 estimated tax  ►  30  | 00

## Donation Check-offs

31  You may donate all or part of your overpayment. (Enter $1, $5, $10, $25, none, or other amount in the appropriate boxes.)

| | | | | | |
|---|---|---|---|---|---|
| a | Senior Services Trust Fund ► | 00 | f | AL Indian Children's Scholarship Fund ► | 00 |
| b | AL Arts Development Fund ► | 00 | g | Penny Trust Fund ► | 00 |
| c | AL Nongame Wildlife Fund ► | 00 | h | Foster Care Trust Fund ► | 00 |
| d | Child Abuse Trust Fund ► | 00 | i | Mental Health ► | 00 |
| e | AL Veterans Program ► | 00 | j | AL Breast & Cervical Cancer Program ► | 00 |
| | | | k | AL 4-H Club ► | 00 |

32  Total.  Add line 30 and lines 31 a, b, c, d, e, f, g, h, i, j and k  32  | 00

- Verify your social security number
- Recheck your math
- Sign return on page 2
- Attach W-2 form(s)

Form 40 (2003)    CLARK G & RILLA J CREWS    Page 2

**Other Income**
(see page 13)

| | | | |
|---|---|---|---|
| 1 | Alimony received | 1 | 00 |
| 2 | Business income or (loss) (attach Federal Schedule C or C-EZ) | 2 | 00 |
| 3 | Gain or (loss) from sale of Real Estate, Stocks, Bonds, etc. (attach Schedule D) | 3 | 00 |
| 4a | Total IRA distributions    4a    00   4b Taxable amount (see instructions) | 4b | 00 |
| 5a | Total pensions and annuities    5a    00   5b Taxable amount (see instructions) | 5b | 00 |
| 6 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 6 | 00 |
| 7 | Farm income or (loss) (attach Federal Schedule F) | 7 | 00 |
| 8 | Other income (state nature and source - see instructions) | 8 | 00 |
| 9 | Total other income. Add lines 1 through 8. Enter here and also on page 1, line 8 | 9 | 00 |

**Adjustments to Income**
(see page 15)

| | | | |
|---|---|---|---|
| 1a | Your IRA deduction | 1a | 00 |
| 1b | Spouse's IRA deduction | 1b | 00 |
| 2 | Payments to a Keogh retirement plan and self-employment SEP deduction | 2 | 00 |
| 3 | Penalty on early withdrawal of savings | 3 | 00 |
| 4 | Alimony paid. Recipient's last name _____ Social security no. _____ Address _____ City _____ State _____ ZIP _____ | 4 | 00 |
| 5 | Adoption expenses | 5 | 00 |
| 6 | Moving Expenses (Attach Federal Form 3903) to City _____ State _____ ZIP _____ | 6 | 00 |
| 7 | Self-employed health insurance deduction | 7 | 00 |
| 8 | Total adjustments.    Add lines 1 through 7. Enter here and also on page 1, line 10 | 8 | 00 |

**Dependants**

Do not include yourself or your spouse

(See page 9)

| (1) First name | Last name | (2) Dependent's social security number. | (3) Dependent's relationship to you. | (4) Did you provide more than one-half dependant's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 1b | Total number of dependents claimed above | | |
| 2 | Amount allowed. (Multiply $300 by the total number of dependents claimed on line 1b.) Enter amount here and on page 1, line 15 | 2 | 00 |

**General Information**

All Taxpayers Must Complete This Section.

| | | |
|---|---|---|
| 1 | Residency   ☒ Full Year   If you were a part-year resident of Alabama during 2003, indicate your period of residence: <br> Check only one box   ☐ Part Year   From _____ 2003 through _____   2003. Total months _____ | |
| 2 | Did you file an Alabama income tax return for the year 2002?   ☒ Yes   ☐ No | |
| 3 | If no, state reason. | |
| 4 | Give name and address of present employer(s). Yours  KINGSBRIDGE VENT CARROLLTON  30117 <br> Your Spouse's  DOLGENCORP, INC  GOODLETTSVILL 37072 | |
| 5 | Enter your Federal Adjusted Gross Income $  46,747  And Federal Taxable Income $  27,086  as reported on your 2003 <br> Federal Individual Income Tax Return. | |
| 6 | Do you have income which is reported on your Federal return, but not reported on your Alabama return (other than your state tax refund)?   ☐ Yes  ☒ No <br> If yes, enter source(s) and amount(s) below: (other than state income tax refund) <br> Source _____ Amount _____ <br> Source _____ Amount _____ | |

| | | | |
|---|---|---|---|
| 1 | Enter the Federal Income Liability as shown on your 2003 Federal return | 1 | 00 |
| 2 | Enter your 2003 Federal Advance Child Tax Credit | 2 | 3,361  00 |
| 3 | Subtract line 2 from line 1, enter here and on line 12, Part I, Form 40 | 3 | 3,361  00 |

**Sign Here**

Keep a copy of this return for your records.

I authorize a representative of the Department of Revenue to discuss my return and attachments with my preparer.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature ▶ | Date | Daytime telephone number | Your occupation  CONSTRUCTION |
|---|---|---|---|
| Spouse's signature (if joint return, BOTH must sign) ▶ | Date | Daytime telephone number | Spouse's occupation  HOUSEWIFE |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date  03-16-2004 | Check if self-employed ☐ | Preparer's SSN or PTIN  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 ◀ |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address  MESSER & Associates LLC 416 W. 8th S  West Point  GA | | EIN  58-2511523 <br> ZIP Code  31833 | |

**WHERE TO FILE FORM 40**

If an addressed envelope came with your return, please use it and follow the instructions on the envelope. If you do not have one, mail your return to one of the addresses below:

▶ If you are not making a payment, mail your return to:
Alabama Department of Revenue
P.O. Box 154
Montgomery, AL 36135-0001

▶ If you are making a payment, mail your return, Form 40V, and payment to:
Alabama Department of Revenue
P.O. Box 2401
Montgomery, AL 36140-0001

**SCHEDULES
A, B, & CR**
(FORM 40)

**ALABAMA DEPARTMENT OF REVENUE**

# Schedule A – Itemized Deductions
(See Schedules B and CR )

**ATTACH TO FORM 40 — SEE INSTRUCTIONS FOR SCHEDULE A**

**2003**

Name(s) as shown on Form 40

CLARK G & RILLA J CREWS

Your social security number

The itemized deductions you may claim for the year 2003 are similar to the itemized deductions claimed on your Federal return, however, the amount may differ. Please see instructions before completing this schedule.    **PART-YEAR RESIDENTS:**   A resident of Alabama for only a part of the year should list below only those deductions actually paid while a resident of Alabama.

**CAUTION:** Do not include expenses reimbursed or paid by others.

| | | | |
|---|---|---|---|
| 1 | Medical and dental expenses. | 2,021 00 | |
| 2 | Enter amount from Form 40, line 11. | 46,098 00 | |
| 3 | Multiply the amount on line 2 by 4% (.04). Enter the result. | 1,844 00 | |
| 4 | Subtract line 3 from line 1. Enter the result. If zero or less, enter -0-. | | 177 00 |
| 5 | Real estate taxes. | | |
| 6 | FICA Tax (Social Security and Medicare) and Federal Self-Employment Tax. | 34 00 | |
| 7 | Railroad Retirement (Tier I only). | 3,526 00 | |
| 8 | Other taxes.  (List - include personal property taxes.). PERSONAL PROPERTY TAX | 106 00 | |
| 9 | Add the amounts on lines 5 through 8. Enter the total here. | | 3,666 00 |
| 10 a | Home mortgage interest and points reported to you on Federal Form 1098. | | |
| b | Home mortgage interest not reported to you on Federal Form 1098.  (If paid to an individual, show that person's name and address.) | | |
| 11 | Points not reported to you on Form 1098. | 00 | |
| 12 | Investment interest. (Attach Form 4952A) | 00 | |
| 13 | Add the amounts on lines 10a through 12. Enter the total here. | | 00 |
| | **CAUTION:**  If you made a charitable contribution and received a benefit in return, see page 20. | | |
| 14 | Contributions by cash or check. | 00 | |
| 15 | Other than cash or check. (You  MUST  attach Federal Form 8283 if over $500.) | 00 | |
| 16 | Carryover from prior year. | 00 | |
| 17 | Add the amounts on lines 14 through 16. Enter the total here. | | 00 |
| 18 a | Enter the amount from Federal Form 4684, line 18 (See page 21) | 00 | |
| b | Enter 10% of your adjusted gross income (Form 40, line 11). | 00 | |
| c | Subtract line 18b from line 18a. If zero or less, enter -0-. | | 00 |
| 19 | Unreimbursed employee expenses - job travel, union dues, job education, etc.  (You MUST  attach Fed Form 2106 if required. See instructions.) FORM 2106 | 12,150 00 | |
| 20 | Other expenses (investment, tax preparation, safe deposit box, etc.).    List type and amount. TAX PREP FEES | 125 00 | |
| 21 | Add the amounts on lines 19 and 20. Enter the total. | 12,275 00 | |
| 22 | Multiply the amount on Form 40, line 11 by 2% (.02).  Enter the result here. | 922 00 | |
| 23 | Subtract line 22 from line 21. Enter the result. If zero or less, enter -0-. | | 11,353 00 |
| 24 | Other (from list on page 22 of instructions). List type and amount. | | |
| | **CAUTION:**  Do not include medical premiums. | | |
| 25 | Enter amount here. | | 00 |
| 26 | Add the amounts on lines 4, 9, 13, 17, 18c, 23, 24, and 25, Enter here and on line 1 of Schedule D. | | 00 |

Schedules A, B, & CR (Form 40) 2003

Name(s) as shown on Form 40 (Do not enter name and social security number if shown on page 1)                                                    Page 2

CLARK G & RILLA J CREWS

Your social security number

██████████

## SCHEDULE B - INTEREST AND DIVIDEND INCOME

If you received more than $1500 of interest and dividend income, you must complete Schedule B.

**INTEREST INCOME.** All interest received should be itemized on Schedule B.

List all interest received on bank deposits, notes, mortgages, bonds, and other evidences of indebtedness, including bonds of the United States, and any state or territory and its political subdivisions thereof. All interest received is taxable except (a) Interest on obligations of the United States or its possessions; or (b) Interest on obligations of the State of Alabama or any county, municipality, or

other political subdivisions thereof. Interest on bonds of other states is subject to Alabama income tax. Interest from savings and loan associations is also taxable.

Enter the amount of all exempt interest in column A headed "Exempt Interest." Taxable interest should be listed in column B.

**DIVIDENDS.** All dividends including liquidating dividends received are taxable. Gain or loss on liquidating dividends should be reported on Schedule D. Dividends from savings and loan associations are taxable. Dividends from Sub-option corporations (Subchapter S) are taxable when actually received.

| List Payers and Amounts | | A Exempt Interest | | B Taxable Interest and Dividends |
|---|---|---|---|---|
| **1** I N T E R E S T | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | 1 | | 00 | 1 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| **2** D I V I D E N D S | | | 00 | 00 |
| | | | | 00 |
| | | | | 00 |
| | 2 | | | 00 |
| | | | | 00 |
| | | | | 00 |
| | | | | 00 |
| | | | | 00 |
| **3** TOTAL TAXABLE INTEREST AND DIVIDENDS Enter here and on Form 40, page 1, line 7 ........ ▶ | | | | 3 | 00 |

## SCHEDULE CR - CREDIT FOR TAXES PAID TO OTHER STATES

This credit is available to those residents of Alabama who are being taxed by Alabama and another state or territory of the United States in the same tax year. The income earned in the other state must be reported on the Alabama return to claim this credit. Residents of Alabama for only a part of the year can claim this

credit only if the returns filed with Alabama and the other state cover the same period. This credit is available for the year for which the income is taxed by the other state. If you are claiming credit for taxes paid to more than one other state, you must make a separate computation for each state.

**PLEASE NOTE:** You may need to fill out the worksheet on page 23 before completing this schedule. This credit will NOT be allowed unless you file a nonresident income tax return with the other state and attach a copy of that 2003 return to your Alabama return.

| | | | | |
|---|---|---|---|---|
| 1 | 2003 taxable income as shown on the **GA** _(name of state)_ state return ..... | 1 | 27,192 | 00 |
| 2 | Tax due the other state using Alabama tax rates ................ | 2 | 1,278 | 00 |
| 3 | Tax due the other state as shown on that state's return or Form W-2G .. | 3 | 1,369 | 00 |
| 4 | Tax due Alabama from Form 40, page 1, line 18 ............... | 4 | 1,148 | 00 |
| 5 | CREDIT ALLOWABLE. Enter the amount from line 2, 3, 4, or the amount from the worksheet on page 23 of the booklet, whichever is smallest. If you have no other credits, enter amount from line 5 to Form 40, page 1, line 19. If you have other credits, enter the amount from line 5 to Schedule OC, Part A, line 1, and complete ........ | 5 | 1,148 | 00 |

Schedules B & CR (Form 40) 2003

0400405213

Georgia Form **500** (Rev. 6/03)
Individual Income Tax Return
Georgia Department of Revenue

**2003** (Approved software version)

DEPARTMENT USE ONLY

DEL ☐    EXT ☐        ( X )  Mark box with an X if you DO NOT want a booklet next year

Fiscal Year Beginning  01-01-03        Fiscal Year Ending  12-31-03

1. Your First Name
   CLARK                                           Initial  G        Your Social Security Number
   Your Last Name                                   Suffix           ████████████
   CREWS
   Spouse's First Name                             Initial  J        Spouse's Social Security Number
   RILLA                                            Suffix           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
   Spouse's Last Name
   CREWS                                                                              DEPARTMENT USE ONLY

2. Address Check if Address has Changed ☐
   (Use 2nd address line for Apt, Suite, Unit or Bldg number)
   773 COUNTY ROAD 435

3. City  GRAHAM                          State  AL        Zip Code  36263
   Country (if Foreign)

4. Enter your Residency Status with the appropriate number . . . . . . . . . . . . . . . . . . . . . . . . . . . Residency Status
   1. Full-Year Resident    2. Part-Year Resident from _____ to _____                              4. 3
   Part-Year Residents and Nonresidents must omit Lines 9 thru 14 and use Schedule 3 of Form 500, page 4    3. Nonresident

5. Enter Filing Status with appropriate letter (Must be the same status used on your Federal Return) . . . . . . . . . . . . . . Filing Status
   A. Single                      C. Married filing separate (Spouse's social security number must be entered above)        5. B
   B. Married filing joint        D. Head of Household or Qualifying Widow(er)

6. Number of exemptions (Check appropriate box(es) and enter total in 6c.)    6a. Yourself ☒   6b. Spouse ☒   6c. 2
   Dependents- (If more than 3 dependents, attach a list of additional dependents)
   First Name                    Last Name                    Dependent's SSN          Relationship to You

7a. Number of Dependents (DO NOT include yourself or your spouse) . . . . . . . . . . . . . . . . . . . . . . . . ► 7a.
7b. Add Lines 6c and 7a. Enter total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► 7b. 2
8. Federal adjusted gross income
   If the amount on Line 8 is $40,000 or more, or your gross income is less than your W-2s, you must enclose a copy of your Federal Form 1040   ► 8. 46747
   Pages 1 and 2. Do not enclose other Federal Schedules
   From Federal Form 1040, 1040A or 1040 EZ (Do not use FEDERAL TAXABLE INCOME)
9. Adjustments from Schedule 1 (See instructions on Page 9, Line 9) . . . . . . . . . . . . . . . . . . . . . ► 9.
10. Georgia adjusted gross income (Net total of Line 8 and Line 9) . . . . . . . . . . . . . . . . . . . . . ► 10.
11. Standard Deduction (Do not use FEDERAL STANDARD DEDUCTION) see instructions Line 11 . . . ► 11a.
    b. Self: 65 or over? ☐   Blind? ☐    Spouse: 65 or over? ☐   Blind? ☐
    Total of Boxes ____ x 1,300=
    c. Total Standard Deduction (Line 11a + Line 11b) . . . . . . . . . . . . . . . . . . . . . . ► 11b.
    Use EITHER Line 11c OR Line 12 (Do not write on both lines) . . . . . . . . . . . . . . . . . ► 11c.
12. Total Itemized Deductions used in computing Federal Taxable Income. If you use itemized deductions, you must enclose Federal Schedule A
    Itemized Deductions (Schedule A-Form 1040)

Georgia Form **500** Page 2
Individual Income Tax Return
Georgia Department of Revenue

**2003**

0400405223

Your Social Security Number

| | | |
|---|---|---|
| 13. | Subtract either Line 11c or Line 12 from Line 10; enter balance ▶ | 13. | |
| 14a. | Number on Line 5c ___ multiplied by $2,700    14a. | | |
| 14b. | Number on Line 7a ___ multiplied by $3,000    14b. | | |
| 14c. | Add Lines 14a. and 14b. Enter total · · · · · · · · · · · · · · · · ▶ | 14c. | |
| 15 | Georgia taxable income (Line 13 less Line 14c or Schedule 3, Line 14) · · · ▶ | 15. | 27192 |
| 16. | Tax (Use Tax Table on Pages 17-19) · · · · · · · · · · · · · · · ▶ | 16. | 1369 |
| 17. | Credits from Schedule 2, Page 3 (Enter total but not more than the amount on Line 16) · · · ▶ | 17. | |
| 18. | Balance (Line 16 less Line 17) if zero or less than zero, enter zero · · · · · · · ▶ | 18. | 1369 |
| 19. | Georgia Income Tax Withheld (Enter Tax Withheld Only and enclose withholding statements) ▶ | 19. | 2054 |
| 20. | Estimated Tax for 2003 and Form IT-560 · · · · · · · · · · · · · ▶ | 20. | |
| 21. | Low Income Credit (See worksheet on Page 7)    21a. ▶      21b. ▶ · · · ▶ | 21c. | |
| 22. | Department Use Only · · · · · · · · · · · · · · · · · · · · ▶ | 22. | |
| 23. | Total prepayment credits (Add Lines 19, 20, and 21c) · · · · · · · · · ▶ | 23. | 2054 |
| 24. | If Line 18 exceeds Line 23 enter BALANCE DUE STATE · · · · · · · · ▶ | 24. | |
| 25. | If Line 23 exceeds Line 18 enter OVERPAYMENT amount · · · · · · · ▶ | 25. | 685 |
| 26. | Amount to be credited to 2004 ESTIMATED TAX · · · · · · · · · · ▶ | 26. | |
| 27. | Georgia Wildlife Conservation Fund (No gift of less than $1.00) · · · · · · ▶ | 27. | |
| 28. | Georgia Children and Elderly Fund (No gift of less than $1.00) · · · · · · ▶ | 28. | |
| 29. | Georgia Cancer Research Fund (No gift of less than $1.00) · · · · · · · ▶ | 29. | |
| 30. | Form 500 UET (Estimated tax penalty) · · · · · · · · · · · · · ▶ | 30. | |
| 31. | Add Lines 24, 27, 28, 29, and 30 (Balance Due) · · · · · · · · · · ▶ | 31. | |

**MAKE CHECK PAYABLE FOR THE AMOUNT ON LINE 31 TO: GEORGIA INCOME TAX DIVISION**
**DO NOT USE STAPLES OR PAPER CLIPS ON YOUR CHECK, W-2'S OR TAX RETURN. ENCLOSE ALL ITEMS IN THE RETURN ENVELOPE.**

| | | |
|---|---|---|
| 32. | Amount to be Refunded (Line 25 minus Line 26 thru Line 30 if applicable) · · · · · · · · ▶ | 32. | 685 |

**REFUNDS TO:**
GEORGIA INCOME TAX DIVISION          **PAYMENTS AND TAX RETURNS TO:**
PO BOX 105597
ATLANTA, GA 30348-5597

Georgia Public Revenue Code Section 48-2-31 stipulates that taxes shall be paid in
lawful money of the United States, free of any expense to the State of Georgia.

Under penalty of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true,
correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

X _____
Taxpayer's Signature (Check box if deceased ☐ )

03-16-04
Date

_____
Daytime Phone Number

☐ Check the box to authorize the Georgia Department of Revenue to discuss the contents of this tax return with the preparer named below.

X _____
Spouse's Signature  (Check box if deceased ☐ )

03-16-04
Date

_____
Phone Number

X _____
Signature of Preparer if other than taxpayer

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
ID Number of Preparer

706-643-9921
Phone Number

03-16-04
Date



0400405243

Georgia Form **500** Page 4
Individual Income Tax Return
Georgia Department of Revenue

**2003**



Your Social Security Number

### SCHEDULE 3 COMPUTATION OF GEORGIA TAXABLE INCOME FOR PART-YEAR RESIDENTS AND NONRESIDENTS

Income earned in another state as a Georgia resident is taxable but other state(s) tax credit may apply. See Page 10, Line 17 and Page 7.

**DO NOT USE LINES 9 THRU 14 OF PAGES 1 AND 2, FORM 500**

| | Federal Income after Georgia Adjustments COLUMN A | Income Not Taxable to Georgia COLUMN B | Georgia Income COLUMN C |
|---|---|---|---|
| 1. Wages, Salaries, Tips, etc . . . . | 46098 | 1000 | 45098 |
| 2. Interest and Dividends . . . . . . | | | |
| 3. Business Income or (Loss) . . . . | | | |
| 4. Other Income or (Loss) . . . . . . | 649 | | 649 |
| 5. Total Income: Total Lines 1 thru 4 . | 46747 | 1000 | 45747 |

**ADJUSTMENTS TO INCOME**

6. Total adj. from Federal Form 1040

7. Total adj. from Form 500,
   Schedule 1, Page 3 . . . . . . . .
   (See instructions: Page 9-10, Line 9)

| | | | |
|---|---|---|---|
| 8. Adjusted Gross Income: Line 5 plus or minus Lines 6 and 7 | 46747 | 1000 | 45747 |
| 9. RATIO: Divide Line 8, Column C by Line 8, Column A. Enter percentage . . . . . . . . . . . . . . . . . . | | 98 | % Not to exceed 100% |

| | | |
|---|---|---|
| 10. Itemized or Standard Deduction (See Instructions: Page 12, Line 10) . . | 13534 | |
| 11. Personal Exemption from Form 500, page 1 (See Instructions: Page 12) | | |
| 11a. Number on Line 6c **2** multiplied by $2,700 | 5400 | |
| 11b. Number on Line 7a ___ multiplied by $3,000 | | |
| 11c. Add Lines 11a and 11b. Enter total | 5400 | |
| 12. Total Deductions and Exemptions: Add Lines 10 and 11c . . . . . . . . . . . . | 18934 | |
| 13. Multiply Line 12 by Ratio on Line 9 and enter result . . . . . . . . . . . . . | 18555 | |
| 14. Georgia Taxable Income: Subtract Line 13 from Line 8, Column C Enter here and on Page 2, Line 15 of Form 500 . . . . . . . . . . . . . . . . | 27192 | |

List the state(s) in which the income in Column B was earned and/or which it was reported.

# 2004 W-2 and EARNINGS SUMMARY



DOLLAR
GENERAL
CORPORATION

| Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 10716.15 | 731.41 |
| Social security wages | 4 Social security tax withheld |
| 11407.34 | 707.26 |
| Medicare wages and tips | 6 Medicare tax withheld |
| 11407.34 | 165.41 |

| Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 1000119497 WSU | | SN26 | 82103 |

Employer's name, address, and ZIP code

DOLGENCORP INC
100 MISSION RIDGE
GOODLETTSVILLE, TN  37072

| Employer's FED ID number | d Employee's SSA number |
|---|---|
| 61-0852764 | 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 |
| Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| | D        691.19 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| | X |

e/f Employee's name, address and ZIP code

RILLA J CREWS
773 CR 435
GRAHAM, AL  36263

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| GA | 3480298-UB | 10716.15 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 311.58 | | |
| 19 Local income tax | | 20 Locality name |

e-file
Visit the IRS Web Site
at www.irs.gov.

W-2                    2004

RILLA J CREWS
773 CR 435
GRAHAM, AL  36263

Social Security Number:  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

© 2003 AUTOMATIC DATA PROCESSING, INC.

← Fold and Detach Here →



DEFENDANT'S
EXHIBIT
9
Crews

Form **1040**    Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**    **2004**    (99)    IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning ___, 2004, ending ___, 20___

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **CLARK G**    Last name: **CREWS**

If a joint return, spouse's first name and initial: **RILLA J**    Last name: **CREWS**

Home address (number and street). If you have a P.O. box, see page 16.    **773 COUNTY ROAD 435**    Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.    **GRAHAM    AL    36263**

Your social security number: ███████

Spouse's social security number: **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**

▲ **Important!** ▲ You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 18.)

Note. Checking "Yes" will not change your tax or reduce your refund.

Do you, or your spouse if filing a joint return, want $3 to go to this fund?  ►  You: Yes [ ] No [X]   Spouse: Yes [ ] No [X]

**Filing Status**
Check only one box.

1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ►
4 [ ] Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 [ ] Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
b [X] Spouse

Boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qualifying child for child tax credit (see page 18) |
|---|---|---|---|
| COPY | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

If more than four dependents, see page 18.

No. of children on 6c who: • lived with you • did not live with you due to divorce or separation (see page 18)

Dependents on 6c not entered above

Add numbers on lines above ► **2**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **47,353** |
| 8a | Taxable interest. Attach Schedule B if required | |
| b | Tax-exempt interest. Do not include on line 8a | 8b |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| b | Qualified dividends (see page 20) | 9b |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | **712** |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions   15a | b Taxable amount (see page 22) 15b |
| 16a | Pensions and annuities   16a | b Taxable amount (see page 22) 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits   20a | b Taxable amount (see page 24) 20b |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ► | **48,065** |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses (see page 26)   23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ   24 | |
| 25 | IRA deduction (see page 26)   25 | |
| 26 | Student loan interest deduction (see page 28)   26 | |
| 27 | Tuition and fees deduction (see page 29)   27 | |
| 28 | Health savings account deduction. Attach Form 8889   28 | |
| 29 | Moving expenses. Attach Form 3903   29 | |
| 30 | One-half of self-employment tax. Attach Schedule SE   30 | |
| 31 | Self-employed health insurance deduction (see page 30)   31 | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans   32 | |
| 33 | Penalty on early withdrawal of savings   33 | |
| 34a | Alimony paid  b Recipient's SSN ►   34a | |
| 35 | Add lines 23 through 34a   35 | |
| 36 | | **48,065** |

Form 1040 (2004) CLARK G & RILLA J CREWS — Page 2

| | | | | | | |
|---|---|---|---|---|---|---|
| **Tax and Credits** | 37 | Amount from line 36 (adjusted gross income) | | | 37 | 48,065 |
| | 38a | Check { You were born before January 2, 1940, ☐ Blind. } Total boxes | | | | |
| | | If: { Spouse was born before January 2, 1940, ☐ Blind. } checked ▶ 38a ☐ | | | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 & check here ▶ 38b ☐ | | | | |
| • People who checked any box on line 38a or 38b or who can be claimed as a dependent, see page 31. | 39 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | | 39 | 12,362 |
| | 40 | Subtract line 39 from line 37 | | | 40 | 35,703 |
| | 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet on page 33 | | | 41 | 6,200 |
| • All others: | 42 | Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | | | 42 | 29,503 |
| Single or Married filing separately, $4,850 | 43 | Tax (see page 33). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | | | 43 | 3,714 |
| | 44 | Alternative minimum tax (see page 35). Attach Form 6251 | | | 44 | |
| Married filing jointly or Qualifying widow(er), $9,700 | 45 | Add lines 43 and 44 | | ▶ | 45 | 3,714 |
| | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | | | |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | | | |
| Head of household, $7,150 | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | | | |
| | 49 | Education credits. Attach Form 8863 | 49 | | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | 69 | | |
| | 51 | Child tax credit (see page 37) | 51 | | | |
| | 52 | Adoption credit. Attach Form 8839 | 52 | | | |
| | 53 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 53 | | | |
| | 54 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 54 | | | |
| | 55 | Add lines 46 through 54. These are your total credits | | | 55 | 69 |
| | 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- | | ▶ | 56 | 3,645 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | | | 57 | |
| | 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | | 59 | |
| | 60 | Advance earned income credit payments from Form(s) W-2 | | | 60 | |
| | 61 | Household employment taxes. Attach Schedule H | | | 61 | |
| | 62 | Add lines 56 through 61. This is your total tax | | ▶ | 62 | 3,645 |
| **Payments** | 63 | Federal income tax withheld from Forms W-2 and 1099 | 63 | 3,770 | | |
| If you have a qualifying child, attach Schedule EIC. | 64 | 2004 estimated tax payments and amount applied from 2003 return | 64 | | | |
| | 65a | Earned income credit (EIC) | 65a | | | |
| | b | Nontaxable combat pay election ▶ 65b | | | | |
| | 66 | Excess social security and tier 1 RRTA tax withheld (see page 54) | 66 | | | |
| | 67 | Additional child tax credit. Attach Form 8812 | 67 | | | |
| | 68 | Amount paid with request for extension to file (see page 54) | 68 | | | |
| | 69 | Other payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 69 | | | |
| | 70 | Add lines 63, 64, 65a, and 66 through 69. These are your total payments | | ▶ | 70 | 3,770 |
| **Refund** | 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid | | | 71 | 125 |
| Direct deposit? See page 54 and fill in 72b, 72c, and 72d. | 72a | Amount of line 71 you want refunded to you | | ▶ | 72a | 125 |
| | ▶b | Routing number X X X X X X X X X ▶c Type: ☐ Checking ☐ Savings | | | | |
| | ▶d | Account number X X X X X X X X X X X X X X X X X | | | | |
| | 73 | Amount of line 71 you want applied to your 2005 estimated tax ▶ 73 | | | | |
| **Amount You Owe** | 74 | Amount you owe. Subtract line 70 from line 62. For details on how to pay, see page 55 | | | 74 | |
| | 75 | Estimated tax penalty (see page 55) | 75 | | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 56)? ☐ Yes. Complete the following. ☒ No | | | | | |
| | Designee's name | Phone no. | Personal identification number (PIN) | | | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Joint return? See page 17. Keep a copy for your records. | Your signature 38447 | Date 2005-03-24 | Your occupation CONSTRUCTION / Daytime phone number |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation CLERK |

| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date 03-24-2005 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) MESSER & ASSOCIATES LLC 416 W 8th Street | | | EIN 58-2511523 |

| SCHEDULES A&B (Form 1040) | Schedule A – Itemized Deductions | OMB No. 1545-0074 **2004** |
|---|---|---|

Department of the Treasury
Internal Revenue Service    (99)    ▶ Attach to Form 1040.    ▶ See Instructions for Schedules A and B (Form 1040).    Attachment Sequence No. **07**

Name(s) shown on Form 1040    CLARK G & RILLA J CREWS    Your social security number

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see page A-2) | **1** | 1,180 | |
| | 2 Enter amount from Form 1040, line 37 | **2** 48,065 | | |
| | 3 Multiply line 2 by 7.5% (.075) | **3** | 3,605 | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | **4** | | 0 |
| **Taxes You Paid** (See page A-2.) | 5 State and local (check only one box): | | | |
| | a [X] Income taxes, or | **5** | 2,098 | |
| | b [ ] General sales taxes (see page A-2) | | | |
| | 6 Real estate taxes (see page A-3) | **6** | 40 | |
| | 7 Personal property taxes | **7** | 139 | |
| | 8 Other taxes. List type and amount ▶ | **8** | | |
| | 9 Add lines 5 through 8 | **9** | | 2,277 |
| **Interest You Paid** (See page A-3.) Note. Personal interest is not deductible. | 10 Home mortgage interest and points reported to you on Form 1098 | **10** | | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-4 and show that person's name, identifying no., and address ▶ | **11** | | |
| | 12 Points not reported to you on Form 1098. See page A-4 for special rules | **12** | | |
| | 13 Investment interest. Attach Form 4952 if required. (See page A-4.) | **13** | | |
| | 14 Add lines 10 through 13 | **14** | | |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | **15** | | |
| | 16 Other than by cash or check. If any gift of $250 or more, see page A-4. You must attach Form 8283 if over $500 | **16** | | |
| | 17 Carryover from prior year | **17** | | |
| | 18 Add lines 15 through 17 | **18** | | |
| **Casualty and Theft Losses** | 19 Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | **19** | | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5.) | 20 Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-6.) FORM 2106                          10,673 UNIFORMS AND UPKEEP              248 | **20** | 10,921 | |
| | 21 Tax preparation fees | **21** | 125 | |
| | 22 Other expenses - investment, safe deposit box, etc. List type and amount ▶ | **22** | | |
| | 23 Add lines 20 through 22 | **23** | 11,046 | |
| | 24 Enter amount from Form 1040, line 37 | **24** 48,065 | | |
| | 25 Multiply line 24 by 2% (.02) | **25** | 961 | |
| | 26 Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | **26** | | 10,085 |
| **Other Miscellaneous Deductions** | 27 Other - from list on page A-5. List type and amount ▶ | **27** | | |
| **Total Itemized Deductions** | 28 Is Form 1040, line 37, over $142,700 (over $71,350 if married filing separately)? [X] No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 39. [ ] Yes. Your deduction may be limited. See page A-5 for the amount to enter. | **28** | | 12,362 |

Form **2106**

Department of the Treasury
Internal Revenue Service (99)

## Employee Business Expenses

▶ See separate instructions.

▶ Attach to Form 1040.

OMB No. 1545-0139

**2004**

Attachment
Sequence No. **54**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| CLARK G CREWS | CONSTRUCTION | |

**Part I** Employee Business Expenses and Reimbursements

### Step 1  Enter Your Expenses

| | | | Column A<br>Other Than Meals<br>and Entertainment | Column B<br>Meals and<br>Entertainment |
|---|---|---|---|---|
| 1 | Vehicle expense from line 22 or line 29. (Rural mail carriers: See instructions.) | 1 | 8,049 | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that did not involve overnight travel or commuting to and from work | 2 | | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. Do not include meals and entertainment | 3 | 315 | |
| 4 | Business expenses not included on lines 1 through 3. Do not include meals and entertainment | 4 | 2,008 | |
| 5 | Meals and entertainment expenses (see instructions) | 5 | | 602 |
| 6 | Total expenses. In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 6 | 10,372 | 602 |

Note: If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

### Step 2  Enter Reimbursements Received From Your Employer for Expenses Listed In Step 1

| | | | | |
|---|---|---|---|---|
| 7 | Enter reimbursements received from your employer that were not reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 12 of your Form W-2 (see instructions) | 7 | | |

### Step 3  Figure Expenses To Deduct on Schedule A (Form 1040)

| | | | | |
|---|---|---|---|---|
| 8 | Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040 line 7 | 8 | 10,372 | 602 |
| | Note: If both columns of line 8 are zero, you cannot deduct employee business expenses. Stop here and attach Form 2106 to your return. | | | |
| 9 | In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 70% (.70) instead of 50%. For details, see instructions.) | 9 | 10,372 | 301 |
| 10 | Add the amounts on line 9 of both columns and enter the total here. Also, enter the total on Schedule A (Form 1040), line 20. (Reservists, qualified performing artists, fee-basis state or local government officials, and individuals with disabilities: See the instructions for special rules on where to enter the total.) ▶ | 10 | 10,673 | |

For Paperwork Reduction Act Notice, see instructions.          EEA          Form **2106** (2004)

3/24/2006 04:37:07 PM     Beth Warren

Form 2106 (2004)   CLARK G CREWS     Page 2

**Part II   Vehicle Expenses**

**Section A – General Information** (You must complete this section if you are claiming vehicle expenses.)

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 11 | Enter the date the vehicle was placed in service | 11 | 1994-01-01 | |
| 12 | Total miles the vehicle was driven during 2004 | 12 | 29,671 miles | miles |
| 13 | Business miles included on line 12 | 13 | 21,465 miles | miles |
| 14 | Percent of business use. Divide line 13 by line 12 | 14 | 72.34 % | % |
| 15 | Average daily roundtrip commuting distance | 15 | miles | miles |
| 16 | Commuting miles included on line 12 | 16 | miles | miles |
| 17 | Other miles. Add lines 13 and 16 and subtract the total from line 12 | 17 | 8,206 miles | miles |

| | | | Yes | No |
|---|---|---|---|---|
| 18 | Do you (or your spouse) have another vehicle available for personal use? | | ☐ Yes | ☐ No |
| 19 | Was your vehicle available for personal use during off-duty hours? | | ☐ Yes | ☐ No |
| 20 | Do you have evidence to support your deduction? | | ☐ Yes | ☐ No |
| 21 | If "Yes," is the evidence written? | | ☐ Yes | ☐ No |

**Section B – Standard Mileage Rate** (See the instructions for Part II to find out whether to complete this section or Section C.)

| | | | |
|---|---|---|---|
| 22 | Multiply line 13 by 37.5 cents (.375) | 22 | 8,049 |

**Section C – Actual Expenses**

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 23 | Gasoline, oil, repairs, vehicle insurance, etc. | 23 | | |
| 24 a | Vehicle rentals | 24a | | |
| b | Inclusion amount (see instructions) | 24b | | |
| c | Subtract line 24b from line 24a | 24c | | |
| 25 | Value of employer-provided vehicle (applies only if 100% of annual lease value was included on Form W-2 - see instructions) | 25 | | |
| 26 | Add lines 23, 24c, and 25 | 26 | | |
| 27 | Multiply line 26 by the percentage on line 14 | 27 | | |
| 28 | Depreciation (see instructions) | 28 | | |
| 29 | Add lines 27 and 28. Enter total here and on line 1 | 29 | | |

**Section D – Depreciation of Vehicles** (Use this section only if you owned the vehicle and are completing Section C for the vehicle.)

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 30 | Enter cost or other basis (see instructions) | 30 | | |
| 31 | Enter section 179 deduction and special allowance (see instructions) | 31 | | |
| 32 | Multiply line 30 by line 14 (see instructions if you claimed the section 179 deduction or special allowance) | 32 | | |
| 33 | Enter depreciation method and percentage (see instructions) | 33 | | |
| 34 | Multiply line 32 by the percentage on line 33 (see instructions) | 34 | | |
| 35 | Add lines 31 and 34 | 35 | | |
| 36 | Enter the applicable limit explained in the line 36 instructions | 36 | | |
| 37 | Multiply line 36 by the percentage on line 14 | 37 | | |
| 38 | Enter the smaller of line 35 or line 37. Also enter this amount on line 28 above | 38 | | |

EEA

Form 2106 (2004)

Form **8880**

Department of the Treasury
Internal Revenue Service

**Credit for Qualified Retirement Savings Contributions**

► Attach to Form 1040 or Form 1040A.
► See Instructions.

OMB No. 1545-1905

**2004**

Attachment
Sequence No.   129

Name(s) shown on return
CLARK G & RILLA J CREWS

Your social security number

**CAUTION!** You cannot take this credit if either of the following applies.
  • The amount on Form 1040, line 37, or Form 1040A, line 22, is more than $25,000 ($37,500 if head of household;
    $50,000 if married filing jointly).
  • The person(s) who made the qualified contribution or elective deferral (a) was born after January 1, 1987, (b) is
    claimed as a dependent on someone else's 2004 tax return, or (c) was a student (see instructions).

| | | (a) You | | (b) Your spouse |
|---|---|---|---|---|
| 1 | Traditional and Roth IRA contributions for 2004. Do not include rollover contributions | 1 | | |
| 2 | Elective deferrals to a 401(k) or other qualified employer plan, voluntary employee contributions, and 501(c)(18)(D) plan contributions for 2004 (see instructions) | 2 | | 691 |
| 3 | Add lines 1 and 2 | 3 | | 691 |
| 4 | Certain distributions received after 2001 and before the due date (including extensions) of your 2004 tax return (see instructions). If married filing jointly, include both spouses' amounts in both columns. See instructions for an exception | 4 | | |
| 5 | Subtract line 4 from line 3. If zero or less, enter -0- | 5 | | 691 |
| 6 | In each column, enter the smaller of line 5 or $2,000 | 6 | | 691 |

| | | | |
|---|---|---|---|
| 7 | Add the amounts on line 6. If zero, stop; you cannot take this credit | 7 | 691 |
| 8 | Enter the amount from Form 1040, line 37*, or Form 1040A, line 22 | 8 | 48,065 | |
| 9 | Enter the applicable decimal amount shown below: | | |

| If line 8 is – | | And your filing status is – | | |
|---|---|---|---|---|
| Over – | But not over – | Married filing jointly | Head of household | Single, Married filing separately, or Qualifying widow(er) |
| | | | Enter on line 9 – | |
| — | $15,000 | .5 | .5 | .5 |
| $15,000 | $16,250 | .5 | .5 | .5 |
| $16,250 | $22,500 | .5 | .5 | .2 |
| $22,500 | $24,375 | .5 | .2 | .1 |
| $24,375 | $25,000 | .5 | .1 | .1 |
| $25,000 | $30,000 | .5 | .1 | .1 |
| $30,000 | $32,500 | .2 | .1 | .0 |
| $32,500 | $37,500 | .1 | .1 | .0 |
| $37,500 | $50,000 | .1 | .0 | .0 |
| $50,000 | — | .0 | .0 | .0 |

Note: If line 9 is zero, stop; you cannot take this credit.

| 9 | X. 0.10 |
|---|---|

| | | | |
|---|---|---|---|
| 10 | Multiply line 7 by line 9 | 10 | 69 |
| 11 | Enter the amount from Form 1040, line 45, or Form 1040A, line 28 | 11 | 3,714 | |
| 12 | Enter the total of your credits from Form 1040, lines 46 through 49, or Form 1040A, lines 29 through 31 | 12 | | |
| 13 | Subtract line 12 from line 11. If zero, stop; you cannot take this credit | 13 | 3,714 |
| 14 | Credit for qualified retirement savings contributions. Enter the smaller of line 10 or line 13 here and on Form 1040, line 50, or Form 1040A, line 32 | 14 | 69 |

*See Pub. 590 for the amount to enter if you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico.

For Paperwork Reduction Act Notice, see Instructions.

E2A

Form **8880** (2004)

For the yr Jan. 1 – Dec. 31, 2004, or other tax yr.

Beginning: _____ Ending: _____    FN (For official use only)

Your social security number ▮▮▮▮▮▮▮

Spouse's SSN # (joint return) ► 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

Your first name and initial (if joint return, also give spouse's first name and initial)  Last name
CLARK G CREWS
RILLA J CREWS

Present home address (number and street or P.O. Box number)
773 COUNTY ROAD 435

City, town or post office, state, and ZIP code
GRAHAM                        AL 36263

**Filing Status and Exemptions**
Check only one box.

| | | |
|---|---|---|
| 1 | | $1,500 Single |
| 2 | X | $3,000 Married filing joint return (even if only one spouse had income) |
| 3 | | $1,500 Married filing separate return. Complete line 5 with spouse's name & soc. sec. no. |
| 4 | | $3,000 Head of family (with qualifying person). (See page 7 of instr.) Complete line 5. |

5 Name _____
Soc. Sec. No. _____
Relationship _____

**Income and Adjustments**

6 Wages, salaries, tips, etc. (list each employer and address separately).

| | | A – Alabama tax withheld | | B – Income |
|---|---|---|---|---|
| a | KINGSBRIDGE VENT CARROLLTON 30117 | 6a | 00 | 36,637 00 |
| b | DOLGENCORP INC GOODLETTSVILL 37072217 | 6b | 00 | 10,716 00 |
| c | | 6c | 00 | 00 |
| d | | 6d | 00 | 00 |

7 Interest and dividend income (also attach Schedule B if over $1,500) ............ 7  00
8 Other income (from page 2, Part I, line 9) ............ 8  00
9 Total income. Add amounts in the income column for lines 6a through line 8 ► 9  00
10 Total adjustments to income (from page 2, Part II, line 9) ............ 10  47,353 00
11 Adjusted gross income. Subtract line 10 from line 9 ............ 11  47,353 00

**Deductions**
You Must Attach page 2 of Federal Form 1040, Federal Form 1040A, page 1 of 1040EZ, or a Telefile Schedule if claiming a deduction on line 13.

12 Check box a, if you [ ] Itemize deductions, and enter amount from Schedule A, line 23.
Check box b, if you ► [X] do not itemize deductions, and enter [ ] Standard Deduction (see instr.) ........ line a or b MUST be checked ... 12  13,952 00
13 Federal tax liability deduction (see instructions)
DO NOT ENTER THE FEDERAL TAX WITHHELD FROM YOUR FORM W-2 ..... 13  3,645 00
14 Personal exemption (from line 1, 2, 3, or 4) ............ 14  3,000 00
15 Dependent exemption (from page 2, Part III, line 2) ............ 15  00
16 Total deductions. Add lines 12, 13, 14, and 15 ............ 16  20,597 00

17 Taxable income. Subtract line 16 from line 11 ............ 17  26,756 00

**Tax**
Staple Form(s) W-2, W-2G, and/or 1099 here.

18 Income Tax due. Enter amount from tax table or check if from [ ] Form NOL-85A ... 18  1,258 00
19 Less credits from [X] Schedule CR and/or [ ] Schedule OC ............ 19  1,258 00
20a Net tax due Alabama. Subtract line 19 from line 18 ............ 20a  00
b Consumer Use Tax (use worksheet on page 11) ............ 20b  00
21 You may make a voluntary contribution to any of the following: Alabama Election Campaign Fund or the Neighbors Helping Neighbors Fund.
a Alabama Democratic Party  [ ]$1 [ ]$2 [X]none  21a  00
b Alabama Republican Party  [ ]$1 [ ]$2 [X]none  21b  00
d Neighbors Helping Neighbors  [ ]$1 [X]none  21d  00
22 Total tax liability and voluntary contribution. Add lines 20a, 20b, 21a, 21b, and 21d. 22  00

**Payments**

23 Alabama income tax withheld (from Forms W-2, W-2G, and/or 1099) 23  00
24 Amount paid with extension (attach Form 4868A) 24  00
25 2004 estimated tax payments (see instructions on page 11) 25  00
26 Total payments. Add lines 23 through 25 ............ 26  00

**AMOUNT YOU OWE**

27 If line 22 is larger than line 26, subtract line 26 from line 22 and enter. Place payment, along with Form 40V, loose in the mailing envelope. If paying by credit card do not include Form 40V and check here [ ]  AMOUNT YOU OWE (FORM 40V MUST ACCOMPANY PAYMENT) [ ]CN  27  00
28 Estimated tax penalty. Also include on line 27 (see instructions page 11) 28  00

**OVERPAID**

29 If line 26 is larger than line 22, subtract line 22 from line 26, and enter amount OVERPAID 29  00
30 Amount of line 29 to be applied to your 2005 estimated tax ............ 30  00

31 You may donate all or part of your overpayment. (Enter $1, $5, $10, $25, none, or other amount in the appropriate boxes).

**Donation Check-offs**

| | | | | | |
|---|---|---|---|---|---|
| a Senior Services Trust Fund ► | 00 | | j AL Indian Children's Scholarship Fund ► | 00 | |
| b AL Arts Development Fund ► | 00 | | f Penny Trust Fund ► | 00 | |
| c AL Nongame Wildlife Fund ► | 00 | | h Foster Care Trust Fund ► | 00 | |
| d Child Abuse Trust Fund ► | 00 | | i Mental Health ► | 00 | |
| e AL Veterans Program ► | 00 | | j AL Breast & Cervical Cancer Program ► | 00 | |
| | | | k AL 4-H Club ► | 00 | |

32 Total. Add line 30 and lines 31a through ...

Form 40 (2004)  **CLARK G & RILLA J CREWS**

Page 2

**PART I**

**Other Income**
(see page 13)

| | | |
|---|---|---|
| 1 | Alimony received | 1 | 00 |
| 2 | Business income or (loss) (attach Federal Schedule C or C-EZ) | 2 | 00 |
| 3 | Gain or (loss) from sale of Real Estate, Stocks, Bonds, etc. (attach Schedule D) | 3 | 00 |
| 4a | Total IRA distributions    4a ___ 00 | 4b Taxable amount (see instructions) | 4b | 00 |
| 5a | Total pensions and annuities    5a ___ 00 | 5b Taxable amount (see instructions) | 5b | 00 |
| 6 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 6 | 00 |
| 7 | Farm income or (loss) (attach Federal Schedule F) | 7 | 00 |
| 8 | Other income (state nature and source - see instructions) | | |
| 9 | Total other income.  Add lines 1 through 8. Enter here and also on page 1, line 8 | 9 | 00 |

**PART II**

**Adjustments to Income**
(see page 16)

| | | |
|---|---|---|
| 1 | Your IRA deduction | 1a | 00 |
| 1b | Spouse's IRA deduction | 1b | 00 |
| 2 | Payments to a Keogh retirement plan and self-employment SEP deduction | 2 | 00 |
| 3 | Penalty on early withdrawal of savings | 3 | 00 |
| 4 | Alimony paid. Recipient's last name ___ Social security no. ▶ ___ Address ___ City ___ State ___ ZIP ___ | 4 | 00 |
| 5 | Adoption expenses | 5 | 00 |
| 6 | Moving Expenses (Attach Federal Form 3903) to City ___ State ___ ZIP ___ | 6 | 00 |
| 7 | Self-employed health insurance deduction | 7 | 00 |
| 8 | Total adjustments.  Add lines 1 through 7. Enter here and also on page 1, line 10 | 8 | 00 |

**PART III**

**Dependents**

Do not include yourself or your spouse

(See page 9)

| 1a  Dependent (1) First Name | Last name | (2) Dependent's social security number. | (3) Dependent's relationship to you. | 4) Did you provide more than one-half dependent's support? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1b  Total number of dependents claimed above

4  Amount allowed.  (Multiply $300 by the total number of dependents claimed on line 1b).
Enter amount here and on page 1, line 15 ............................................ 2 | 00

**PART IV**

**General Information**

All Taxpayers Must Complete This Section.

1  Residency  [X] Full Year  If you were a part-year resident of Alabama during 2004, indicate your period of residence:
Check only one box  [ ] Part Year  From ___ 2004 through ___  2004. Total months ___

2  Did you file an Alabama income tax return for the year 2003?  [X] Yes  [ ] No

3  If no, state reason:

4  Give name and address of present employer(s). Yours  **KINGSBRIDGE VENT CARROLLTON** 30117
Your Spouse's  **DOLGENCORP INC    GOODLETTSVILL** 370722171

5  Enter the Federal Adjusted Gross Income $  **48,065**  and Federal Taxable Income $  **29,503**  as reported on your 2004 Federal Individual Income Tax Return.

6  Do you have income which is reported on your Federal return, but not reported on your Alabama return (other than your state income tax refund)?  [ ] Yes [X] No
If yes, enter source(s) and amount(s) below: (other than your state income tax refund)
Source ___ Amount ___ 00
Source ___ Amount ___ 00

**PART V**

**Direct Deposit**

For Direct Deposit of your refund, complete 1, 2, and 3 below. (  See Page 8 instructions to see if you qualify.)
1.  Routing Number:  ___  2.  Type: [ ] Checking [ ] Savings
3.  Account Number: ___

**Sign Here**

Keep a copy of this return for your records.

I authorize a representative of the Department of Revenue to discuss my return and attachments with my preparer.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ___ Date ___ Daytime telephone number ___ Your occupation  **CONSTRUCTION**

Spouse's signature (if joint return, BOTH must sign) ___ Date ___ Daytime telephone number ___ Spouse's occupation  **CLERK**

**Paid Preparer's Use Only**

Preparer's signature ___ Date  **03-24-2005**  Check if self-employed [ ]  Preparer's SSN or PTIN  **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**

Firm's name (or yours if self-employed) and address  **Messer & Associate**  Daytime telephone no.  **(706) 643-9921**  E.I. No.  **58-2511523**
**West Point**  **GA**  ZIP Code  **31833**

**WHERE TO FILE FORM 40**

If an addressed envelope came with your return, please use it and follow the instructions on the envelope. If you do not have one, mail your return to one of the addresses below.

If you are not making a payment, mail your return to:
Alabama Department of Revenue
P.O. Box 154
Montgomery, AL 36135-0001

If you are making a payment, mail your return, Form 40V, and payment to:
Alabama Department of Revenue
P.O. Box 2401
Montgomery, AL 36140-0001

**SCHEDULES A, B, & CR (FORM 40)**

**ALABAMA DEPARTMENT OF REVENUE**

## Schedule A – Itemized Deductions
(See Schedules B and CR)

ATTACH TO FORM 40 — SEE INSTRUCTIONS FOR SCHEDULE A

**2004**

Name(s) as shown on Form 40
**CLARK G & RILLA J CREWS**

Your social security number

The itemized deductions you may claim for the year 2004 are similar to the itemized deductions claimed on your Federal return, however, the amounts may differ. Please see instructions before completing this schedule.   PART-YEAR RESIDENTS:   A resident of Alabama for only a part of the year should list below only those deductions actually paid while a resident of Alabama.

| | | | |
|---|---|---|---|
| CAUTION: Do not include expenses reimbursed or paid by others. | | | |
| 1 Medical and dental expenses. | 1 | 1,180 00 | |
| 2 Enter amount from Form 40, line 11. | 2 | 47,353 00 | |
| 3 Multiply the amount on line 2 by 4% (.04). Enter the result. | 3 | 1,894 00 | |
| 4 Subtract line 3 from line 1. Enter the result. If zero or less, enter -0-. | 4 | | 0 00 |
| 5 Real estate taxes. | 5 | 40 00 | |
| 6 FICA Tax (Social Security and Medicare) and 2004 Federal Self-Employment Tax. | 6 | 3,674 00 | |
| 7 Railroad Retirement (Tier 1 only). | 7 | 00 | |
| 8 Other taxes. (List - Include personal property taxes.) ► PERSONAL PROPERTY TAX | 8 | 139 00 | |
| 9 Add the amounts on lines 5 through 8. Enter the total here. | 9 | | 3,853 00 |
| 10a Home mortgage interest and points reported to you on Federal Form 1098. | 10a | 00 | |
| b Home mortgage interest not reported to you on Federal Form 1098. (If paid to an individual, show that person's name and address.) | 10b | 00 | |
| 11 Points not reported to you on Form 1098. | 11 | 00 | |
| 12 Investment interest. (Attach Form 4952A.) | 12 | 00 | |
| 13 Add the amounts on lines 10a through 12. Enter the total here. | 13 | | 00 |
| CAUTION: If you made a charitable contribution and received a benefit in return, see page 20. | | | |
| 14 Contributions by cash or check. | 14 | 00 | |
| 15 Other than cash or check. (You MUST attach Federal Form 8283 if over $500.) | 15 | 00 | |
| 16 Carryover from prior year. | 16 | 00 | |
| 17 Add the amounts on lines 14 through 16. Enter the total here. | 17 | | 00 |
| 18a Enter the amount from Federal Form 4684, line 18 (See page 21) | 18a | 00 | |
| b Enter 10% of your Adjusted Gross Income (Form 40, line 11). | 18b | 00 | |
| c Subtract line 18b from line 18a. If zero or less, enter -0-. | 18c | | 00 |
| 19 Unreimbursed employee expenses - job travel, union dues, job education, etc. (You MUST attach Fed Form 2106 if required. See instructions.) ► UNIFORMS AND UPKEEP FORM 2106 | 19 | 10,921 00 | |
| 20 Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount. ► TAX PREP FEES | 20 | 125 00 | |
| 21 Add the amounts on lines 19 and 20. Enter the total. | 21 | 11,046 00 | |
| 22 Multiply the amount on Form 40, line 11 by 2% (.02). Enter the result here. | 22 | 947 00 | |
| 23 Subtract line 22 from line 21. Enter the result. If zero or less, enter -0-. | 23 | | 10,099 00 |
| 24 Other (from list on page 22 of instructions). List type and amount. ► | 24 | | 00 |
| CAUTION: Do not include medical premiums. | | | |
| 25 Enter amount here. | 25 | | 00 |

Schedules A, B, & CR (Form 40) 2004

**Page 2**

Name(s) as shown on Form 40 (Do not enter name and social security number if shown on page 1)

CLARK G & RILLA J CREWS

Your social security number

████████████

## SCHEDULE B — INTEREST AND DIVIDEND INCOME

**If you received more than $1500 of interest and dividend income, you must complete Schedule B.**

**INTEREST INCOME.** All interest received should be itemized on Schedule B.

List all interest received on bank deposits, notes, mortgages, bonds, and other evidences of indebtedness, including bonds of the United States, and any state or territory and the political subdivisions thereof. All interest received is taxable except: (a) interest on obligations of the United States or its possessions or (b) interest on obligations of the State of Alabama or any county, municipality, or other political subdivisions thereof. Interest on bonds of other states is subject to Alabama Income Tax. Interest from savings and loan associations is also taxable.

Enter the amount of all exempt interest in column A headed "Exempt Interest."

Taxable interest should be entered in column B.

**DIVIDENDS.** All dividends including liquidating dividends received are taxable. Gain or loss on liquidating dividends should be reported on Schedule D. Dividends from savings and loan associations are taxable. Dividends from sub-option corporations (Subchapter S) are taxable when actually received.

| List Payers and Amounts | | A Exempt Interest | | B Taxable Interest and Dividends |
|---|---|---|---|---|
| **1 INTEREST** | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | 1 | 00 | 1 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| **2 DIVIDENDS** | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | 2 | 00 | 2 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| **3 TOTAL TAXABLE INTEREST AND DIVIDENDS** Enter here and on Form 40, page 1, line 7 | | | ▶ 3 | 3 00 |

## SCHEDULE CR — CREDIT FOR TAXES PAID TO OTHER STATES

This credit is available to those residents of Alabama who are being taxed by Alabama and another state (or territory of the United States) in the same tax year. The income earned in the other state must be reported on the Alabama return to claim this credit. Residents of Alabama for only a part of the year can claim this credit only if the returns filed with Alabama and the other state cover the same periods. This credit is available for the year for which the income is taxed by the other state. If you are claiming credit for taxes paid to more than one other state, you must make a separate computation for each state.

**PLEASE NOTE:** You may need to fill out the worksheet on page 23 before completing this schedule. This credit will **NOT** be allowed unless you file a nonresident income tax return with the other state and attach a copy of that 2004 return to your Alabama return.

| | | | | | |
|---|---|---|---|---|---|
| 1 | 2004 taxable income as shown on the **GA** (name of state) state return . | 1 | 30,267 | 00 | If more than one "Other" State, then, see worksheets for lines 1 - 5 details. |
| 2 | Tax due the other state using Alabama tax rates . . . . . . . . . | 2 | 1,433 | 00 | NOTE: If this is a Multi-State return, line 5 (below) may not equal the the lesser of lines 2 - 4 (shown here). |
| 3 | Tax due the other state as shown on that state's return or Form W-2G. . . . . . | 3 | 1,555 | 00 | |
| 4 | Tax due Alabama from Form 40, page 1, line 18 . . . . | 4 | 1,258 | 00 | |
| 5 | **CREDIT ALLOWABLE.** Enter the amount from line 2, 3, 4, or the amount from the worksheet on page 23 of the booklet, whichever is smallest. If you have no other credits, enter amount from line 5 to Form 40, page 1, line 19. If you have other credits, enter the amount from line 5 to Schedule OC, Part A, line 1, and complete . . . . . . . . | 5 | 1,258 | 00 | |

Schedules B & CR (Form 40) 2004



0500405714



Georgia Form **500** (Rev. 6/04)
Individual Income Tax Return
Georgia Department of Revenue
**2004** (Approved software version)

( X )  Fill in circle if you DO NOT want a booklet next year

DEL. ☐    EXT ☐

Fiscal Year Beginning  01-01-04         Fiscal Year Ending 12-31-04

1.  Your First Name              Initial          Your Social Security Number
    CLARK                        G

    Your Last Name                               ████████████████
    CREWS                                Suffix

    Spouse's First Name          Initial         Spouse's Social Security Number
    RILLA                        J               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

    Spouse's Last Name                    Suffix
    CREWS

2.  Address (Check if Address has Changed)
    (Use 2nd address line for Apt, Suite, Unit or Bldg number)
    773 COUNTY ROAD 435

3.  City  GRAHAM                        State AL        Zip Code 36263

    Country (If Foreign)

4.  Enter your Residency Status with the appropriate number . . . . . . . . . . . . . . . . . . . . . . . . . ► 4. 3
    1. Full-Year Resident      2. Part-Year Resident from
    Part-Year Residents and Nonresidents must omit Lines 9 thru 14 and use Schedule 3 of Form 500, page 4          3. Nonresident

5.  Enter Filing Status with appropriate letter (Must be the same status used on your Federal Return)
    A. Single                              C. Married filing separate (Spouse's social security number must be entered above)   ► 5. B
    B. Married filing joint
                           D. Head of Household or Qualifying Widow(er)

6.  Number of exemptions (Check appropriate box(es) and enter total in 6c.)      6a. Yourself ☒   6b. Spouse ☒   6c. 2
    Dependents- (If you have more than 3 dependents, attach a list of additional dependents)
    First Name                    Last Name                    Dependent's SSN        Relationship to You

7a.  Number of Dependents (DO NOT include yourself or your spouse)
7b.  Add Lines 6c and 7a. Enter total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► 7b. 2

8.  Federal adjusted gross income (From Federal Form 1040, 1040A or 1040 EZ)
    (Do not use FEDERAL TAXABLE INCOME) . . . . . . . . . . . . . ► 8.                48065
    If the amount on Line 8 is $40,000 or more, or your gross income is less than your W-2's, you must enclose a copy of your
    From Federal Form 1040 pages 1 and 2. Do not enclose other Federal Schedules
9.  Adjustments from Schedule 1 (See instructions on Page 7, Line 9)
10. Georgia adjusted gross income (Net total of Line 8 and Line 9) . . . . . . ► 9.
11. Standard Deduction (Do not use FEDERAL STANDARD DEDUCTION) see instructions Line 11 ► 10.
    b. Self: 65 or over?    Blind?      Spouse: 65 or over?    Blind?           ► 11a.
    Total of Boxes            x 1,300=
    c. Total Standard Deduction (Line 11a + Line 11b) . . . . . . . . . ► 11b.
    Use EITHER Line 11c OR Line 12 (Do not write on both lines) . . . . ► 11c.
12. Total Itemized Deductions used in computing Federal Taxable Income. If you use itemized deductions, you must enclose Federal Schedule A.
    Itemized Deductions (Schedule A Form 1040)

**Georgia Form 500** Page 2
Individual Income Tax Return
Georgia Department of Revenue
**2004**

Your Social Security Number

0500405724

| | | | |
|---|---|---|---|
| 13. | Subtract either Line 11c or 12 from Line 10; enter balance ............ ▶ | 13. | |
| 14a. | Number on Line 6c ___ multiplied by $2,700 | 14a. | |
| 14b. | Number on Line 7a ___ multiplied by $3,000 | 14b. | |
| 14c. | Add Lines 14a. and 14b. Enter total ...................... ▶ | 14c. | |
| 15. | Georgia taxable income (Line 13 less Line 14c or Schedule 3, Line 14) ... ▶ | 15. | 30267 |
| 16. | Tax (Use Tax Table on Pages 17-19) ...................... ▶ | 16. | 1555 |
| 17. | Credits from Schedule 2, Page 3 (Enter total but not more than the amount on Line 16) ▶ | 17. | |
| 18. | Balance (Line 16 less Line 17) If zero or less than zero, enter zero ...... ▶ | 18. | 1555 |
| 19. | Georgia Income Tax Withheld (Enter Tax Withheld Only and enclose withholding statements) ▶ | 19. | 2098 |
| 20. | Estimated Tax for 2004 and Form IT-560 .................. ▶ | 20. | |
| 21. | Low Income Credit (See worksheet on Page 11)  21a. ▶ ___ 21b. ▶ ..... | 21c. | |
| 22. | Department Use Only  DO NOT WRITE IN THIS BOX ▶ | 22. | |
| 23. | Total prepayment credits (Add Lines 19, 20, and 21c) ........... ▶ | 23. | 2098 |
| 24. | If Line 18 exceeds Line 23 enter BALANCE DUE STATE ......... ▶ | 24. | |
| 25. | If Line 23 exceeds Line 18 enter OVERPAYMENT amount ....... ▶ | 25. | 543 |
| 26. | Amount to be credited to 2005 ESTIMATED TAX ........... ▶ | 26. | |
| 27. | Georgia Wildlife Conservation Fund (No gift of less than $1.00) ..... ▶ | 27. | |
| 28. | Georgia Children and Elderly Fund (No gift of less than $1.00) ..... ▶ | 28. | |
| 29. | Georgia Cancer Research Fund (No gift of less than $1.00) ...... ▶ | 29. | |
| 30. | Georgia Greenspace Trust Fund (No gift of less than $1.00) ..... ▶ | 30. | |
| 31. | Form 500 UET (Estimated tax penalty) ................ ▶ | 31. | |
| 32. | (If you owe) Add lines 24, 27, 28, 29, 30 and 31 THIS IS THE AMOUNT YOU OWE . ▶ | 32. | |

Complete and mail Form 525-TV with your tax return and check or money order payable to:   GEORGIA DEPARTMENT OF REVENUE
See page 25 in the $11 booklet for information about how to order Form 525-TV or
visit www2.state.ga.us/departments/dor/inctax/individual_income_tax_forms.shtml

**DO NOT STAPLE OR PAPER CLIP YOUR CHECK, W-2'S OR TAX RETURN. ENCLOSE ALL ITEMS IN THE RETURN ENVELOPE**

| | | | |
|---|---|---|---|
| 33. | (If you are due a refund) Subtract the sum of Lines 25 thru 31 from Line 25  THIS IS YOUR REFUND ................... ▶ | 33. | 543 |

**REFUNDS TO:**
GEORGIA DEPARTMENT OF REVENUE
PROCESSING CENTER
P.O. BOX 105597
ATLANTA, GEORGIA 30348-5597

**PAYMENTS AND TAX RETURNS TO:**
GEORGIA DEPARTMENT OF REVENUE
PROCESSING CENTER
P.O. BOX 105613
ATLANTA, GEORGIA 30348-5613

Georgia Public Revenue Code Section 48-2-31 stipulates that taxes shall be paid in
lawful money of the United States, free of any expense to the State of Georgia.

Under penalty of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

X _____
Taxpayer's Signature (Check if deceased )

03-24-05
Date

_____
Daytime Phone Number

☐ Check this box to authorize the Georgia Department of Revenue to discuss the contents of this tax return with the preparer named below.

X _____
Spouse's Signature (Check if deceased )

03-24-05
Date

X  ANGELA HURST
Name of Preparer if other than taxpayer

58-2511523
Preparer's FEIN

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
Preparer's SSN/PTIN

706-543-9921
Phone Number

Georgia Form **500** Page 3
Individual Income Tax Return
Georgia Department of Revenue



0500405734

**2004**

### SCHEDULE 1 ADJUSTMENTS TO INCOME BASED ON GEORGIA LAW (see Pages 7 and 8 of Instructions)
ADDITIONS TO INCOME

Your Social Security Number

1. Interest on Non-Georgia Municipal and State Bonds . . . . . . . . . . . . . . . . . . . . . . . . . . .  1.
2. Lump Sum Distributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2.
3. Other (specify) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3.
4. Total Additions (enter sum of Lines 1-3 here) . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4.

### SUBTRACTION FROM INCOME
5. Retirement Income Exclusion (See Retirement Income Exclusion Worksheet, Page 12.)

a. Self: Date of Birth                     Type of Disability:                              5a.
                                           Date of Disability:

b. Spouse: Date of Birth                   Type of Disability:                              5b.
                                           Date of Disability:

6. Social Security Benefits (Taxable portion from Federal return) . . . . . . . . . . . . . . . . . .  6.
7. Railroad Retirement Benefits (Taxable portion from Federal return) . . . . . . . . . . . . . . .  7.
8. Interest on United States Obligations (See Instructions, Page 7) . . . . . . . . . . . . . . . .  8.
9. Other (specify)          **OTHER STATE REFUNDS** . . . . . . . . . . . . . . . .  9.           27
10. Total Subtractions (enter sum of Lines 5-9 here) . . . . . . . . . . . . . . . . . . . . . . . . . . .  10.          27
11. Net Adjustments (Line 4 less Line 10, Enter Net Total here and on Line 9 of Page 1) (+ or -) . . . .  11.         -27

### SCHEDULE 2 CREDITS FOR LINE 17, PAGE 2
1. Other State(s) Tax Credit (see worksheet on Page 11) . . . . . . . . . . . . . . . . . . . . . .  1.
2. Low and Zero Emission Vehicle Credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2.
3. Credits from Form IND-CR (Rural Physicians Credit, Disabled Person Home Purchase or
   Retrofit Credit, Driver Education Credit, Disaster Assistance Credit and
   Qualified Caregiving Expense Credit) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3.
4. Other Credits (specify) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4.

**Pass Through Credits from Ownership of Sole Proprietor, S Corp., LLC or Partnership Interest**
You must list the appropriate Credit Type Code in the space provided. List the percentage of credit received in the % column. If you claim more than
five credits, enclose a schedule. Enter the schedule total on Line 10. See Pages 23-24 for a list of available credits and their applicable codes.

| Credit Type Code | Company Name | FEIN | % | Credit Claimed on this Return | Unused Credit |
|---|---|---|---|---|---|
| 5. | | | | 5. | |
| 6. | | | | 6. | |
| 7. | | | | 7. | |
| 8. | | | | 8. | |
| 9. | | | | 9. | |
| 10. Enter the total from enclosed schedule(s) | | | | 10. | |
| 11. Enter the total of Lines 1 thru 10 here and on Line 17, Page 2 | | | | 11. | |



Georgia Form **500** Page 4
Individual Income Tax Return
Georgia Department of Revenue

**2004**

0500405744



Your Social Security Number

### SCHEDULE 3 COMPUTATION OF GEORGIA TAXABLE INCOME FOR PART–YEAR RESIDENTS AND NONRESIDENTS

Income earned in another state as a Georgia resident is taxable but other state(s) tax credit may apply. See Page 8, Line 17 and Page 11.

**DO NOT USE LINES 9 THRU 14 OF PAGES 1 AND 2, FORM 500**

| | Federal Income after Georgia Adjustments COLUMN A | Income Not Taxable to Georgia COLUMN B | Georgia Income COLUMN C |
|---|---|---|---|
| 1. Wages, Salaries, Tips, etc . . . . | 47353 | | 47353 |
| 2. Interest and Dividends . . . . . | | | |
| 3. Business income or (Loss) . . . . | | | |
| 4. Other income or (Loss) . . . . . . | 712 | 27 | 685 |
| 5. Total income: Total Lines 1 thru 4 . | 48065 | 27 | 48038 |

**ADJUSTMENTS TO INCOME**

| | | | |
|---|---|---|---|
| 6. Total adj. from Federal Form 1040 | | | |
| 7. Total adj. from Form 500, Schedule 1, Page 3 . . . . . . . (See Instructions: Page 7–8, Line 9) | -27 | | -27 |
| 8. Adjusted Gross Income: Line 5 plus or minus Lines 6 and 7 | 48038 | 27 | 48011 |
| 9. RATIO: Divide Line 8, Column C by Line 8, Column A. Enter percentage . . . . . . . . . . . . . . . | | 99.90 | % Not to exceed 100% |
| 10. Itemized or Standard Deduction (See Instructions: Page 10, Line 10) . . | | 12362 | |
| 11. Personal Exemption from Form 500, page 1 (See Instructions: Page 10) | | | |
|     11a. Number on Line 6c __2__ multiplied by $2,700 | 5400 | | |
|     11b. Number on Line 7a ____ multiplied by $3,000 | | | |
| 11c. Add Lines 11a. and 11b. Enter total . . . . . . . . . . . . . . . | | 5400 | |
| 12. Total Deductions and Exemptions: Add Lines 10 and 11c . . . . . . . . . . . . . . . | | 17762 | |
| 13. Multiply Line 12 by Ratio on Line 9 and enter result . . . . . . . . . . . . . . . . . . . . . | | | 17744 |
| 14. Georgia Taxable Income: Subtract Line 13 from Line 8, Column C Enter here and on Page 2, Line 15 of Form 500 . . . . . . . . . . . . . . . . . . . . . | | | 30267 |

List the state(s) in which the income in Column B was earned and/or which it was reported.

1.                 4.

2.                 5.

3.                 6.

# STATE OF ALABAMA

# DEPARTMENT OF REVENUE

CREWS, CLARK G & RILLA J
773 COUNTY ROAD 435
GRAHAM AL 36263

---

## EXPLANATIONS

BOX 1 - This shows the refund recipient's identification number or social security number. If a joint return was filed, the first number listed on the return appears in this box.

BOX 2 - This shows refunds, credits, or offsets to state income tax you received in 2004. If there is an entry or entries in this box, the amount may be taxable to you (for federal tax purposes) if you deducted the tax paid as an itemized deduction on your federal income tax return. Please refer to your federal income tax booklet for additional instructions about your state refund on your federal income tax return.

BOX 3 - This identifies the tax year(s) corresponding to the refund(s) in Box 2.

## THIS IS NOT A BILL

---

STATEMENT FOR RECIPIENTS OF CERTAIN GOVERNMENT PAYMENTS

ALABAMA DEPARTMENT OF REVENUE
50 RIPLEY STREET
MONTGOMERY, AL  36132-7410
63-6000819

| 1. Recipient's I.D. No. | 2. Income tax refund(s) | 3. Refund for tax year(s) |
|---|---|---|
| ▓▓▓▓▓ | $27.00 | 2003 |

Recipient's Name, Address and ZIP Code
CREWS, CLARK G & RILLA J
773 COUNTY ROAD 435
GRAHAM AL  36263

(10-31-2001)

Dear Taxpayer:

Federal law requires that the Alabama Department of Revenue notify you in January of the amount(s) of refunds, credits or offsets of Alabama income taxes you received during 2004. This information is also being furnished to the U.S. Internal Revenue Service.

The amount(s) shown in BOX 2 of this form may be reportable on your 2004 U.S. income tax return and taxable to you if you deducted this tax as an itemized deduction on your U.S. return for a previous year.

The amount(s) shown in BOX 2 are NOT REPORTABLE on your 2004 Alabama income tax return.

Additional explanations are given in the center of this page. If you have any further questions, consult your tax advisor or the Alabama Department of Revenue.

| Copy C-For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.) | | 2005 | OMB No. 1545-0008 |
|---|---|---|---|
| a Control number A/1679/R 560922 | 1 Wages, tips, other comp. 5697.25 | | 2 Federal income tax withheld 511.97 |
| | 3 Social security wages 5697.25 | | 4 Social security tax withheld 353.24 |
| b Employer ID number (EIN) 56-0382475 | 5 Medicare wages and tips 5697.25 | | 6 Medicare tax withheld 82.61 |

c Employer's name, address, and ZIP code
VARIETY STORES INC
1000 FACET ROAD
HENDERSON NC 27537

d Employee's social security number
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

e Employee's name, address, and ZIP code
RILLA J CREWS
773 CO. RD. 435
GRAHAM AL 36263

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Employer's state I.D. no. AL  039433 | 16 State wages, tips, etc. 5697.25 | 17 State income tax 161.28 |
|---|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.
Dept. of the Treasury – IRS

---

| Copy 2-To Be Filed With Employee's State, City, or Local Income Tax Return | | 2005 | OMB No. 1545-0008 |
|---|---|---|---|
| a Control number A/1679/R 560922 | 1 Wages, tips, other comp. 5697.25 | | 2 Federal income tax withheld 511.97 |
| | 3 Social security wages 5697.25 | | 4 Social security tax withheld 353.24 |
| b Employer ID number (EIN) 56-0382475 | 5 Medicare wages and tips 5697.25 | | 6 Medicare tax withheld 82.61 |

c Employer's name, address, and ZIP code
VARIETY STORES INC
1000 FACET ROAD
HENDERSON NC 27537

d Employee's social security number
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

e Employee's name, address, and ZIP code
RILLA J CREWS
773 CO. RD. 435
GRAHAM AL 36263

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Employer's state I.D. no. AL  039433 | 16 State wages, tips, etc. 5697.25 | 17 State income tax 161.28 |
|---|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement
Dept. of the Treasury – IRS

DEFENDANT'S EXHIBIT
Crews

| | | | |
|---|---|---|---|
| 1 Wages, tips, other comp. 5189.75 | | 2 Federal income tax withheld 394.99 | |
| 3 Social security wages 5484.74 | | 4 Social security tax withheld 338.81 | |
| 5 Medicare wages and tips 5484.74 | | 6 Medicare tax withheld 79.2A | |
| Control number DG00175407 WSU | Dept. | Corp. 8N26 | Employer use only 93375 |

1 Employer's FED ID number 61-0502764

c Employer's name, address, and ZIP code
DOLGENCORP INC
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072

d Employee's SSA number 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

7 Social security tips

8 Allocated tips

9 Advance EIC payment

10 Dependent care benefits

11 Nonqualified plans

13 Statutory employee / Retirement plan / Third-party sick pay

12a

12b

12c

12d

14 Other

e/f Employee's name, address, and ZIP code
RILLA J CREWS
773 CR 435
GRAHAM, AL 36263

15 State / Employer's state ID no.
AL    112813

16 State wages, tips, etc.
1820.28

17 State income tax
46.10

18 Local wages, tips, etc.

19 Local income tax

20 Locality name

Form W-2 Wage and Tax Statement 2005
Copy 2 to be filed with employee's State, City, or Local Income Tax Return.

Form **1040** **U.S. Individual Income Tax Return** **2005** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2005, or other tax year beginning , 2005, ending , 20 OMB No. 1545-0074

| Label | | |
|---|---|---|
| Your first name and initial | Last name | Your social security number |
| CLARK G | CREWS | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| RILLA J | CREWS | 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 |

Home address (number and street). If you have a P.O. box, see page 16. — 773 COUNTY ROAD 435 — Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16. — GRAHAM    AL    36263

▲ You **must** enter your SSN(s) above. ▲

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ► ☐ You ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

- 6a ☒ **Yourself.** If someone can claim you as a dependent, do not check box 6a
- b ☒ **Spouse**
- c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 17) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see page 19.

d Total number of exemptions claimed

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers on lines above ► **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 53,457 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 | 543 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities | 16a 1,811 | b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount (see page 27) | 20b | |
| 21 | Other income | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 54,000 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 30) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ► | 31a | |
| 32 | IRA deduction (see page 31) | 32 | |
| 33 | Student loan interest deduction (see page 33) | 33 | |
| 34 | Tuition and fees deduction (see page 34) | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | 37 | 54,000 |

Form 1040 (2005) CLARK G & RILLA J CREWS                                                Page 2

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | | | 38 | 54,000 |
|---|---|---|---|---|---|---|

**39a** Check { You were born before January 2, 1941, Blind. Total boxes
if: Spouse was born before January 2, 1941, Blind. checked ▶ 39a

**b** If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 & check here ▶ 39b

**Standard Deduction for—**

- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 35.
- All others:

Single or Married filing separately, $5,000

Married filing jointly or Qualifying widow(er), $10,000

Head of household, $7,300

| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | 12,673 |
|---|---|---|---|---|
| 41 | Subtract line 40 from line 38 | | 41 | 41,327 |
| 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | | 42 | 6,400 |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 34,927 |
| 44 | Tax (see page 37). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | | 44 | 4,509 |
| 45 | Alternative minimum tax (see page 39). Attach Form 6251 | | 45 | |
| 46 | Add lines 44 and 45 | ▶ | 46 | 4,509 |

| 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
|---|---|---|---|
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| 50 | Education credits. Attach Form 8863 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Child tax credit (see page 41). Attach Form 8901 if required | 52 | |
| 53 | Adoption credit. Attach Form 8839 | 53 | |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 54 | |
| 55 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | |

| 56 | Add lines 47 through 55. These are your total credits | | 56 | |
|---|---|---|---|---|
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | ▶ | 57 | 4,509 |

| Other Taxes | 58 | Self-employment tax. Attach Schedule SE | | 58 | |
|---|---|---|---|---|---|
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2 | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax | ▶ | 63 | 4,509 |

| Payments | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 4,886 | | |
|---|---|---|---|---|---|---|
| If you have a qualifying child, attach Schedule EIC. | 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | | | |
| | 65a | Earned income credit (EIC) | 65a | | | |
| | b | Nontaxable combat pay election ▶ 65b | | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | | | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments | ▶ | 71 | 4,886 |

| Refund | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid | | 72 | 377 |
|---|---|---|---|---|---|
| Direct deposit? See page 59 and fill in 73b, 73c, and 73d. | 73a | Amount of line 72 you want refunded to you | ▶ | 73a | 377 |
| | ▶ b | Routing number X X X X X X X X X ▶c Type: ☐ Checking ☐ Savings | | | |
| | ▶ d | Account number X X X X X X X X X X X X X X X X X | | | |
| | 74 | Amount of line 72 you want applied to your 2006 estimated tax | 74 | | |

| Amount You Owe | 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see page 60 | ▶ | 75 | |
|---|---|---|---|---|---|
| | 76 | Estimated tax penalty (see page 60) | 76 | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ Yes. Complete the following. ☒ No |
|---|---|

Designee's name                Phone no.                Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17.
Keep a copy for your records.

Your signature  38447    Date 03-27-2006    Your occupation CONSTRUCTION    Daytime phone number

Spouse's signature. If a joint return, both must sign.  20219    Date    Spouse's occupation CLERK

| Paid Preparer's Use Only | Preparer's signature ▶ | Date 03-27-2006 | Check if self-employed ☐ | Preparer's SSN or PTIN P00572549 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | Messer & Associates LLC 416 W. 8th Street West Point      GA  31833 | | EIN 58-2611523 |

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

**Schedule A – Itemized Deductions**

► Attach to Form 1040.  ► See Instructions for Schedules A & B (Form 1040).

OMB No. 1545-0074

**2005**

Attachment
Sequence No.  07

Name(s) shown on Form 1040

CLARK G & RILLA J CREWS

| | | | |
|---|---|---|---|
| **Medical and Dental Expenses** | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1  Medical and dental expenses (see page A-2) | **1** | 2,779 |
| | 2  Enter amount from Form 1040, line 38  **2** | 54,000 | |
| | 3  Multiply line 2 by 7.5% (.075) | **3** | 4,050 |
| | 4  Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | **4** | 0 |
| **Taxes You Paid** (See page A-2.) | 5  State and local (check only one box): | | |
| | a  [X]  Income taxes, or | **5** | 2,474 |
| | b  [ ]  General sales taxes (see page A-3) | | |
| | 6  Real estate taxes (see page A-5) | **6** | 50 |
| | 7  Personal property taxes | **7** | 132 |
| | 8  Other taxes. List type and amount ► | **8** | |
| | 9  Add lines 5 through 8 | **9** | 2,656 |
| **Interest You Paid** (See page A-5.) Note. Personal interest is not deductible. | 10  Home mortgage interest and points reported to you on Form 1098 | **10** | |
| | 11  Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-6 and show that person's name, identifying no., and address ► | **11** | |
| | 12  Points not reported to you on Form 1098. See page A-6 for special rules | **12** | |
| | 13  Investment interest. Attach Form 4952 if required. (See page A-5.) | **13** | |
| | 14  Add lines 10 through 13 | **14** | |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-7. | 15a  Total gifts by cash or check. If you made any gift of $250 or more, see page A-7 | **15a** | 125 |
| | b  Gifts by cash or check after August 27, 2005, that you elect to treat as qualified contributions (see page A-7)  **15b** | | |
| | 16  Other than by cash or check. If any gift of $250 or more, see page A-7. You must attach Form 8283 if over $500 | **16** | 385 |
| | 17  Carryover from prior year | **17** | |
| | 18  Add lines 15a, 16, and 17 | **18** | 510 |
| **Casualty and Theft Losses** | 19  Casualty or theft loss(es). Attach Form 4684. (See page A-8.) | **19** | |
| **Job Expenses and Certain Miscellaneous Deductions** (See page A-8.) | 20  Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-8.)  ► | **20** | 10,462 |
| | FORM 2106                                      9,719 | | |
| | UNIFORMS AND SAFETY EQUIP       743 | | |
| | 21  Tax preparation fees | **21** | 125 |
| | 22  Other expenses - investment, safe deposit box, etc. List type and amount  ► | **22** | |
| | 23  Add lines 20 through 22 | **23** | 10,587 |
| | 24  Enter amount from Form 1040, line 38  **24** | 54,000 | |
| | 25  Multiply line 24 by 2% (.02) | **25** | 1,080 |
| | 26  Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | **26** | 9,507 |
| **Other Miscellaneous Deductions** | 27  Other - from list on page A-9. List type and amount  ► | **27** | |
| **Total Itemized Deductions** | 28  Is Form 1040, line 38, over $145,950 (over $72,975 if married filing separately)? | | |
| | [X]  No.  Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 40 | **28** | 12,673 |

**Form 2106**

Department of the Treasury
Internal Revenue Service    (99)

## Employee Business Expenses

▶ See separate instructions.

▶ Attach to Form 1040.

OMB No. 1545-0074

**2005**

Attachment
Sequence No. **54**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| CLARK G CREWS | CONSTRUCTION | |

**Employee Business Expenses and Reimbursements**

### Step 1  Enter Your Expenses

| | | Column A Other Than Meals and Entertainment | Column B Meals and Entertainment |
|---|---|---|---|
| 1 | Vehicle expense from line 22c or line 29. (Rural mail carriers: See Instructions.) . . . . . . . . . . . . . . | **1** 9,719 | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that did not involve overnight travel or commuting to and from work | **2** | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. Do not include meals and entertainment . . . | **3** | |
| 4 | Business expenses not included on lines 1 through 3. Do not include meals and entertainment . . . . . . . . . | **4** | |
| 5 | Meals and entertainment expenses (see Instructions) . . . . . | **5** | |
| 6 | Total expenses. In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 . . . . . . . | **6** 9,719 | |

Note: If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

### Step 2  Enter Reimbursements Received From Your Employer for Expenses Listed in Step 1

| | | | |
|---|---|---|---|
| 7 | Enter reimbursements received from your employer that were not reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 12 of your Form W-2 (see Instructions) . . . . . . . . . . . . . . . | **7** | |

### Step 3  Figure Expenses To Deduct on Schedule A (Form 1040)

| | | | |
|---|---|---|---|
| 8 | Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 . . . . . . . . . . . . Note: If both columns of line 8 are zero, you cannot deduct employee business expenses. Stop here and attach Form 2106 to your return. | **8** 9,719 | |
| 9 | In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 70% (.70) instead of 50%. For details, see Instructions.) | **9** 9,719 | |
| 10 | Add the amounts on line 9 of both columns and enter the total here. Also, enter the total on Schedule A (Form 1040), line 20. (Reservists, qualified performing artists, fee-basis state or local government officials, and individuals with disabilities: See the instructions for special rules on where to enter the total.) . . . . . . . . . . . . . . ▶ | **10** | 9,719 |

For Paperwork Reduction Act Notice, see Instructions.        BAA        Form **2106** (2005)

Form 2106 (2005)  CLARK G CREWS                                                    Page 2

**Part II  Vehicle Expenses**

**Section A – General Information** (You must complete this section if you are claiming vehicle expenses.)

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 11 | Enter the date the vehicle was placed in service | 11 | 1994-01-01 | |
| 12 | Total miles the vehicle was driven during 2005 | 12 | 29,679 miles | miles |
| 13 | Business miles included on line 12 | 13 | 22,483 miles | miles |
| 14 | Percent of business use. Divide line 13 by line 12 | 14 | 75.75 % | % |
| 15 | Average daily roundtrip commuting distance | 15 | miles | miles |
| 16 | Commuting miles included on line 12 | 16 | miles | miles |
| 17 | Other miles. Add lines 13 and 16 and subtract the total from line 12 | 17 | 7,196 miles | miles |
| 18 | Do you (or your spouse) have another vehicle available for personal use? | | ☒ Yes ☐ No | |
| 19 | Was your vehicle available for personal use during off-duty hours? | | ☒ Yes ☐ No | |
| 20 | Do you have evidence to support your deduction? | | ☒ Yes ☐ No | |
| 21 | If "Yes," is the evidence written? | | ☒ Yes ☐ No | |

**Section B – Standard Mileage Rate** (See the instructions for Part II to find out whether to complete this section or Section C.)

| | | | | |
|---|---|---|---|---|
| 22 a | Multiply business miles driven before September 1, 2005 by 40.5 cents (.405) | 22a | 6,003 | |
| b | Multiply business miles driven after August 31, 2005 by 48.5 cents (.485) | 22b | 3,716 | |
| c | Add lines 22a and 22b. Enter the result here and on line 1 | | 22c | 9,719 |

**Section C – Actual Expenses**

| | | | (a) Vehicle 1 | | (b) Vehicle 2 | |
|---|---|---|---|---|---|---|
| 23 | Gasoline, oil, repairs, vehicle insurance, etc. | 23 | | | | |
| 24 a | Vehicle rentals | 24a | | | | |
| b | Inclusion amount (see instructions) | 24b | | | | |
| c | Subtract line 24b from line 24a | 24c | | | | |
| 25 | Value of employer-provided vehicle (applies only if 100% of annual lease value was included on Form W-2 - see instructions) | 25 | | | | |
| 26 | Add lines 23, 24c, and 25 | 26 | | | | |
| 27 | Multiply line 26 by the percentage on line 14 | 27 | | | | |
| 28 | Depreciation (see instructions) | 28 | | | | |
| 29 | Add lines 27 and 28. Enter total here and on line 1 | 29 | | | | |

**Section D – Depreciation of Vehicles** (Use this section only if you owned the vehicle and are completing Section C for the vehicle.)

| | | | (a) Vehicle 1 | | (b) Vehicle 2 | |
|---|---|---|---|---|---|---|
| 30 | Enter cost or other basis (see instructions) | 30 | | | | |
| 31 | Enter section 179 deduction (see instructions) | 31 | | | | |
| 32 | Multiply line 30 by line 14 (see instructions if you claimed the section 179 deduction or special allowance) | 32 | | | | |
| 33 | Enter depreciation method and percentage (see instructions) | 33 | | | | |
| 34 | Multiply line 32 by the percentage on line 33 (see instructions) | 34 | | | | |
| 35 | Add lines 31 and 34 | 35 | | | | |
| 36 | Enter the applicable limit explained in the line 36 instructions | 36 | | | | |
| 37 | Multiply line 36 by the percentage on line 14 | 37 | | | | |
| 38 | Enter the smaller of line 35 or line 37. If you skipped lines 36 and 37, enter the amount from line 35. Also enter this amount on line 28 above | 38 | | | | |

3/24/2006 04:31:11 PM    Beth Warren

**40** Individual Income Tax Return **2005**
RESIDENTS AND PART-YEAR RESIDENTS

For the yr Jan. 1 - Dec. 31, 2005, or other tax yr:  Beginning    Ending

Your social security number    Spouse's SSN if joint return
● **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**

Your first name and initial (if joint return, also give spouse's first name and initial)  Last name
● CLARK        G    CREWS
● RILLA        J    CREWS

Present home address (number and street or P.O. Box number)
● 773 COUNTY ROAD 435

City, town or post office    State    ZIP code
● GRAHAM        AL    36263

USE BLACK INK TO COMPLETE RETURN

| Filing Status and Exemptions | 1 | | $1,500 Single | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Check only one box. | 2 | X | $3,000 Married filing joint return (even if only one spouse had income) | 5 Name ● | | | | | |
| | 3 | | $1,500 Married filing separate return. Complete line 5 with spouse's name & soc. sec. no. | Soc. Sec. No. ● | | | | | |
| | 4 | | $3,000 Head of family (with qualifying person). (See page 7 of inst.) Complete line 5. | Relationship ● | | | | | |

| | | | A - Alabama tax withheld | | B - Income | |
|---|---|---|---|---|---|---|
| **Income and Adjustments** | 6 Wages, salaries, tips, etc. (list each employer and address separately): | | | | | |
| | a KINGSBRIDGE VENT CARROLLTON 30117 | 6a ● | 00 | 6a | 42,570 | 00 |
| | b DOLGENCORP INC GOODLETTSVILL 37072-21 | 6b ● 45 | 00 | 6b | 5,189 | 00 |
| | c VARIETY STORES I HENDERSON 27537 | 6c ● 161 | 00 | 6c | 5,697 | 00 |
| | d | 6d ● | 00 | 6d | | 00 |
| | 7 Interest and dividend income (also attach Schedule B if over $1,500) | | | 7 | ● | 00 |
| | 8 Other income (from page 2, Part I, line V) | | | 8 | ● | 00 |
| | 9 Total income. Add amounts in the income column for line 6a through line 8 | | | 9 | ● 53,456 | 00 |
| | 10 Total adjustments to income (from page 2, Part II, line 9) | | | 10 | ● | 00 |
| | 11 Adjusted gross income. Subtract line 10 from line 9 | | | 11 | 53,456 | 00 |

| **Deductions** You Must Attach page 2 of Federal Form 1040, Federal Form 1040A, Federal Form 1040NR, or page 1 of 1040EZ, if claiming a deduction on line 12. | 12 Check box a, if you itemize deductions, and enter amount from Schedule A, line 26. Box a or b MUST be checked | | | | | |
|---|---|---|---|---|---|---|
| | Check box b, if you do not itemize deductions, and enter standard deduction (see inst.) | | | | | |
| | a X Itemized Deductions    b Standard Deduction | 12 ● 14,961 | 00 | | | |
| | 13 Federal tax deduction (see instructions) | 13 ● 4,509 | 00 | | | |
| | DO NOT ENTER THE FEDERAL TAX WITHHELD FROM YOUR FORM W-2(S) | | | | | |
| | 14 Personal exemption (from line 1, 2, 3, or 4) | 14 ● 3,000 | 00 | | | |
| | 15 Dependent exemption (from page 2, Part III, line 2) | 15 ● | 00 | | | |
| | 16 Total deductions. Add lines 12, 13, 14, and 15 | | | 16 | ● 22,470 | 00 |

| **Tax** (Staple Form(s) W-2, W-2G, 1099, and/or 40V here.) | 17 Taxable income. Subtract line 16 from line 11 | | | 17 | 30,986 | 00 |
|---|---|---|---|---|---|---|
| | 18 Income Tax due. Enter amount from table or check if from   Form NOL-85A | | | 18 | ● 1,468 | 00 |
| | 19 Less amount from:   X Schedule CA and/or   Schedule OC | | | 19 | 1,468 | 00 |
| | 20a Net tax due Alabama.  Subtract line 19 from line 18 | | | 20a | ● | 00 |
| | 20b Consumer Use Tax (see worksheet on page 10) | | | 20b | ● | 00 |
| | 21 You may make a voluntary contribution to any of the following: Alabama Election Campaign Fund or the Neighbors Helping Neighbors Fund. | a Alabama Democratic Party   $1   $2   X none | 21a | ● | 00 |
| | | b Alabama Republican Party   $1   $2   X none | 21b | ● | 00 |
| | | d Neighbors Helping Neighbors   $ | 21c | ● | 00 |
| | 22 Total tax liability and voluntary contribution.  Add lines 20a, 20b, 21a, 21b, and 21c | | | 22 | ● | 00 |

| **Payments** | 23 Alabama income tax withheld   (from Forms W-2, W-2G, and/or 1099) | 23 ● 206 | 00 | | | |
|---|---|---|---|---|---|---|
| | 24 Amount paid with extension (attach Form 4868A) | 24 ● | 00 | | | |
| | 25 2005 estimated tax payments (see instructions on page 11) | 25 ● | 00 | | | |
| | 26 Total payments.  Add lines 23 through 25 | | | 26 | 206 | 00 |

| **AMOUNT YOU OWE** | 27 If line 22 is larger than line 26, subtract line 26 from line 22, and enter  AMOUNT YOU OWE | | | | | |
|---|---|---|---|---|---|---|
| | Place payment, along with Form 40V, loose in the mailing envelope.  (FORM 40V MUST ACCOMPANY PAYMENT) | 27 | ● | | | 00 |
| | Estimated tax penalty. Also include on line 27 (see instructions page 11) | 27a | ● | | | 00 |

| **OVERPAID** | 28 If line 26 is larger than line 22, subtract line 22 from line 26, and enter amount  OVERPAID | | | 28 | ● | 206 | 00 |
|---|---|---|---|---|---|---|
| | 30 Amount of line 28 to be applied to your  2006 estimated tax | | | 30 | ● | 00 |

| **Donation Check-offs** | 31 You may donate all or part of your overpayment. (Enter $1, $5, $10, $25, none, or other amount in the appropriate boxes) | | | | | |
|---|---|---|---|---|---|---|
| | a Senior Services Trust Fund ● | 00 | i AL Indian Children's Scholarship Fund | | 00 |
| | b AL Arts Development Fund ● | 00 | j Penny Trust Fund | | 00 |
| | c AL Nongame Wildlife Fund ● | 00 | h Foster Care Trust Fund | | 00 |
| | d Child Abuse Trust Fund ● | 00 | j Mental Health | | 00 |
| | e AL Veterans Program ● | 00 | k AL Breast & Cervical Cancer Program | | 00 |
| | | | l AL 4-H Club | ● | 00 |
| | 32 Total.  Add line 30 and lines 31a, b, c, d, e, i, h, i, j, k and k | | | | | |

● Verify your social security number
● Recheck your math
● Sign return on page 2
● Include W-2 form(s)

Form 40 (2005)    **CLARK G & RILLA J CREWS**    Page 2

**PART I**

| | | | |
|---|---|---|---|
| Other Income (see page 13) | 1 Alimony received | 1 | 00 |
| | 2 Business income or (loss) (attach Federal Schedule C or C-EZ) | 2 | 00 |
| | 3 Gain or (loss) from sale of Real Estate, Stocks, Bonds, etc. (attach Schedule D) | 3 | 00 |
| | 4a Total IRA distributions    4a    4b Taxable amount (see instructions) | 4b | 00 |
| | 5a Total pensions and annuities    5a    1,811 00    5b Taxable amount (see instructions) | 5b | 00 |
| | 6 Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 6 | 00 |
| | 7 Farm income or (loss) (attach Federal Schedule F) | 7 | 00 |
| | 8 Other income (state nature and source – see instructions) | 8 | 00 |
| | 9 Total other income. Add lines 1 through 8. Enter here and also on page 1, line 8 | 9 | 00 |

**PART II**

| | | | |
|---|---|---|---|
| Adjustments to Income (see page 18) | 1a Your IRA deduction | 1a | 00 |
| | b Spouse's IRA deduction | 1b | 00 |
| | 2 Payments to a Keogh retirement plan and self-employment SEP deduction | 2 | 00 |
| | 3 Penalty on early withdrawal of savings | 3 | 00 |
| | 4 Alimony paid. Recipient's last name    Social security no. | | |
| | Address    City    State    ZIP | 4 | 00 |
| | 5 Adoption expenses | 5 | 00 |
| | 6 Moving Expenses (Attach Federal Form 3903) to City    State    ZIP | 6 | 00 |
| | 7 Self-employed health insurance deduction | 7 | 00 |
| | 8 Total adjustments. Add lines 1 through 7. Enter here and also on page 1, line 10 | 8 | 00 |

**PART III**

| Dependents | 1a Dependents (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Did you provide more than one-half dependent's support? |
|---|---|---|---|---|
| Do not include yourself or your spouse | | | | |
| | | | | |
| | | | | |
| (See page 9) | b Total number of dependents claimed above | | | |
| | 2 Amount allowed.  (Multiply $300 by the total number of dependents claimed on line 1b.) | 2 | | 00 |

**PART IV**

| | | | |
|---|---|---|---|
| General Information | 1 Residency    ☒ Full Year    If you were a part-year resident of Alabama during 2005, include your period of residence: | | |
| | Check only one box    ☐ Part Year    From    2005 through | | |
| | 2 Did you file an Alabama income tax return for the year 2004?    ☒ Yes    ☐ No | | |
| | 3 If no, state reason | | |
| | 4 Give name and address of present employer(s). Yours    KINGSBRIDGE VENT CARROLLTON    30117 | | |
| All Taxpayers Must Complete This Section | Your Spouse's    DOLGENCORP INC    GOODLETTSVILL 37072-2171 | | |
| | 5 Enter the Federal Adjusted Gross Income  • $ 54,000    and Federal Taxable Income  • $ 34,927    as reported on your 2005 Federal Individual Income Tax Return. | | |
| | 6 Do you have income which is reported on your Federal return, but not reported on your Alabama return (other than your state tax refund)?    ☐ Yes  ☒ No | | |
| | If yes, enter source(s) and amount(s) below: (other than state income tax refund) | | |
| | Source    Amount | | 00 |
| | Source    Amount | | 00 |

**PART V**

| Direct Deposit | For Direct Deposit of your refund, complete 1, 2, and 3 below. (    See Page 6/instructions to see if you qualify.) | |
|---|---|---|
| | 1 Routing Number:    2 Type: ☐ Checking  ☐ Savings | |
| | 3 Account Number: | |

| Sign Here In Black Ink | I authorize a representative of the Department of Revenue to discuss my return and attachments with my preparer.    Under penalties of perjury,    I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | |
|---|---|---|
| Keep a copy of this return for your records. | Your signature    Date    Daytime telephone number    Your occupation    CONSTRUCTION | |
| | Spouse's signature (if joint return, BOTH must sign)    Date    Daytime telephone number    Spouse's occupation    CLERK | |

| Paid Preparer's Use Only | Preparer's signature    Date  03-27-2006    Check if self-employed ☐    Preparer's SSN or PTIN  • P00572549 | |
|---|---|---|
| | Firm's name (or yours if self-employed) and address    Messer & Associates    Daytime telephone no.  (706) 643-9921    E.I. No.  58-2511523 | |
| | West Point    GA    ZIP Code  31833 | |

If an addressed envelope came with your return, please use it and follow the instructions on the envelope. If you do not have one, mail your return to one of the addresses below.

**WHERE TO FILE FORM 40**

If you are not making a payment, mail your return to:    If you are making a payment, mail your return, Form 40V, and payment to:

Alabama Department of Revenue    Alabama Department of Revenue
P.O. Box 154    P.O. Box 2401
Montgomery, AL 36135-0001    Montgomery, AL 36140-0001

**SCHEDULES A, B, & CR (FORM 40)**

## ALABAMA DEPARTMENT OF REVENUE
## Schedule A – Itemized Deductions
(See Schedules B and CR )
ATTACH TO FORM 40 — SEE INSTRUCTIONS FOR SCHEDULE A

**2005**

Name(s) as shown on Form 40
CLARK G & RILLA J CREWS

Your social security number

The itemized deductions you may claim for the year 2005 are similar to the itemized deductions claimed on your Federal return, however, the amounts may differ. Please see instructions before completing this schedule.   PART-YEAR RESIDENTS:   A resident of Alabama for only a part of the year should list below only those deductions actually paid while a resident of Alabama.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** (See page 19) | 1 | CAUTION: Do not include expenses reimbursed or paid by others. Medical and dental expenses. | 1 | 2,779 00 | | | |
| | 2 | Enter amount from Form 40, line 11. | 2 | 53,456 00 | | | |
| | 3 | Multiply the amount on line 2 by 4% (.04). Enter the result. | 3 | 2,138 00 | | | |
| | 4 | Subtract line 3 from line 1. Enter the result. If zero or less, enter -0-. | | | 4 | 641 00 | |
| **Taxes You Paid** (See page 20) | 5 | Real estate taxes. | 5 | 50 00 | | | |
| | 6 | FICA Tax (Social Security and Medicare) and Federal Self-Employment Tax. | 6 | 4,110 00 | | | |
| | 7 | Railroad Retirement (Tier 1 only). | 7 | 00 | | | |
| | 8 | Other taxes. (List – Include personal property taxes.) ▶ PERSONAL PROPERTY TAX | 8 | 132 00 | | | |
| | 9 | Add the amounts on lines 5 through 8. Enter the total here. | | | 9 | 4,292 00 | |
| **Interest You Paid** (See page 20) **NOTE: Personal interest is not deductible.** | 10a | Home mortgage interest and points reported to you on Federal Form 1098. | 10a | 00 | | | |
| | b | Home mortgage interest not reported to you on Federal Form 1098.   (If paid to an individual, show that person's name and address.) ▶ | 10b | 00 | | | |
| | 11 | Points not reported to you on Form 1098. | 11 | 00 | | | |
| | 12 | Investment Interest. (Attach Form 4952A). | 12 | 00 | | | |
| | 13 | Add the amounts on lines 10a through 12. Enter the total here. | | | 13 | 00 | |
| **Gifts to Charity** (See page 20) | | CAUTION:  If you made a charitable contribution and received a benefit in return, see page 20. | | | | | |
| | 14 | Contributions by cash or check. | 14 | 125 00 | | | |
| | 15 | Other than cash or check. (You   MUST   attach Federal Form 8283 if over $500.) | 15 | 385 00 | | | |
| | 16 | Carryover from prior year. | 16 | 00 | | | |
| | 17 | Add the amounts on lines 14 through 16. Enter the total here. | | | 17 | 510 00 | |
| **Casualty and Theft Loss** (Attach Form 4684) | 18 a | Enter the amount from Federal Form 4684, line 18 (See page 21) | 18a | 00 | | | |
| | b | Enter 10% of your Adjusted Gross Income (Form 40, line 11). | 18b | 00 | | | |
| | c | Subtract line 18b from line 18a. If zero or less, enter -0-. | | | 18c | 00 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page 21) | 19 | Unreimbursed employee expenses – job travel, union dues, job education, etc. (You MUST   attach Fed Form 2106 if required. See instructions.) ▶ UNIFORMS AND SAFETY EQUIP FORM 2106 | 19 | 10,462 00 | | | |
| | 20 | Other expenses (investment, tax preparation, safe deposit box, etc.).   List type and amount. ▶ TAX PREP FEES | 20 | 125 00 | | | |
| | 21 | Add the amounts on lines 19 and 20. Enter the total. | 21 | 10,587 00 | | | |
| | 22 | Multiply the amount on Form 40, line 11 by 2% (.02). Enter the result here. | 22 | 1,069 00 | | | |
| | 23 | Subtract line 22 from line 21. Enter the result. If zero or less, enter -0-. | | | 23 | 9,518 00 | |
| **Other Miscellaneous Deductions** | 24 | Other (from list on page 22 of instructions). List type and amount. ▶ | | | 24 | 00 | |
| **Qualified Long-Term Care Ins. Premiums** | 25 | CAUTION:  Do not include medical premiums. Enter amount here. | | | 25 | 00 | |
| **Total Itemized** | 26 | Add the amounts on lines 4, 9, 13, 17, 18c, 23, 24, and 25. Enter the total here. | | | | | |

3/24/2006 04:33:15 PM   Beth Warren

Schedules A, B, & CR (Form 40) 2005            **Page 2**

Name(s) as shown on Form 40 (Do not enter name and social security number if shown on page 1)

Your social security number

## CLARK G & RILLA J CREWS

## SCHEDULE B – Interest And Dividend Income

**If you received more than $1500 of interest and dividend income, you must complete Schedule B.**

**INTEREST INCOME.** All interest received should be itemized on Schedule B.

List all interest received on bank deposits, notes, mortgages, bonds, and other evidences of indebtedness, including bonds of the United States, and any state or territory and the political subdivisions thereof. All interest received is taxable except (a) interest on obligations of the United States or its possessions; or (b) interest on obligations of the State of Alabama or any county, municipality, or other political subdivisions thereof. Interest on bonds of other states is subject to Alabama Income Tax. Interest from savings and loan associations is also taxable.

Enter the amount of all exempt interest in column A headed "Exempt Interest."

Taxable interest should be entered in column B.

**DIVIDENDS.** All dividends including liquidating dividends received are taxable. Gain or loss on liquidating dividends should be reported on Schedule D. Dividends from savings and loan associations are taxable. Dividends from sub-option corporations (Subchapter S) are taxable when actually received.

| List Payers and Amounts | | A Exempt Interest | | B Taxable Interest and Dividends |
|---|---|---|---|---|
| **1** **I N T E R E S T** | | | | 00 |
| | | | | 00 |
| | | | | 00 |
| | | | | 00 |
| | | 1 | 1 | 00 |
| | | | | 00 |
| | | | | 00 |
| | | | | 00 |
| | | | | 00 |
| **2** **D I V I D E N D S** | | | | 00 |
| | | | | 00 |
| | | | | 00 |
| | | | 2 | 00 |
| | | | | 00 |
| | | | | 00 |
| | | | | 00 |
| | | | | 00 |
| **3** TOTAL TAXABLE INTEREST AND DIVIDENDS. Enter here and on Form 40, page 1, line 7 ●●●●●●● | | | 3 | 00 |

## SCHEDULE CR – Credit For Taxes Paid To Other States

This credit is available to those residents of Alabama who are being taxed by Alabama and another state (or territory of the United States) in the same tax year. The income earned in the other state must be reported on the Alabama return to claim this credit. Residents of Alabama for only a part of the year can claim this credit only if the returns filed with Alabama and the other state cover the same periods. This credit is available for the year for which the income is taxed by the other state. If you are claiming credit for taxes paid to more than one other state, you must make a separate computation for each state using Schedule CR worksheet.

**PLEASE NOTE:** You may need to fill out the worksheet on page 23 before completing this schedule. This credit will **NOT** be allowed unless you file a nonresident income tax return with the other state and attach a copy of that 2005 return to your Alabama return.

| | | | | |
|---|---|---|---|---|
| 1 | 2005 taxable income as shown on the ___GA___ state return ●●●●●● (name of state) | 1 | 31,102 | 00 |
| 2 | Tax due the other state using Alabama tax rates ●●●●●●●●●●●●● | 2 | 1,478 | 00 |
| 3 | Tax due the other state as shown on that state's return or Form W-2G ●●●●● | 3 | 1,609 | 00 |
| 4 | Tax due Alabama from Form 40, page 1, line 18 ●●●●●●●●●●●● | 4 | 1,468 | 00 |
| 5 | **CREDIT ALLOWABLE.** Enter the amount from line 2, 3, 4, or the amount from the worksheet on page 23 of the booklet, whichever is smallest. If you have no other credits, enter amount from line 5 to Form 40, page 1, line 19. If you have other credits, enter the amount from line 5 to Schedule OC, Part A, line 1, and complete ●●●●●●● | 5 | 1,468 | 00 |

If more than one "other" state use Schedule CR worksheet. If using the worksheet, line 3 (below) will equal worksheet Part 3, line 21.

Schedules B & CR (Form 40) 2005





0600402615

Georgia Form **500** (Rev. 6/05)
Individual Income Tax Return
Georgia Department of Revenue

**2005** (Approved software version)    ( X ) Mark here if you DO NOT want a booklet next year

DEPARTMENT USE ONLY

DEL ☐    EXT ☐

Fiscal Year Beginning  01-01-05        Fiscal Year Ending 12-31-05

1.  Your First Name              Initial                Your Social Security Number
    CLARK                        G
    Your Last Name                              Suffix
    CREWS
    Spouse's First Name           Initial                Spouse's Social Security Number
    RILLA                        J                      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
    Spouse's Last Name                           Suffix
    CREWS

2.  Address (Check if Address has Changed)
    (Use 2nd address line for Apt, Suite, Unit or Bldg no.)  ☐
    773 COUNTY ROAD 435

3.  City  GRAHAM                      State AL        Zip Code 36263

    Country (If Foreign)                                                     Residency Status

4.  Enter your Residency Status with the appropriate number  . . . . . . . . . . . . . . . . . ▶ 4.  3
    1. Full-Year Resident    2. Part-Year Resident from            to            3. Nonresident
    Part-Year Residents and Nonresidents must omit Lines 9 thru 14 and use Schedule 3 of Form 500, page 4    Filing Status

5.  Enter Filing Status with appropriate letter (Must be the same status used on your Federal Return)  . . . . . . . . . ▶ 5.  B
    A. Single                        C. Married filing separate (Spouse's social security number must be entered above)
    B. Married filing joint          D. Head of Household or Qualifying Widow(er)

6.  Number of exemptions (Check appropriate box(es) and enter total in 6c.)  6a. Yourself ☒  6b. Spouse ☒  6c. 2
    Dependents- (If you have more than 3 dependents, attach a list of additional dependents)
    First Name                     Last Name                     Dependent's SSN     Relationship to You

7a. Number of Dependents (DO NOT include yourself or your spouse)  . . . . . . . . . . . . . . ▶ 7a.
7b. Add Lines 6c and 7a. Enter total  . . . . . . . . . . . . . . . . . . . . . . . . .  7b.  2

8.  Federal adjusted gross income (From Federal Form 1040, 1040A or 1040 EZ)  . . . . . . . . ▶ 8.      54000.00
    (Do not use FEDERAL TAXABLE INCOME)
    If the amount on Line 8 is $40,000 or more, or your gross income is less than your W-2s, you must enclose a copy of your
    Federal Form 1040 pages 1 and 2. Do not enclose other Federal Schedules

9.  Adjustments from Schedule 1 (See instructions on Page 7, Line 9)  . . . . . . . . . . ▶ 9.
10. Georgia adjusted gross income (Net total of Line 8 and Line 9)  . . . . . . . . . . . ▶ 10.
11. Standard Deduction (Do not use FEDERAL STANDARD DEDUCTION) see instructions Line 11  ▶ 11a.
    b. Self: 65 or over?   Blind?   Spouse: 65 or over?   Blind?
    Total of Boxes      x 1,300=  . . . . . . . . . . . . . . . . . . . ▶ 11b.
    c. Total Standard Deduction [Line 11a + Line 11b]  . . . . . . . . . . . . ▶ 11c.
    Use EITHER Line 11c OR Line 12 (Do not write on both lines)

12. Total Itemized Deductions used in computing Federal Taxable income. If you use itemized deductions, you must enclose Federal Schedule A

Itemized Deductions (Schedule A Form 1040)          Less: see instructions Line 12

3/24/2006 04:34:07 PM    Beth Warren

**Georgia Form 500** Page 2
Individual Income Tax Return
Georgia Department of Revenue

`0600402625`

**2005**                                                                                    Your Social Security Number

| | | | |
|---|---|---|---|
| 13. | Subtract either Line 11c or Line 12 from Line 10; enter balance . . . . . . . . . . ▶ | 13. | |
| 14a. | Number on Line 5c _____ multiplied by $2,700    14a. _____ | | |
| 14b. | Number on Line 7a _____ multiplied by $3,000    14b. _____ | | |
| 14c. | Add Lines 14a. and 14b. Enter total . . . . . . . . . . . . . . . . . ▶ | 14c. | |
| 15 | Georgia taxable income (Line 13 less Line 14c or Schedule 3, Line 14) . . . . . ▶ | 15. | 31102.00 |
| 16. | Tax (Use Tax Table on Pages 17-19) . . . . . . . . . . . . . . . . ▶ | 16. | 1609.00 |
| 17. | Credits from Schedule 2, Page 3 (Enter total but not more than the amount on Line 16) ▶ | 17. | |
| 18. | Balance (Line 16 less Line 17) If zero or less than zero, enter zero . . . . . . ▶ | 18. | 1609.00 |
| 19. | Georgia Income Tax Withheld (Enter Tax Withheld Only and enclose withholding statements) ▶ | 19. | 2268.00 |
| 20. | Estimated Tax for 2005 and Form IT-560 . . . . . . . . . . . . . . . ▶ | 20. | |
| 21. | Low Income Credit (See worksheet on Page 11)  ▶ 21a. _____  ▶ 21b. _____ . . . . ▶ | 21c. | |
| 22. | Department Use Only                    DO NOT WRITE IN THIS BOX | 22. | |
| 23. | Total prepayment credits (Add Lines 19, 20 and 21c) . . . . . . . . . . . ▶ | 23. | 2268.00 |
| 24. | If Line 18 exceeds Line 23 enter BALANCE DUE STATE . . . . . . . . . . ▶ | 24. | |
| 25. | If Line 23 exceeds Line 18 enter OVERPAYMENT amount . . . . . . . . . ▶ | 25. | 659.00 |
| 26. | Amount to be credited to 2006 ESTIMATED TAX . . . . . . . . . . . ▶ | 26. | |
| 27. | Georgia Wildlife Conservation Fund (No gift of less than $1.00) . . . . . . . ▶ | 27. | |
| 28. | Georgia Children and Elderly Fund (No gift of less than $1.00) . . . . . . . ▶ | 28. | |
| 29. | Georgia Cancer Research Fund (No gift of less than $1.00) . . . . . . . . ▶ | 29. | |
| 30. | Georgia Greenspace Trust Fund (No gift of less than $1.00) . . . . . . . . ▶ | 30. | |
| 31. | Georgia National Guard Foundation (No gift of less than $1.00) . . . . . . . ▶ | 31. | |
| 32. | Form 500 UET (Estimated tax penalty) . . . . . . . . . . . . . . . ▶ | 32. | |
| 33. | (If you owe) Add Lines 24, 27 thru 32  THIS IS THE AMOUNT YOU OWE . . . . ▶ | 33. | |

Complete and mail 525-TV with return and payment
DO NOT STAPLE OR PAPER CLIP YOUR CHECK, W-2S OR TAX RETURN. ENCLOSE ALL ITEMS IN THE RETURN ENVELOPE.

(If you are due a refund) Subtract the sum of Lines 25 thru Line 32 from Line 25

| | | | |
|---|---|---|---|
| 34. | THIS IS YOUR REFUND . . . . . . . . . . . . . . . . . . . . ▶ | 34. | 659.00 |

**REFUNDS TO:**
GEORGIA INCOME TAX DIVISION
P.O. BOX 105597
ATLANTA, GEORGIA 30348-5597

**PAYMENTS AND TAX RETURNS TO:**
GEORGIA INCOME TAX DIVISION
P.O. BOX 105613
ATLANTA, GEORGIA 30348-5613

Georgia Public Revenue Code Section 48-2-31 stipulates that taxes shall be paid in
lawful money of the United States, free of any expense to the State of Georgia.

Under penalty of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true,
correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Check the box
to authorize
the Georgia
Department of
Revenue to
discuss the
contents of
this tax return
with the
preparer
named below.
☐

**03-27-06**

_____    Date
Taxpayer's Signature (Check if deceased)                          Daytime Phone Number

**03-27-06**

_____    Date
Spouse's Signature (Check if deceased)

ANGELA HURST                58-2511523        P00572549          706-643-9921
Name of Preparer if other than taxpayer      Preparer's FEIN    Preparer's SSN/PTIN    Phone Number

_____
Signature of Preparer



Georgia Form **500** Page 4
Individual Income Tax Return
Georgia Department of Revenue
**2005**

0600402645

[redacted]
Your Social Security Number

**SCHEDULE 3 COMPUTATION OF GEORGIA TAXABLE INCOME FOR PART-YEAR RESIDENTS AND NONRESIDENTS**

Income earned in another state as a Georgia resident is taxable but other state(s) tax credit may apply. See Page 8, Line 17 and Page 11.

DO NOT USE LINES 9 THRU 14 OF PAGES 1 AND 2, FORM 500

| | Federal Income after Georgia Adjustments COLUMN A | Income Not Taxable to Georgia COLUMN B | Georgia Income COLUMN C |
|---|---|---|---|
| 1. Wages, Salaries, Tips, etc . . . . | 53457.00 | 7518.00 | 45939.00 |
| 2. Interest and Dividends . . . . . . | | | |
| 3. Business Income or (Loss) . . . . | | | |
| 4. Other Income or (Loss) . . . . . . | 543.00 | | 543.00 |
| 5. Total Income: Total Lines 1 thru 4 . | 54000.00 | 7518.00 | 45482.00 |
| **ADJUSTMENTS TO INCOME** | | | |
| 6. Total adj. from Federal Form 1040 | | | |
| 7. Total adj. from Form 500, Schedule 1, Page 3 . . . . . . . . (See Instructions: Page 7-8, Line 9) | | | |
| 8. Adjusted Gross Income: Line 5 plus or minus Lines 6 and 7 | 54000.00 | 7518.00 | 45482.00 |
| 9. RATIO: Divide Line 8, Column C by Line 8, Column A. Enter percentage . . . . . . . . . . . . . . . . . . | | 86.08 | % Not to exceed 100% |
| 10. Itemized or Standard Deduction (See Instructions: Page 10, Line 10) . . | | 12467.00 | |
| 11. Personal Exemption from Form 500, page 1 (See instructions: Page 10) | | | |
| 11a. Number on Line 6c 2 multiplied by $2,700 | 5400.00 | | |
| 11b. Number on Line 7a ___ multiplied by $3,000 | | | |
| 11c. Add Lines 11a. and 11b. Enter total . . . . . . . . . . . . . . . . . . | | 5400.00 | |
| 12. Total Deductions and Exemptions; Add Lines 10 and 11c . . . . . . . . . . . . . . . . . . . . . . . . | | 17867.00 | |
| 13. Multiply Line 12 by Ratio on Line 9 and enter result . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 15380.00 |
| 14. Georgia Taxable Income: Subtract Line 13 from Line 8, Column C Enter here and on Page 2, Line 15 of Form 500 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 31102.00 |

List the state(s) in which the income in Column B was earned and/or to which it was reported.

# DOLLAR GENERAL JOB DESCRIPTION

FLSA:   Hourly
Date:   2-2003

**JOB TITLE:**        Lead Store Clerk

**DEPARTMENT:**       Store Operations

**REPORTS TO:**       Store Manager/Assistant Manager

**SUPERVISES:**       None

## GENERAL SUMMARY

Function as a Cashier and/or Stocker and act in a lead capacity in the absence of the Store Manager or Assistant Store Manager. Assist in setting and maintaining plan-o-grams and programs. Provide exemplary customer service. Perform other duties as necessary to maximize profitability, customer satisfaction, and teamwork, while protecting company assets and reducing losses.

## DUTIES and ESSENTIAL JOB FUNCTIONS

- Unload trucks according to the prescribed process for the store.
- Follow company work processes to receive, open and unpack cartons and totes.
- Stock merchandise; rotate and face merchandise on shelves and build merchandise displays.
- Restock returned and recovered merchandise.
- Order zones and drop shipment categories, following prescribed ordering practices, as assigned by the Store Manager.
- Assist in plan-o-gram implementation and maintenance.
- Assist customers by locating merchandise.
- Bail cardboard and take out trash; dust and mop store floors; clean restroom and stockroom.
- Greet customers as they enter the store.
- Maintain register countertops and bags; implement register countertop plan-o-grams.
- Operate cash register and flatbed scanner to itemize and total customer's purchase; bag merchandise.
- Collect payment from customer and make change.
- Clean front end of store and help set up sidewalk displays.
- Help to maintain a clean, well-organized store and facilitate a safe and secure working and shopping environment.
- Provide superior customer service leadership.
- Follow company policies and procedures as outlined in the Standard Operating Procedures manual, Employee Handbook, and company communications.
- Open and/or close the store under specific direction of the Area Manager.

*In the Absence of the Store Manager or Assistant Store Manager:*
- Authorize and sign for refunds and overrides; count register; make bank deposits.
- Assist in maintaining strict cashier accountability, key control, and adherence to company security practices and cash control procedures.
- Monitor cash levels and make appropriate drawer pulls as directed by the Store Manager.
- Monitor cameras for unusual activities (customers and employees), if applicable.
- Supply cashiers with change when needed.
- Complete all required paperwork and documentation according to guidelines and deadlines as assigned.

1



DEFENDANT'S EXHIBIT

Crews

CONFIDENTIAL

*(Lead Store Clerk continued)*

**KNOWLEDGE and SKILLS**

- Ability to perform mathematical calculations such as addition, subtraction, multiplication, division, and percentages.
- Knowledge of cash handling procedures including cashier accountability and deposit control.
- Ability to perform IBM cash register functions.
- Knowledge of cash, facility and safety control policies and practices.
- Effective interpersonal and oral & written communication skills.
- Understanding of safety policies and practices.
- Ability to read and follow plan-o-gram and merchandise presentation guidance.

**WORK EXPERIENCE and/or EDUCATION**

- High school diploma or equivalent and six months of supervisory experience (or related experience/training) preferred.

**COMPETENCIES**

- Foster cooperation and collaboration.
- Interact with staff tactfully yet directly and maintain an open forum of exchange.
- Apply basic principles of retail (i.e., ordering cycles, peak inventories, merchandise flow, etc.)
- Aligns motives, values and beliefs with Dollar General values.
- Works as a team player and recognizes that his/her actions directly impact store performance.
- Demonstrates responsiveness and sensitivity to customer needs.
- Performs all cash register functions efficiently and accurately.
- Stocks and maintains merchandise in store, adequately and safely.
- Consciously maintains an orderly, clean and safe store.

**WORKING CONDITIONS and PHYSICAL REQUIREMENTS**

- Frequent walking and standing.
- Frequent bending, stooping and kneeling to run check out station, stock merchandise and unload trucks.
- Frequent handling of merchandise and equipment such as hand-held scanners, pricing guns, box cutters, merchandise containers, two-wheel dollies, and U-boats (six-wheel carts).
- Frequent and proper lifting of up to 40 pounds; occasional lifting of up to 55 pounds.
- Occasional climbing (using ladder).
- Fast-paced environment; moderate noise level.
- Occasionally exposed to outside weather conditions.

2

Joy Crews/DG 00059, Docs. Produced to Plaintiff

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JOY CREWS         *
             *
  Plaintiff,       *
             *
v            * Civil Action No. 3:06-cv-00047-MEF-VPM
             *
DOLGENCORP, INC.,     *
             *
  Defendant,      *
             *
             *

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff herein responds to Defendant Dolgencorp, Inc.'s First Request for Production of Documents s as follows:

1. All documents that reflect, relate to, contain or describe any statement made to the plaintiff by anyone who was or is an employee or agent of any defendant about:

  (a) the matters alleged in the complaint,

  (b) the plaintiff's employment with Dolgencorp, or

  (c) any purported discriminatory or illegal conduct directed toward the

    plaintiff or any employee of Dolgencorp.

**RESPONSE:** **Copies of all documents in Plaintiff's possession responsive to this request are being produced.**



2.    All documents that the plaintiff gave to or obtained from Dolgencorp that relate to:

    (a)    the matters alleged in the complaint,

    (b)    the plaintiff's employment with Dolgencorp, or

    (c)    any purported discriminatory or illegal conduct directed toward the plaintiff or any employee of Dolgencorp.

**RESPONSE:** **Copies of all documents in Plaintiff's possession responsive to this request are being produced.**

3.    All documents that reflect or relate to the terms, conditions or benefits of employment with any person or entity that employed the plaintiff or with whom the plaintiff sought employment, other than Dolgencorp, after 2001.

**RESPONSE:** **Copies of all documents in Plaintiff's possession responsive to this request are being produced.**

4.    All income tax return, W-2 forms, paycheck stubs and all other documents reflecting the sources, amounts and changes in amounts of the plaintiff's income from any source other than any defendant from and including 2001 to the present.

**RESPONSE:** **Plaintiff objects to this request because it is irrelevant, not likely to lead to admissible evidence and requested for the sole purpose of intimidating and/or harassing Plaintiff. Counsel for Plaintiff further contends that this request is against the policy concerns espoused in the 11th Circuit and that Defendants have not demonstrated a compelling need for this information that would justify abrogated the 11th**

Circuit's policy considerations. See Maddow v. Proctor & Gamble Company, Inc., 107 F.3d 846, 853 (11th Cir. 1997)(citing Lemanik v. McKinley Allsopp, Inc., 125 F.R.D. 602, 609 (S.D.N.Y. 1989)). Public policy is against unnecessary disclosure of tax returns. Maddow, 107 F.3d at 853 (11th Cir. 1997)(citing Biliske v. American Live Stock, Inc., 73 F.R.D. 124, 126 n. 1(W.D.Okla. 1977)).

5.     All documents reflecting or relating in any way to any mental, physical or pecuniary damage that the plaintiff allegedly suffered as a result of the matters alleged in the complaint.

**RESPONSE:** **Copies of all documents in Plaintiff's possession responsive to this request are being produced.**

6.     All documents reflecting the identity of any witness to any matter alleged in the complaint.

**RESPONSE:** **Copies of all documents in Plaintiff's possession responsive to this request are being produced.**

7.     All documents reflecting the identity of any doctor, therapist, chiropractor, psychiatrist, psychologist, minister or other counselor that the plaintiff made an appointment with, consulted or received treatment from at any time from and including 2001 to the present.

**RESPONSE:** **Plaintiff objects to this Request on the grounds that it seeks information which is privileged and sensitive in nature. Plaintiff further objects that the**

request is too broad and the information sought is burdensome to produce, is not relevant and not likely to lead to admissible evidence.

8.    All medical, psychiatric or psychological reports, writings, histories and charts, x-ray reports, prescriptions, bills and any other records pertaining or referable in any way to any diagnosis, observation or treatment of the plaintiff from and including 2001 to present.

**RESPONSE:** Plaintiff objects to this Request on the grounds that it seeks information which is privileged and sensitive in nature.  Plaintiff further objects that the request is too broad and the information sought is burdensome to produce, is not relevant and not likely to lead to admissible evidence.

9.    All documents that reflect or relate to any alleged discriminatory or illegal conduct against the plaintiff or any other applicant or employee of Dolgencorp.

**RESPONSE:** Copies of all documents in Plaintiff's possession responsive to this request are being produced.

10.    Any document that reflects or relates to any complaint, objection, grievance, protest or other indication of dissatisfaction expressed by the plaintiff to any person or entity concerning Dolgencorp's alleged unlawful practices.

**RESPONSE:** Copies of all documents in Plaintiff's possession responsive to this request are being produced.

11.    All diaries, notes, tapes, recordings, photographs, videotapes or other documents made or kept by the plaintiff concerning:

        (a)    the matters alleged in the complaint,

        (b)    the plaintiff's employment with Dolgencorp, or

        (c)    any purported discriminatory or illegal conduct directed toward the plaintiff or any employee of Dolgencorp.

**RESPONSE:** Copies of all documents in Plaintiff's possession responsive to this request are being produced.

12.    All documents that reflect or relate in any way to any effort that the plaintiff made to obtain employment with any employer from and including 2001 to the present, including but not limited to any correspondence between the plaintiff and any potential employer and any application, resume or other listing of qualifications or experience prepared by or for the plaintiff.

**RESPONSE:** Copies of all documents in Plaintiff's possession responsive to this request are being produced.

13.    All documents that the plaintiff submitted to or received from any employer after the termination of her employment with Dolgencorp.

**RESPONSE:** Copies of all documents in Plaintiff's possession responsive to this request are being produced.

14.    All documents that relate to any of the plaintiff's claims for unemployment compensation as a result of the termination of the plaintiff's employment with Dolgencorp.

**RESPONSE:** Copies of all documents in Plaintiff's possession responsive to this request are being produced.

15.    All documents that reflect or relate to any EEOC charge or claim of discriminatory or illegal conduct asserted by the plaintiff against any individual or entity other than Dolgencorp.

**RESPONSE:** Copies of all documents in Plaintiff's possession responsive to this request are being produced.

16.    Any other document not encompassed by any other request above which reflects or relates to any alleged unlawful conduct on the part of Dolgencorp.

**RESPONSE:** Plaintiff objects to this request as being vague and overbroad to the extent it would cover the claims asserted in the FLSA collective action lawsuit being brought by unrelated individuals. The production of all the documents in that case would be unreasonably burdensome to produce, irrelevant, and repetitive of what the Defendant's firm already possesses. Without waiving said objections, copies of all documents in Plaintiff's possession responsive to this request are being produced.

17.    All documents that reflect, relate to, contain or describe the identity of any current or former Dolgencorp employee that you contend:

a.    Was allegedly requested or required by any current or former employee or agent of Dolgencorp to work "off the clock;"

b.    Was allegedly not compensated at a correct overtime rate for any overtime hours he or she worked; or

c.    Was allegedly subjected to improper or unlawful conduct by any employee or agent of Dolgencorp.

**RESPONSE:** Copies of all documents in Plaintiff's possession responsive to this request are being produced.


18.    Produce all files and documents in your possession, custody or control, including, but not limited to correspondence, personal diaries, calendars, notes, memoranda, pay stubs, time records, employee manuals and personnel documents which refer or relate in any way to any allegations contained in your Complaint.

**RESPONSE:** Copies of all documents in Plaintiff's possession responsive to this request are being produced.

_____
ROMAN A. SHAUL
One of the Attorneys for Plaintiff

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone No.: (334) 269-2343
Facsimile No.: (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of the same in the United States Mail, first class, postage prepaid on this the 22nd day of March, 2006.

OF COUNSEL

Mr. Christopher W. Deering
Mr. J. Trent Scofield
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
1819 - 5th Avenue North, suite 1000
Birmingham, Alabama 35203-2118

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JOY CREWS** | * |
| | * |
| Plaintiff, | * |
| | * |
| **v.** | * Civil Action No. 3:06-cv-00047-MEF-VPM |
| | * |
| **DOLGENCORP, INC.,** | * |
| | * |
| Defendant, | * |
| | * |
| | * |

---

## PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST INTERROGATORIES

Plaintiff herein responds to Defendant Dolgencorp, Inc.'s First Interrogatories as follows:

1.      State the plaintiff's full name including middle name, and all nicknames, or any aliases, by which the plaintiff has been known, and the plaintiff's social security number and date of birth.

**RESPONSE:**  **Plaintiff has been known by the following names:  Rilla Joy Crews, Rilla Joy Holloway, Rilla Joy Sulton and June Bug.  Her social security number is 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.**

2.      State the addresses of all residences at which the plaintiff has lived during the past five years, specifying the dates during which the plaintiff resided at each address.

**RESPONSE:  Plaintiff has resided at 773 Co Rd. 435, Graham, AL 36263 for the past 20 years.**

DEFENDANT'S
EXHIBIT
13
crews

3.     Describe the plaintiff's education, including but not limited to identifying all schools that she attended, military training she received, courses of instruction of any type in which she participated, on the job training she has received, all degrees or certifications she has received and the dates of attendance for each.

**RESPONSE:** **Plaintiff attended Bowden Elementary School, Ranburne High School for 3 years and Bowden High School where she graduated in 1981.**

4.     Identify all of the plaintiff's employers from 2001 to present, including the plaintiff's position, rate(s) of pay, benefits, supervisor's name and the dates of employment for each.

**RESPONSE:** **Plaintiff worked at Dollar General as a clerk and third key from 2003 until July 18, 2005, where she earned $7.50 an hour.  She has worked at Super 10 from July 20, 2005 until present as the assistant manager earning $6.50 an hour.**

5.     Identify all employers with whom the plaintiff has applied or sought employment, regardless of whether the plaintiff was hired, from 2001 to present.

**RESPONSE:** **Plaintiff sought employment from Dollar General in Bowdon, Georgia, Dollar General in Ranburne, Alabama and Super 10.**

6.     Identify all physicians, psychiatrists, psychologists, counselors, ministers or other healthcare provider, whether for physical or mental health treatment, from which the plaintiff has sought or received treatment within the last five years, regardless of the nature of the reason.

RESPONSE:  Plaintiff objects that the information requested is privileged and personal in nature.  Plaintiff further objects that the information requested is irrelevant, not likely to lead to admissible evidence, and is requested for the purpose of harassing and intimidating Plaintiff.

7.    Identify all medications that the plaintiff has been prescribed from 2001 to the present including the name of the physician or other healthcare provider who prescribed the medication.

RESPONSE:  Plaintiff objects that the information requested is privileged and personal in nature.  Plaintiff further objects that the information requested is irrelevant, not likely to lead to admissible evidence, and is requested for the purpose of harassing and intimidating Plaintiff.

8.    If the plaintiff has ever been treated as an inpatient in a hospital or received any treatment on an outpatient basis within the past five years, please state the dates of each such treatment and identify the physician(s), psychiatrist(s), psychologist(s) or other healthcare provider who treated the plaintiff.

RESPONSE:  Plaintiff objects that the information requested is privileged and personal in nature.  Plaintiff further objects that the information requested is irrelevant, not likely to lead to admissible evidence, and is requested for the purpose of harassing and intimidating Plaintiff.

9.    Has the plaintiff ever applied for unemployment compensation benefits?  If so, in what state, and when?

**RESPONSE:  Plaintiff applied for unemployment benefits in Georgia in 1987 but was denied.**

10.    Has the plaintiff ever applied for disability benefits of any type, including through the Social Security Administration or a private insurance carrier?  If so, state the date of the application and the entity from which the benefits were sought.

**RESPONSE:  No.**

11.    Has the plaintiff ever been arrested for, or convicted or, a crime?  If so, when, where, what was the charge and how was the matter resolved?

**RESPONSE:  No.**

12.    Has the plaintiff ever declared bankruptcy?  If so, what chapter and in what court? Has the bankruptcy been discharged?

**RESPONSE:  No.**

13.    For each minute of time you claim to have "worked" without compensation or without overtime compensation, when you allege you were entitled to overtime compensation please:

      a.    Identify and describe in detail the nature, factual circumstances, and specific amount of time you "worked" without compensation or without overtime compensation; and

b.    All individuals, including any managers, who knew of and/or permitted the time you "worked" without such compensation.

**RESPONSE:** Plaintiff objects to this interrogatory to the extent it requires the Plaintiff to recall exactly what she was doing for "each minute" of the day, "in detail." This request is an unreasonable burden that exceeds any reasonable expectation of human limits and further exceeds those burdens place on Plaintiff by the *Federal Rules of Civil Procedure* and the applicable case law.  Plaintiff states that she will answer this request to the best of her ability but cannot accomplish the detail Defendant requests.  Without waiving said objection, Plaintiff states that she would often "build hours" working 45-50 one week and working 35-30 the next week and getting credit each week for 40 hours instead of getting paid overtime for the week she worked over.  Plaintiff states this always happened during Christmas time and when people would call in sick or when the store needed straightening up prior to the District Manager visiting.  Plaintiff further states that to the best of her recollection Vivian Keith, Store Manager, Gigi Cook, Assistant Manager, Samantha Hill, Clerk, Talisha Blackwelder, Clerk, Robin Wiggins, Third Key and Joyce Soling, Clerk were present during some of these instances.

14.    State the date, location, and persons participating in each oral or written communication that you claim to have had with any Dolgencorp employee that supports your allegations in your Complaint.

**RESPONSE:** Plaintiff objects to this request as vague and overburdensome. Plaintiff cannot reasonably be expected to testify as to each conversation, including the

date, location and person, over the period of time covered by the complaint. Plaintiff states that she can recall having conversations, concerning some of the allegations in this complaint, with Vivian Keith, Store Manager, Gigi Cook, Assistant Manager, Samantha Hill, Clerk, Talisha Blackwelder, Clerk, Robin Wiggins, Third Key, Joyce Soling, Clerk and Vanessa Johnson.

15.     Identify each person whom the plaintiff expects to call as an expert witness at trial and for each.

      (a)     State the subject matter on which the expert is expected to testify,

      (b)     State each subject matter which the expert was asked to analyze or consider,

      (c)     State the substance of the facts and opinions to which the expert is expected to testify,

      (d)     State a summary of the grounds for each opinion of the expert,

      (e)     Identify and describe all qualifications that make the witness an expert, including but not limited to the witness's educational background, experience and occasions when the witness has previously testified as an expert (including, for each occasion of prior testimony, identification of the parties to the case, the court before which the case was or is pending and the date(s) on which testimony was given),

      (f)     Identify any document on which the expert relies or bases his or her opinion(s),

      (g)     Identify each document provided to or obtained by the expert for his or her use or consideration in analyzing evidence or issues and/or formulating any opinion, and

(h)     State the name, publisher and date of publication of all publications authorized in whole or in part by the expert.

**RESPONSE:** Plaintiff objects to this request to the extent it exceeds the information allowed under the *Federal Rules of Civil Procedure* and controlling case law. Plaintiff further objects that the information requested is overly burdensome to produce. Without waiving said objections, Plaintiff states that neither she nor counsel have consulted with or selected an expert witness at this time. This answer will be supplemented when a decision is made.

16.     Identify each expert whom the plaintiff or any other person or entity retained or specifically employed in anticipation of litigation or preparation for trial and who is not expected to be called as a witness at trial.

**RESPONSE:** Plaintiff objects to this request to the extent it exceeds the information allowed under the *Federal Rules of Civil Procedure* and controlling case law. Plaintiff further objects that the information requested is overly burdensome to produce. Without waiving said objections, Plaintiff states that neither she nor counsel have consulted with or selected an expert witness at this time.

Pursuant to 28 U.S.C. 17446, I declare under penalty of perjury of the laws of the United States of America that the forgoing is true and correct, to the best of my knowledge and ability.

Date: _____2-27-06_____, 2006.

_____
PLEASE SIGN YOUR NAME HERE

_____
PLEASE PRINT YOUR NAME HERE

_____
ROMAN A. SHAUL
One of the Attorneys for Plaintiff

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36104
Telephone:    (334) 269-2343
Facsimile:    (334) 954-7555

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of the same in the United States Mail, first class, postage prepaid on this the 22nd day of March, 2006. 23rd

OF COUNSEL

Mr. Christopher W. Deering
Mr. J. Trent Scofield
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
1819 - 5th Avenue North, suite 1000
Birmingham, Alabama 35203-2118