# EXHIBIT 4

# Dollar General Corporation

## Progressive Counseling Record

**EMPLOYEE NAME:** Rilla Joy Crews

**EMPLOYEE POSITION:** Lead Clerk

**EMPLOYEE SS#:** 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

**DATE OF OCCURRENCE:** 10-18-04

**SUPERVISOR'S NAME:** Vivian Keith

**STORE STAMP OR STORE NUMBER OR DEPARTMENT NAME:**
DOLLAR GENERAL STORES
STORE #1800
WEDOWEE & BURSON STREETS
BOWDEN, GA 30108

**Action Taken:** (CHECK ONLY ONE BOX)
- [ ] Verbal Counseling
- [ ] Written Counseling
- [x] Final Counseling

**Type of Occurrence:**
- [ ] Substandard Performance
- [ ] Correctable Conduct
- [ ] Correctable Attendance

**Describe the actual level versus the expected level of performance, conduct or attendance.**

On Monday 10-18-04 Joy didn't go to Bank to make the deposits. She said she got busy & forgot. When the assistant Mgr. came in she didn't check the safe, so no deposits were made until Tues. A.M. 10-19-04

**Action Plan to correct performance, conduct or attendance:**

I have talked & counseled Joy on how serious this matter is and it is not to happen again. Joy realizes how serious this is and has agreed it will not happen again.

**By (Date):**

**Employee Comments - regarding the problem and/or solution:**

**IF CONDUCT OR ATTENDANCE:** "Further conduct or attendance violations of the kind specified within the time frame indicated will result in":
- [ ] WRITTEN COUNSELING
- [ ] FINAL COUNSELING
- [x] TERMINATION

**IF PERFORMANCE:** The above stated ACTION PLAN must be accomplished satisfactorily within the timeframes alloted or:
- [ ] WRITTEN COUNSELING
- [ ] FINAL COUNSELING
- [ ] TERMINATION

**SIGNATURES:**
"I have read and I understand the information and requirements stated in this counseling."

Employee Refused to Sign

Employee Signature: _____ Date: _____

"The information and requirements of this counseling have been explained to the employee."

Immediate Supervisor Signature: Vivian Keith   Date: 10-19-04