# EXHIBIT 5

## Progressive Counseling Record

**EMPLOYEE NAME:** Rilla Joy Crews
**EMPLOYEE POSITION:** Lead Cashier
**SS#:** 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
**DATE OF OCCURRENCE:** 3-26-05
**SUPERVISOR'S NAME:** Vivian Keith

**STORE STAMP or Department Name:**
DOLLAR GENERAL STORE
STORE #4800
WEDOWEE & BURSON STREETS
BOWDEN, GA 30108

**Action Taken:** ☐ Verbal Counseling   ☐ Written Counseling   ☒ Final Counseling

**Type of Occurrence:** ☐ Substandard Performance   ☐ Correctable Conduct   ☐ Correctable Attendance

**Describe the actual level of performance, conduct, attendance vs. expected:**
On this date pay was $60.00 short in safe $15.00 short in cash drawer. She has been told repeatedly "Slow down, take your time." She gets everyone employed here involved with any problem that might occur. But Joy wants to do things her way. She needs to realize what goes on in the office must stay in the office. Employees need to concentrate on their job, not what's going on with someone else.

**Action Plan to correct the problem is:**
Joy must pay attention & follow instructions. Become a team player & help make this a more enjoyable place to work & let others do their job. Stop being in a rush to get out of the store.

**By (Date):** 3-27-05

**Employee Comments - regarding the problem and/or solution:**
If you want a comment from me, just call me. Thank you. Collect 256-568-1488

**IF CONDUCT OR ATTENDANCE:** "Further conduct or attendance violations of the kind specified within the time frame indicated will result in":
☐ WRITTEN COUNSELING   ☐ FINAL COUNSELING   ☒ TERMINATION

**IF PERFORMANCE:** The above stated ACTION PLAN must be accomplished satisfactorily within the timeframes allotted or:
☐ WRITTEN COUNSELING   ☐ FINAL COUNSELING   ☒ TERMINATION

**SIGNATURES:**
"I have read and I understand the information and requirements stated in this record."

"The information and requirements of this memo have been explained to the employee."

**Employee Signature:** Vivian Keith
**Immediate Supervisor Signature**
**Date:** 4-4-05