# EXHIBIT 6

Joy closing
5-19-05

1. Having problems with safe fund
2. Drawers not counted down correctly
3. Deposits are not right
4. Not doing pick ups on cashiers
5. Not recovering and face fronting store
6. Not ensuring cashiers do what they are supposed to do.
7. Given wrong directions about smoking area
8. Taking to much time to close
9. Clocking in early
10. Boxes not broken down

Talked to Joy about each issue
1. Joy said safe fund had to count was not right. I explained that's why we do a safe fund count to make sure at opening and closing it is right.
2. Joy said she had never ran a cashier balancing report or cashier reports that it was all lies

This is what all Dollar General Associates remember & management should too. Dollar Panderin store was run like Dollar General Corporation taught me not the way Joy had learned at the other store.