# EXHIBIT 7

# SIGNATURE PAGE

 Social Security Number



## WAGE & HOUR ACKNOWLEDGEMENT

I understand that *working off the clock, instructing* someone to work off the clock, allowing friends and/or family to work in the store or accepting merchandise or cash for work is a violation of Company policy. I also understand that employees must be paid for all hours worked, including time spent making nightly deposits, within the week they were actually worked. Employees will be paid through the regular payroll system for all hours worked, no exceptions. Any violation may result in immediate termination of employment, even for the first offense. I understand that it is my responsibility to contact the Employee Reponse Center at 1-888-237-4114 if I have not been paid for all hours worked.

## PAY POLICY ACKNOWLEDGEMENT

I understand that it is company policy and State and Federal Law that all employees including myself must accurately record ACTUAL HOURS WORKED on their time sheet and employees are to be paid for all hours worked. I understand that Dollar General Company Policy requires that all employees be at least 18 years of age. I FURTHER UNDERSTAND THAT FAILURE TO FOLLOW EITHER POLICY WILL RESULT IN TERMINATION OF EMPLOYMENT OF THE EMPLOYEE WHO FALSIFIES THE TIME RECORD AS WELL AS FOR ANY MANAGEMENT EMPLOYEE WHO INSTRUCTS THE EMPLOYEE TO FALSIFY THE TIME RECORD.

## DRUG TESTING ACKNOWLEDGEMENT

I understand and am fully aware of Dollar General's Drug and Alcohol Policy as it appears in the Employee Handbook. I understand that where permitted by law, drug, and alcohol screening of my urine specimen may be conducted on a random basis during my employment. I agree to comply with the rules and regulations of Dollar General and this program. I understand that a violation of Dollar General's Drug and Alcohol Policy can prevent me from either being hired by Dollar General or if, already an employee, may subject me to discipline up to and including discharge, even for the first offense.

## EMPLOYMENT COMPLIANCE ACKNOWLEDGEMENT

I have read the Employment Compliance Policy Statements included in the Employee Handbook and am fully aware of Dollar General Corporation's stance on these issues. I understand that it is the policy of the corporation, and its employees, not to discriminate in any company practice with regard to age, race, color, religion, sex, pregnancy, national origin, disability, or citizenship status. I do also understand that any individual found to have committed such discrimination is subject to disciplinary action for violation of this policy, up to and including termination, even for a first offense.

I acknowledge that I have read ALL the above policies and agree to fully adhere to these Company policies. I further acknowledge that I should contact the Employee Response Center at 1-888-237-4114 to report any violations of these policies.

Employee Signature: _Killy Jay Crews_     Date: 1-20-03

## EMPLOYMENT ACKNOWLEDGEMENT

I acknowledge that I have received a copy of the Dollar General Employee Handbook outlining the policies and procedures of Dollar General. I have read the Table of Contents, and I know what kind of information I can find in the handbook. I acknowledge that it is my responsibility to read and understand the information contained in this Handbook. I am aware that the Company may revise, add to or delete any policies, procedures, or benefits without notice as deemed necessary for the efficient operation of the Company. If I have any questions, I understand that I should contact my immediate supervisor or the Human Resources Department.

AS A CONDITION OF MY CONTINUED EMPLOYMENT, I AGREE TO FOLLOW THE RULES AND REGULATIONS OF THE COMPANY. I ALSO UNDERSTAND THAT NOTHING CONTAINED IN THE HANDBOOK IS INTENDED TO CREATE AN EMPLOYMENT CONTRACT BETWEEN THE COMPANY AND ME FOR EITHER EMPLOYMENT DURATION OR FOR THE PROVIDING OF ANY BENEFIT. IT IS THE POLICY AND INTENT OF DOLLAR GENERAL CORPORATION AND THE UNDERSIGNED THAT THE EMPLOYMENT RELATIONSHIP IS ONE CREATED AND GOVERNED BY THE WILL OF BOTH PARTIES AND MAY BE TERMINATED AT ANY TIME WITH OR WITHOUT CAUSE BY EITHER PARTY.

I futher understand that no supervisor, manager or representative of the Company, other than the Chairman, has any authority to enter into any agreement for employment for any specified period of time or make any agreement contrary to the foregoing.

Employee Signature: _Killy Jay Crews_     Date: 1-20-03

DEFENDANT'S EXHIBIT 2

Return to HR

White=HR     Yellow=Employee