IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOY CREWS,<br><br>    Plaintiff,<br><br>-vs-<br><br>DOLGENCORP, INC.,<br><br>    Defendant. | Civil Action No.<br>3:06-cv-0047-MEF-VPM |

**NOTICE OF EVIDENTIARY FILING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff, and in addition to their memorandum of law, offers the following evidentiary material in support of their opposition to Defendant's motion for summary judgment.

1. Exhibits "A-1" and "A-2" are PACER Report Sheets for cases where Defendant has been sued for almost identical "off-the-clock" claims.

2. Exhibit "B" – Declarations and consents of individuals submitted in other cases that have alleged similar conduct as Plaintiff.

/s/ Roman A. Shaul
_____
ROMAN A. SHAUL (ASB#5043-S58R)
One of the Attorneys for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone No. (334) 269-2343

## CERTIFICATE OF SERVICE

       This is to certify that I have electronically filed the foregoing document with this Court with copies to be served upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid and/or by this Court's electronic filing system, on this the 1st day of December, 2006.

Mr. Christopher W. Deering
Mr. Ryan M. Aday
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
One Federal Plaza, 10th Floor
1819 5th Avenue North
Birmingham, Alabama  35203

                                                 /s/ Roman A. Shaul
                                                 _____
                                                 OF COUNSEL