CLOSED

# U.S. District Court
## Middle District of Florida (Ocala)
## CIVIL DOCKET FOR CASE #: 5:06-cv-00122-WTH-GRJ

Robinson v. Dolgencorp, Inc.
Assigned to: Senior Judge Wm. Terrell Hodges
Referred to: Magistrate Judge Gary R. Jones
Cause: 29:206 Collect Unpaid Wages

Date Filed: 04/06/2006
Date Terminated: 11/28/2006
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Penny Robinson**
*on behalf of herself and those similarly situated*

represented by **Richard Bernard Celler**
Morgan & Morgan
284 S. University Dr.
Ft. Lauderdale, FL 33324
877/435-9243
Fax: 954/333-3515
Email: Richard@cellerlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Jerome**

represented by **Richard Bernard Celler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beverly Smith**

represented by **Richard Bernard Celler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Adkins**

represented by **Richard Bernard Celler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dolgencorp, Inc.**
*a foreign corporation*
*doing business as*

represented by **Anderson B. Scott**
Fisher & Phillips LLP
1500 Resurgens Plaza

Dollar General Corporation

945 E Paces Ferry Rd
Atlanta, GA 30326
404/231-1400
Fax: 404/249-4249
Email: ascott@laborlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony J. Hall**
Fisher & Phillips LLP
Lincoln Plaza, Suite 1250
300 S. Orange Ave.
Orlando, FL 32801
407/541-0888
Fax: 407/541-0887
Email: ahall@laborlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine E. Howard**
Fisher & Phillips, LLP
1500 Resurgens Plaza
945 E. Paces Ferry Rd.
Atlanta, GA 30326
404/240-4291
Fax: 404/240-4249
Email: choward@laborlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**E. Jewelle Johnson**
Fisher & Phillips LLP
1500 Resurgens Plaza
945 E Paces Ferry Rd
Atlanta, GA 30326
404/240-4286
Fax: 404/240-4249
Email: ejjohnson@laborlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalie J. Storch**
Fisher & Phillips LLP
Lincoln Plaza, Suite 1250
300 S. Orange Ave.
Orlando, FL 32801
407/541-0888
Fax: 407/ 541-0887
Email: nstorch@laborlawyers.com
*TERMINATED: 10/17/2006*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2006 | 1 | COMPLAINT against Dolgencorp, Inc.; jury demand (Filing fee $250.00 receipt number C-4747), filed by Penny Robinson. (Attachments: # 1 Civil Cover Sheet)(AIQ) (Entered: 04/06/2006) |
| 04/06/2006 | 2 | NOTICE of filing Notice of Consent to Join by Penny Robinson re 1 Complaint. (AIQ) (Entered: 04/06/2006) |
| 04/06/2006 |  | Summons issued as to Dolgencorp, Inc. (AIQ) (Entered: 04/06/2006) |
| 04/07/2006 | 3 | NOTICE of Designation under Local Rule 3.05-Track 2. (Attachments: # 1)(MAM) (Entered: 04/07/2006) |
| 04/28/2006 | 4 | ANSWER and affirmative defenses to complaint by Dolgencorp, Inc.. (Hall, Anthony) (Entered: 04/28/2006) |
| 05/16/2006 | 5 | ANSWER and affirmative defenses to complaint by Dolgencorp, Inc.. (Storch, Natalie) (Entered: 05/16/2006) |
| 05/18/2006 | 6 | *Amended* ANSWER and affirmative defenses to complaint by Dolgencorp, Inc..(Storch, Natalie) (Entered: 05/18/2006) |
| 05/23/2006 | 7 | CASE MANAGEMENT REPORT. (Storch, Natalie) (Entered: 05/23/2006) |
| 05/26/2006 | 8 | CASE MANAGEMENT AND SCHEDULING ORDER: Discovery due by 12/18/2006. Dispositive motions due by 1/18/2007. Pretrial Conference set for 4/18/2007 02:00 PM in Courtroom 1 before Judge Wm. Terrell Hodges. Jury Trial set for weeks of 4/30, 5/7, and 5/14/2007 before Judge Wm. Terrell Hodges. Signed by Deputy Clerk on 5/26/2006. (MAM) (Entered: 05/26/2006) |
| 06/02/2006 | 9 | CASE MANAGEMENT REPORT. (Storch, Natalie) Attorney called, pleading filed in wrong case; attorney will refile in correct case. Modified on 6/5/2006 (LMF). (Entered: 06/02/2006) |
| 07/17/2006 | 10 | MOTION for leave to file Amended Complaint by Penny Robinson. (Attachments: # 1 Exhibit A)(Celler, Richard) (Entered: 07/17/2006) |
| 08/14/2006 | 11 | ORDER granting 10 Plaintiff's Motion For Leave to File Amended Complaint. Signed by Judge Gary R. Jones on 8/14/2006. (grj) (Entered: 08/14/2006) |
| 08/15/2006 | 12 | MOTION to certify class *and Incorporated Memorandum of Law* by Penny Robinson. (Attachments: # 1)(Celler, Richard) (Entered: 08/15/2006) |
| 08/16/2006 | 13 | NOTICE by Penny Robinson *Notice of Filing Additional Notices of Consent to Join* (Attachments: # 1)(Celler, Richard) (Entered: 08/16/2006) |
| 08/18/2006 | 14 | MOTION for Extension of Time to File Response/Reply *to Plaintiff's* |

|  |  |  |
|---|---|---|
|  |  | *Motion for an Order Permitting Court Supervised Notice to Employees of their Opt-in Rights and Memorandum of Law in Support* by Dolgencorp, Inc.. (Hall, Anthony) (Entered: 08/18/2006) |
| 08/21/2006 | 15 | MEMORANDUM in opposition re 14 Motion for Extension of Time to File Response/Reply filed by Penny Robinson. (Celler, Richard) (Entered: 08/21/2006) |
| 08/23/2006 | 16 | AMENDED COMPLAINT against Dolgencorp, Inc. with Jury Demand, filed by Penny Robinson, Sandra Jerome, Beverly Smith, Karen Adkins. (Celler, Richard) (Entered: 08/23/2006) |
| 08/29/2006 | 17 | ORDER granting 14 Defendant Dolgencorp Inc.'s Motion for Enlargement of Time to File Response To 12 Plaintiffs' Motion For An Order Permitting Court Supervised Notice To Employees Of Their Opt-In Rights. Response due by 9/12/2006. Signed by Judge Gary R. Jones on 8/29/2006. (grj) Modified on 8/30/2006 (AIQ). (Entered: 08/29/2006) |
| 09/05/2006 | 18 | Unopposed MOTION for leave to file excess pages *for Defendant's Brief in Opposition to Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of their Opt-in Rights* by Dolgencorp, Inc. (Hall, Anthony) Modified on 9/6/2006 (AIQ). (Entered: 09/05/2006) |
| 09/06/2006 | 19 | ORDER granting 18 Defendant's Unopposed Motion To Extend The Page Limitation For Defendant's Brief In Opposition To Plaintiff's Motion For An Order Permitting Court Supervised Notice To Employees Of Their Opt-In Rights. Signed by Judge Gary R. Jones on 9/6/2006. (grj) (Entered: 09/06/2006) |
| 09/07/2006 | 20 | *Defendant's* ANSWER and affirmative defenses to amended complaint by Dolgencorp, Inc..(Hall, Anthony) (Entered: 09/07/2006) |
| 09/08/2006 | 21 | Unopposed MOTION for Anderson B. Scott, Christine E. Howard and E. Jewelle Johnson to appear pro hac vice by Dolgencorp, Inc.. (Hall, Anthony) (Entered: 09/08/2006) |
| 09/08/2006 | 22 | MOTION to stay *Discovery Pending Resolution Of Class Notice Issue; Motion for a Protective Order and Incorporated Memo of Law in Support* by Dolgencorp, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Hall, Anthony) (Entered: 09/08/2006) |
| 09/11/2006 | 23 | ORDER granting 21 Defendant's Unopposed Motion For Pro Hac Vice Admission. Anderson B. Scott, Christine E. Howard and E. Jewelle Johnson are admitted pro hac vice to represent the Defendant in this action. Signed by Judge Gary R. Jones on 9/11/2006. (grj) (Entered: 09/11/2006) |
| 09/12/2006 | 24 | MOTION to strike 12 MOTION to certify class *and Incorporated Memorandum of Law (Portions of the Affidavit of Robinson, Smith and Jerome)* by Dolgencorp, Inc. (Attachments: #(1) Exhibit 1, #(2) Exhibit 2, #(3) Exhibit 3) (Hall, Anthony) Modified on 9/13/2006 (AIQ). (Entered: 09/12/2006) |
| 09/12/2006 | 25 | MEMORANDUM in opposition re 12 Motion to certify class filed by |

| | | |
|---|---|---|
| | | Dolgencorp, Inc. (Attachments: #(1) Exhibit Index, #(2) Exhibit 1, #(3) Exhibit 2, #(4) Exhibit 3, #(5) Exhibit 4 of 1, #(6) Exhibit 4 of 2, #(7) Exhibit 4 of 3, #(8) Exhibit 5, #(9) Exhibit 6, #(10) Exhibit 7, #(11) Exhibit 8 of 1, #(12) Exhibit 8 of 2a, #(13) Exhibit 8 of 2b, #(14) Exhibit 8 of 3, #(15) Exhibit 8 of 4, #(16) Exhibit 5, #(17) Exhibit 8 of 6, #(18) Exhibit 9, #(19) Exhibit 10, #(20) Exhibit 11, #(21) Exhibit 12, #(22) Exhibit 13, #(23) Exhibit 14, #(24) Exhibit 15, #(25) Exhibit 16, #(26) Exhibit 17, #(27) Exhibit 18, #(28) Exhibit 19, #(29) Exhibit 20, #(30) Exhibit 21, #(31) Exhibit 22, #(32) Exhibit 23, #(33) Exhibit 24, #(34) Exhibit 25, #(35) Exhibit 26) (Hall, Anthony) Modified on 9/13/2006 (AIQ). (Entered: 09/12/2006) |
| 09/25/2006 | 26 | MEMORANDUM in opposition re 22 Motion to stay filed by Penny Robinson. (Celler, Richard) (Entered: 09/25/2006) |
| 09/29/2006 | 27 | RESPONSE in opposition re 24 MOTION to strike 12 MOTION to certify class *and Incorporated Memorandum of Law (Portions of the Affidavit of Robinson, Smith and Jerome)* filed by Penny Robinson. (Celler, Richard) (Entered: 09/29/2006) |
| 10/06/2006 | 28 | STIPULATION re 22 MOTION to stay *Discovery Pending Resolution Of Class Notice Issue; Motion for a Protective Order and Incorporated Memo of Law in Support* and *Notice of Stipulation Affecting Defendant's Motion to Stay Discovery And Plaintiff's Response There to Regarding Discovery by Opt-ins Smith, Jerome, and Adkins to Defendant* by Dolgencorp, Inc. (Howard, Christine) Modified on 10/10/2006 (LMF). (Entered: 10/06/2006) |
| 10/16/2006 | 29 | NOTICE by Dolgencorp, Inc. *of Withdrawal of Counsel - Natalie J. Storch* (Hall, Anthony) (Entered: 10/16/2006) |
| 10/17/2006 | 30 | ORDER granting 29 Motion to Withdraw as counsel for Dolgencorp, Inc. The Clerk is directed to terminate Natalie J. Storch as counsel for Dolgencorp., Inc. Signed by Judge Gary R. Jones on 10/17/2006. (grj) (Entered: 10/17/2006) |
| 10/20/2006 | 31 | NOTICE OF RESCHEDULING HEARING: The trial term previously scheduled for April 30, 2007 is rescheduled. New scheduling date:Jury trial term set for weeks of 5/7, 5/14, and 5/21/2007 before Judge Wm. Terrell Hodges. (MAM) (Entered: 10/20/2006) |
| 10/20/2006 | 32 | NOTICE to co-counsel for defendant, Anderson B. Scott. Counsel has 30 days to register for a password, take the tutorials offered on the court's website and begin using the system. Signed by Judge Wm. Terrell Hodges. (MAM) (Entered: 10/20/2006) |
| 11/07/2006 | 33 | MOTION to dismiss Plaintiff's Amended Complaint *And Memorandum of Law in Support* by Dolgencorp, Inc. (Attachments: #(1) Exhibit A - Plaintiff's Initial Disclosures, #(2) Exhibit B - Declaration of Charlotte Frakes w/ Exhibits 1-4, #(3) Exhibit C - Def's Letter to Pltf's Counsel dated 10-5-06, #(4) Exhibit D - Def's Letter to Pltfs' Counsel dated 10-12-06, #(5) Exhibit E - E-Mail Communication between Counsel) (Howard, Christine) Modified on 11/8/2006 (AIQ). (Entered: |

| | | |
|---|---|---|
| | | 11/07/2006) |
| 11/13/2006 | 34 | REPORT AND RECOMMENDATION, recommending that 12 Plaintiff's Motion For An Order Permitting Court Supervised Notice To Employees of Their Opt-In Rights be denied; and denying 24 Defendant's Motion To Strike Portions of the Affidavits of Robinson, Smith and Jerome. Signed by Judge Gary R. Jones on 11/13/2006. (grj) (Entered: 11/13/2006) |
| 11/20/2006 | 35 | ORDER denying as moot 22 Defendant's Motion to Stay Discovery Pending Resolution of Class Notice Issue and granting Defendant's request for protective order with regard to discovery concerning unnamed opt-ins. Signed by Judge Gary R. Jones on 11/20/2006. (grj) (Entered: 11/20/2006) |
| 11/27/2006 | 36 | NOTICE of Settlement *(Joint)* by Dolgencorp, Inc. (Hall, Anthony) (Entered: 11/27/2006) |
| 11/28/2006 | 37 | 60 day ORDER dismissing case. Signed by Deputy Clerk on 11/28/2006. (MAM) (Entered: 11/28/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/30/2006 16:13:02 | | | |
| **PACER Login:** | bw0126 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:06-cv-00122-WTH-GRJ |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |