CASREF, JWF

# U.S. DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK [LIVE] (Rochester)
## CIVIL DOCKET FOR CASE #: 6:06-cv-06084-DGL-JWF

| | |
|---|---|
| Brickey et al v. Dolgencorp, Inc. et al<br>Assigned to: Hon. David G. Larimer<br>Referred to: Hon. Jonathan W. Feldman<br>Cause: 29:201 Fair Labor Standards Act | Date Filed: 02/09/2006<br>Jury Demand: Plaintiff<br>Nature of Suit: 710 Labor: Fair Standards<br>Jurisdiction: Federal Question |

**Plaintiff**

**Tammy Brickey**     represented by     **Charles E. Joseph**
Joseph and Herzfeld, LLP
757 Third Avenue
Suite 2500
New York, NY 10017
US
212-688-5640
Fax: 212-688-2548
Email: charles@jhllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Kingsley**
Kingsley & Kingsley, APC
16133 Ventura Boulevard
Suite 1200
Los Angeles, CA 91436
US
818-990-8300
Fax: 818-990-2903
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory N. Karasik**
Spiro Moss Barness Harrison & Barge LLP
11377 Weset Olympic Boulevard
5th Floor
Los Angeles, CA 90064
US
310-235-2468
Fax: 310-235-2456
Email: gkarasik@smbhblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                              **Ira Spiro**
                              11377 West Olympic Boulevard
                              5th Floor
                              Los Angeles, CA 90064
                              US
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Becky Norman**                      represented by    **Charles E. Joseph**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

                              **Eric Kingsley**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

                              **Gregory N. Karasik**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

                              **Ira Spiro**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rose Rochow**                      represented by    **Charles E. Joseph**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

                              **Eric Kingsley**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

                              **Gregory N. Karasik**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

                              **Ira Spiro**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

Sandra Cogswell      represented by    **Charles E. Joseph**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Kingsley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory N. Karasik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ira Spiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Melinda Sappington      represented by    **Charles E. Joseph**
*on behalf of themselves and all those similarly situated*      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Kingsley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory N. Karasik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ira Spiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jennifer Anderson      represented by    **Charles E. Joseph**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Patrick Keith** | represented by | **Charles E. Joseph** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

Plaintiff

| | | |
|---|---|---|
| **Sandy Jenkins** | represented by | **Charles E. Joseph** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

Plaintiff

| | | |
|---|---|---|
| **Chanda Thomas** | represented by | **Charles E. Joseph** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

Plaintiff

| | | |
|---|---|---|
| **John Schutt** | represented by | **Charles E. Joseph** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

Plaintiff

| | | |
|---|---|---|
| **Jamie Miles** | represented by | **Charles E. Joseph** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

Plaintiff

| | | |
|---|---|---|
| **Laurie Sandaer** | represented by | **Charles E. Joseph** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

Plaintiff

| | | |
|---|---|---|
| **Christopher Jackson** | represented by | **Charles E. Joseph** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

Plaintiff

| | | |
|---|---|---|
| **Cylinda Chapman** | represented by | **Charles E. Joseph** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

Plaintiff

| | | |
|---|---|---|
| **Darshon Rivera** | represented by | **Charles E. Joseph** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Dolgencorp, Inc.** represented by **David A. Copus**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10 Madison Avenue
Suite 402
Morristown, NJ 07960
973-656-1600
Fax: 973-565-1611
Email: david.copus@odnss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dominick C. Capozzola**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10 Madison Avenue
Suite 402
Morristown, NJ 07960
973-656-1600
Fax: 973-656-1611
Email: dominick.capozzola@odnss.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen M. Sellers**
Hodgson Russ LLP
One M&T Plaza
Suite 2000
Buffalo, NY 14203
(716) 856-4000
Fax: 716-848-0349
Email: ksellers@hodgsonruss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Diana**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10 Madison Avenue
Suite 402
Morristown, NJ 07960
973-656-1600
Fax: 973-656-1611
Email: mark.diana@odnss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Dollar General Corporation** | represented by | **David A. Copus**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Dominick C. Capozzola**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kathleen M. Sellers**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark Diana**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2006 | 1 | COMPLAINT against Dolgencorp, Inc. and Dollar General Corporation (Filing fee $250 receipt number 68806), filed by Melinda Sappington, Tammy Brickey, Becky Norman, Rose Rochow, and Sandra Cogswell. (JHF) (Entered: 02/09/2006) |
| 02/09/2006 | | Summons Issued as to Dolgencorp, Inc. and Dollar General Corporation. (JHF) (Entered: 02/09/2006) |
| 02/09/2006 | | WDNY Attorney Admission fee for Charles Joseph received: $200.00, receipt number 68805. (JHF) (Entered: 02/09/2006) |
| 04/02/2006 | 2 | MOTION for Limited Admission *Pro Hac Vice of Eric Kingsley, Esq.* by Melinda Sappington, Tammy Brickey, Becky Norman, Rose Rochow, Sandra Cogswell. (Attachments: # 1 Text of Proposed Order)(Joseph, Charles) (Entered: 04/02/2006) |
| 04/03/2006 | 3 | ORDER For Admission Pro Hac Vice of Eric Kingsley granting 2 Motion for Limited Admission. Signed by Judge David G. Larimer on 4/3/06. (JHF) (Entered: 04/03/2006) |
| 04/30/2006 | 4 | First MOTION for Limited Admission *Pro Hac Vice of Gregory N. Karasik* by Melinda Sappington, Tammy Brickey, Becky Norman, Rose Rochow, Sandra Cogswell.(Joseph, Charles) (Entered: 04/30/2006) |
| 04/30/2006 | 5 | MOTION for Limited Admission *Pro Hac Vice of Ira Spiro* by Melinda Sappington, Tammy Brickey, Becky Norman, Rose Rochow, Sandra Cogswell.(Joseph, Charles) (Entered: 04/30/2006) |
| 05/04/2006 | 6 | ORDER granting 4 Motion for Limited Admission Pro Hac Vice of Gregory N. Karasik. Signed by Judge David G. Larimer on 5/3/06. (JHF) |

| | | |
|---|---|---|
| | | (Entered: 05/04/2006) |
| 05/04/2006 | 7 | ORDER granting 5 Motion for Limited Admission Pro Hac Vice of Ira Spiro. Signed by Judge David G. Larimer on 5/3/06. (JHF) (Entered: 05/08/2006) |
| 05/05/2006 | | Pro Hac Vice fee for Gregory N. Karasik received: $75.00, receipt number 69123. (JHF) Modified on 5/8/2006. (JHF) (Entered: 05/08/2006) |
| 05/05/2006 | | Pro Hac Vice fee for Ira Spiro received: $75.00, receipt number 69124. (JHF) (Entered: 05/08/2006) |
| 05/12/2006 | 8 | AMENDED COMPLAINT against all defendants, filed by Jennifer Anderson, Melinda Sappington, Tammy Brickey, Becky Norman, Rose Rochow, Sandra Cogswell.(Joseph, Charles) (Entered: 05/12/2006) |
| 05/12/2006 | 9 | MOTION for Extension of Time to File *Motion for Class Certification* by Melinda Sappington, Tammy Brickey, Becky Norman, Jennifer Anderson, Rose Rochow, Sandra Cogswell.(Joseph, Charles) (Entered: 05/12/2006) |
| 05/12/2006 | 10 | CONSENT TO BECOME A PARTY PLAINTIFF by Charles E. Joseph on behalf of Jennifer Anderson. (Joseph, Charles) (Entered: 05/12/2006) |
| 05/19/2006 | 11 | AFFIDAVIT of Service for Summons and Complaint served on Dollar General Corporation on May 18, 2006, filed by Melinda Sappington, Tammy Brickey, Becky Norman, Jennifer Anderson, Rose Rochow, Sandra Cogswell. (Joseph, Charles) (Entered: 05/19/2006) |
| 05/22/2006 | 12 | AFFIDAVIT of Service for Summons and Complaint served on Dolgencorp, Inc. on May 18, 2006, filed by Melinda Sappington, Tammy Brickey, Becky Norman, Jennifer Anderson, Rose Rochow, Sandra Cogswell. (Joseph, Charles) (Entered: 05/22/2006) |
| 06/07/2006 | 13 | Corporate Disclosure Statement by Dolgencorp, Inc., Dollar General Corporation identifying Dollar General Corporation as Corporate Parent.. (Sellers, Kathleen) (Entered: 06/07/2006) |
| 06/07/2006 | 14 | ANSWER to Amended Complaint by Dolgencorp, Inc., Dollar General Corporation.(Sellers, Kathleen) (Entered: 06/07/2006) |
| 06/07/2006 | 15 | MOTION Admission Pro Hac Vice of David Copus, Mark Diana, and Dominick Capozzola by Dolgencorp, Inc., Dollar General Corporation. (Sellers, Kathleen) (Entered: 06/07/2006) |
| 06/07/2006 | 16 | DECLARATION signed by Kathleen Sellers re 15 MOTION Admission Pro Hac Vice of David Copus, Mark Diana, and Dominick Capozzola filed by Dolgencorp, Inc., Dollar General Corporation, Dolgencorp, Inc., Dollar General Corporation filed by Dolgencorp, Inc., Dollar General Corporation, Dolgencorp, Inc., Dollar General Corporation. (Sellers, Kathleen) (Entered: 06/07/2006) |
| 06/07/2006 | 17 | DECLARATION signed by Mark Diana re 15 MOTION Admission Pro |

| | | |
|---|---|---|
| | | Hac Vice of David Copus, Mark Diana, and Dominick Capozzola filed by Dolgencorp, Inc., Dollar General Corporation, Dolgencorp, Inc., Dollar General Corporation filed by Dolgencorp, Inc., Dollar General Corporation, Dolgencorp, Inc., Dollar General Corporation. (Attachments: # 1 Exhibit Attorney Oath)(Sellers, Kathleen) (Entered: 06/07/2006) |
| 06/07/2006 | 18 | DECLARATION signed by David Copus re 15 MOTION Admission Pro Hac Vice of David Copus, Mark Diana, and Dominick Capozzola filed by Dolgencorp, Inc., Dollar General Corporation, Dolgencorp, Inc., Dollar General Corporation filed by Dolgencorp, Inc., Dollar General Corporation, Dolgencorp, Inc., Dollar General Corporation. (Attachments: # 1 Exhibit Attorney Oath)(Sellers, Kathleen) (Entered: 06/07/2006) |
| 06/07/2006 | 19 | DECLARATION signed by Dominick C. Capozzola re 15 MOTION Admission Pro Hac Vice of David Copus, Mark Diana, and Dominick Capozzola filed by Dolgencorp, Inc., Dollar General Corporation, Dolgencorp, Inc., Dollar General Corporation filed by Dolgencorp, Inc., Dollar General Corporation, Dolgencorp, Inc., Dollar General Corporation. (Attachments: # 1 Exhibit Attorney Oath)(Sellers, Kathleen) (Entered: 06/07/2006) |
| 06/07/2006 | 20 | CERTIFICATE OF SERVICE by Dolgencorp, Inc., Dollar General Corporation re 17 Declaration,, 18 Declaration,, 19 Declaration,, 14 Answer to Amended Complaint, 16 Declaration,, 13 Corporate Disclosure Statement, 15 MOTION Admission Pro Hac Vice of David Copus, Mark Diana, and Dominick Capozzola (Sellers, Kathleen) (Entered: 06/07/2006) |
| 06/08/2006 | 21 | ORDER REFERRING CASE to Magistrate Judge Jonathan W. Feldman for all pretrial matters excluding dispositive motions. Signed by Hon. David G. Larimer on 6/8/06. (PR, ) (Entered: 06/08/2006) |
| 06/13/2006 | 22 | ORDER granting 15 Motion for Admission Pro Hac Vice of David Copus, Mark Diana and Dominick Capozzola. The $75.00 admission fee for each attorney should be directed to the Rochester Clerk's office. Signed by Judge David G. Larimer on 6/9/06. (JHF) (Entered: 06/13/2006) |
| 06/14/2006 | 23 | ORDER, Plaintiffs' amended complaint due by 7/10/06. Dolgencorp, Inc. answer due 8/11/2006; Dollar General Corporation answer due 8/11/2006. Scheduling Conference set for 8/23/2006 09:30 AM before Hon. Jonathan W. Feldman. Signed by Hon. Jonathan W. Feldman on 6/13/06. (JHF) (Entered: 06/14/2006) |
| 06/14/2006 | | E-Filing Notification: PLEASE DISREGARD AS THIS DOCUMENT WAS FILED IN ERROR 23 ORDER, Plaintiffs' amended complaint due by 7/10/06. Dolgencorp, Inc. answer due 8/11/2006; Dollar General Corporation answer due 8/11/2006. Scheduling Conference set for 8/23/2006 09:30 AM before Hon. Jonathan W. Feldman. Signed by Hon. Jonathan W. Feldman on 6/13/06. (JHF) (RO) (Entered: 06/14/2006) |
| | | |

| 06/14/2006 | 24 | ORDER Scheduling Conference set for 7/12/2006 at 10:00 AM before Hon. Jonathan W. Feldman. Signed by Hon. Jonathan W. Feldman on 6/14/2006. (RO) (Entered: 06/14/2006) |
|---|---|---|
| 06/16/2006 | | Pro Hac Vice fee for David Copus received: $75.00, receipt number 69280. (JHF) (Entered: 06/19/2006) |
| 06/16/2006 | | Pro Hac Vice fee for Mark Diana received: $75.00, receipt number 69279. (JHF) (Entered: 06/19/2006) |
| 06/16/2006 | | Pro Hac Vice fee for Dominick C. Capozzola received: $75.00, receipt number 69281. (JHF) (Entered: 06/19/2006) |
| 06/19/2006 | 25 | MOTION for Judgment on the Pleadings by Dolgencorp, Inc., Dollar General Corporation.(Sellers, Kathleen) (Entered: 06/19/2006) |
| 06/19/2006 | 26 | MEMORANDUM IN SUPPORT re 25 MOTION for Judgment on the Pleadings byDolgencorp, Inc., Dollar General Corporation. (Sellers, Kathleen) (Entered: 06/19/2006) |
| 06/19/2006 | 27 | CERTIFICATE OF SERVICE by Dolgencorp, Inc., Dollar General Corporation re 25 MOTION for Judgment on the Pleadings, 26 Memorandum in Support (Sellers, Kathleen) (Entered: 06/19/2006) |
| 06/20/2006 | | E-Filing Notification: RE: 9 MOTION for Extension of Time to File *Motion for Class Certification*. This is a letter request. Please note, letters should not be e-filed. Letters should be emailed to the Judge. This motion will be terminated and counsel should email this letter request to Judge Larimer at the following email address: larimer@nywd.uscourts.gov (LMD, ) (Entered: 06/20/2006) |
| 06/21/2006 | 28 | ORDER re 25 MOTION for Judgment on the Pleadings filed by Dollar General Corporation, et al. Responses due by 7/21/2006. Signed by Hon. David G. Larimer on 6/21/06. (PR, ) (Entered: 06/21/2006) |
| 07/06/2006 | 29 | REPORT of Rule 26(f) Planning Meeting. (Karasik, Gregory) (Entered: 07/06/2006) |
| 07/06/2006 | 30 | DISCOVERY PLAN by Dolgencorp, Inc., Dollar General Corporation. (Capozzola, Dominick) (Entered: 07/06/2006) |
| 07/06/2006 | 31 | CERTIFICATE OF SERVICE by Dolgencorp, Inc., Dollar General Corporation re 30 Discovery Plan (Capozzola, Dominick) (Entered: 07/06/2006) |
| 07/11/2006 | 32 | CONSENT TO BECOME A PARTY PLAINTIFF by Charles E. Joseph on behalf of all plaintiffs. (Joseph, Charles) (Entered: 07/11/2006) |
| 07/12/2006 | 33 | Minute Entry for proceedings held before Judge Jonathan W. Feldman : Scheduling Conference held on 7/12/2006. (RO) (Entered: 07/13/2006) |
| 07/18/2006 | 34 | MEMORANDUM in Opposition re 25 MOTION for Judgment on the Pleadings *Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Judgement on the Pleadings* filed by Tammy Brickey. (Karasik, Gregory) (Entered: 07/18/2006) |

| | | | |
|---|---|---|---|
| 07/19/2006 | | 35 | STIPULATION *Re Tolling Agreement and [proposed] Order Thereon* by Tammy Brickey. (Karasik, Gregory) (Entered: 07/19/2006) |
| 07/20/2006 | | 36 | Minute Entry for proceedings held before Judge Jonathan W. Feldman : TelephoneScheduling Conference held on 7/20/2006. (RO) (Entered: 07/21/2006) |
| 07/20/2006 | | 37 | STIPULATION AND ORDER re Tolling Agreement. Signed by Hon. Jonathan W. Feldman on 7/20/06. (JHF) (Entered: 07/21/2006) |
| 07/27/2006 | | 38 | LETTER ORDER granting defendants' request for a 2-day extension to file reply memorandum. Reply due by 8/1/2006. Signed by Hon. David G. Larimer on 7/26/06. (JHF) (Entered: 07/27/2006) |
| 08/01/2006 | | 39 | MEMORANDUM in Support re 25 MOTION for Judgment on the Pleadings *Defendants' Reply Memorandum in Support of Motion for Summary Judgment* filed by Dolgencorp, Inc., Dollar General Corporation. (Capozzola, Dominick) (Entered: 08/01/2006) |
| 08/01/2006 | | 40 | DECLARATION signed by James Romaker filed by Dollar General Corporation. (Capozzola, Dominick) (Entered: 08/01/2006) |
| 08/01/2006 | | 41 | DECLARATION signed by Dotti Freeland filed by Dollar General Corporation. (Capozzola, Dominick) (Entered: 08/01/2006) |
| 08/01/2006 | | 42 | CERTIFICATE OF SERVICE by Dolgencorp, Inc., Dollar General Corporation re 40 Declaration, 41 Declaration, 39 Memorandum in Support of Motion *for Summary Judgment* (Capozzola, Dominick) (Entered: 08/01/2006) |
| 08/01/2006 | | 43 | CONSENT TO BECOME A PARTY PLAINTIFF by Charles E. Joseph on behalf of Patrick Keith. (Joseph, Charles) (Entered: 08/01/2006) |
| 11/09/2006 | | 44 | CONSENT TO BECOME A PARTY PLAINTIFF by Charles E. Joseph on behalf of Sandy Jenkins. (Joseph, Charles) (Entered: 11/09/2006) |
| 11/09/2006 | | 45 | CONSENT TO BECOME A PARTY PLAINTIFF by Charles E. Joseph on behalf of Chanda Thomas. (Joseph, Charles) (Entered: 11/09/2006) |
| 11/09/2006 | | 46 | CONSENT TO BECOME A PARTY PLAINTIFF by Charles E. Joseph on behalf of John Schutt. (Joseph, Charles) (Entered: 11/09/2006) |
| 11/13/2006 | | 47 | CONSENT TO BECOME A PARTY PLAINTIFF by Charles E. Joseph on behalf of Jamie Miles. (Joseph, Charles) (Entered: 11/13/2006) |
| 11/13/2006 | | 48 | CONSENT TO BECOME A PARTY PLAINTIFF by Charles E. Joseph on behalf of Laurie Sandaer. (Joseph, Charles) (Entered: 11/13/2006) |
| 11/13/2006 | | 49 | CONSENT TO BECOME A PARTY PLAINTIFF by Charles E. Joseph on behalf of Christopher Jackson. (Joseph, Charles) (Entered: 11/13/2006) |
| 11/13/2006 | | 50 | CONSENT TO BECOME A PARTY PLAINTIFF by Charles E. Joseph on behalf of Cylinda Chapman. (Joseph, Charles) (Entered: 11/13/2006) |

| 11/13/2006 | [51] | CONSENT TO BECOME A PARTY PLAINTIFF by Charles E. Joseph on behalf of Darshon Rivera. (Joseph, Charles) (Entered: 11/13/2006) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 11/30/2006 16:07:18 ||||
| PACER Login: | bw0126 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 6:06-cv-06084-DGL-JWF |
| Billable Pages: | 6 | Cost: | 0.48 |