IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOY CREWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NUMBER: |
| v. | ) |
| | ) 3:06-cv-00047-MEF-VPM |
| DOLGENCORP, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the parties and do hereby report to the Court that, pursuant to the Court's instructions, the parties conducted a face-to-face settlement conference at the office of plaintiff's counsel in Montgomery, Alabama. The parties engaged in good faith negotiations in an effort to resolve this matter and, as of the filing of this Notice, the parties are continuing in their efforts to resolve this matter. The parties do not believe that mediation would assist them at this time.

Respectfully submitted,

_____
ROMAN SHAUL
*COUNSEL FOR PLAINTIFF*
*JOY CREWS*
Beasley, Allen, Crow, Methvin,
   Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
E-mail: roman.shaul@beasleyallen.com

/s/ Christopher W. Deering
CHRISTOPHER W. DEERING
*COUNSEL FOR DEFENDANT*
*DOLGENCORP, INC.*
Christopher W. Deering, Esq.
**Ogletree, Deakins, Nash,**
  **Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: christopher.deering@odnss.com

4477384.1

2