IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOY CREWS, ) | |
| ) | |
| Crews, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 3:06-cv-00047-MEF-WC |
| DOLGENCORP, INC. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO
FILE JOINT STIPLUATION OF DIMISSAL**

COMES NOW the Defendant Dolgencorp, Inc. ("Dolgencorp") and hereby files this unopposed Motion to Extend by ten (10) days the deadline for the parties to file a Joint Stipulation of Dismissal in this cause. In support hereof, Dolgencorp states as follows:

1. The parties in this case arrived at a resolution and, on January 29, 2007, this Court ordered the parties to file a Joint Stipulation of Dismissal on or before February 19, 2007.

2. Due to clerical and administrative delays, the parties have not yet been able to conclude or otherwise formalize that resolution. The parties expect to conclude that process within the next ten (10) days.

3. Accordingly, Dolgencorp, with the express consent of the Plaintiff and her counsel, respectfully request that the Court extend the deadline for the parties to file a Joint Stipulation of Dismissal by ten (10) days, moving the current deadline to March 1, 2007.

WHEREFORE, PREMISES CONSIDERED Dolgencorp respectfully requests that this Court enter an Order extending by ten (10) days the current deadline for the parties to file a Joint Stipulation of Dismissal.

    Respectfully submitted,

    s/ Christopher W. Deering
    Christopher W. Deering
    Ryan M. Aday
    **Ogletree, Deakins, Nash,**
       **Smoak & Stewart, P.C.**
    One Federal Place, Suite 1000
    1819 Fifth Avenue North
    Birmingham, Alabama 35203
    Telephone:  (205) 328-1900
    Facsimile:  (205) 328-6000
    Email:  Chris.Deering@odnss.com
    Email:  Ryan.Aday@odnss.com
    Attorneys for Defendant,
    Dolgencorp, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to Jere L. Beasley, Esq. and W. Daniel Miles, III, Esq. and Roman A. Shaul, Esq.

    s/ Christopher W. Deering
    Christopher W. Deering
    **Ogletree, Deakins, Nash,**
       **Smoak & Stewart, P.C.**
    One Federal Place, Suite 1000
    1819 Fifth Avenue North
    Birmingham, Alabama 35203
    Telephone:  (205) 328-1900
    Facsimile:  (205) 328-6000
    Email:  Chris.Deering@odnss.com
    Attorneys for Defendant,
    Dolgencorp, Inc.