IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOY CREWS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-0047-MEF |
| ) | |
| DOLGENCORP, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Extend Deadline (Doc. #24) filed on February 16, 2007, it is hereby

ORDERED that the motion is GRANTED to and including March 1, 2007.

DONE this the 21st day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE