## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **JOY CREWS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )   **CIVIL ACTION NUMBER:** |
| **v.** | ) |
| | )   **3:06-cv-00047-MEF-WC** |
| **DOLGENCORP, INC.** | ) |
| | ) |
|     **Defendant.** | ) |

## JOINT MOTION FOR ORDER
## APPROVING SETTLEMENT AND DISMISSAL

Defendant Dolgencorp, Inc. ("Defendant" or "Dolgencorp") and Plaintiff Joy Crews ("Plaintiff" or "Crew") jointly move this Honorable Court for the entry of an Order dismissing this action, with prejudice. In support of this amended joint motion, the parties state as follows:

    1.    The parties have reached an agreement to resolve Plaintiff's claims in this action, including Plaintiff's claims asserted pursuant to the Fair Labor Standards Act of 1938, as amended, ("FLSA"), 29 U.S.C. §§ 201 et seq. Though the terms of the settlement agreement are confidential, the parties represent to the Court that Plaintiff has received compensation based on a negotiated, good faith compromise of back wages which were in dispute in this litigation.

    2.    The parties jointly and respectfully submit that their settlement agreement is due to be approved pursuant to 29 U.S.C. § 216(b).

WHEREFORE, premises considered, the parties jointly request that this Honorable Court enter an Order of dismissal which specifically recites that Plaintiff's claims under the Fair Labor Standards Act, as amended, have been settled.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE. FURTHER, THE PARTIES HAVE AGREED THAT CHRISTOPHER W. DEERING WILL E-FILE THE FOREGOING *JOINT MOTION FOR ORDER APPROVING SETTLEMENT AND DISMISSAL.*

Respectfully submitted,

s/Christopher W. Deering
Bar No.: ASB-5555-I71C

Christopher W. Deering, Esq.
Ryan M. Aday, Esq.
**Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: christopher.deering@odnss.com
E-mail: ryan.aday@odnss.com

AND

s/Roman A. Shaul
Bar No.: ASB-5043-S58R

Roman A. Shaul, Esq.
**Beasley, Allen, Crow, Methvin,
   Portis, & Miles, P.C.**
P.O. Box 4160
Montgomery, AL 36103
E-mail: roman.shaul@beasleyallen.com