IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOY CREWS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:06-cv-0047-MEF |
| | ) |
| DOLGENCORP, INC., | ) |
| | ) |
|     Defendant. | ) |

# **FINAL JUDGMENT**

Pursuant to the Joint Motion for Order Approving Settlement and Dismissal (Doc. #27) filed by the parties on March 1, 2007 which the court construes as a stipulation of dismissal, it is

ORDERED and ADJUDGED that the motion is GRANTED and this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 2nd day of March, 2007.

                                                    /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE